IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VIDAL CANTU JR.,<br>Plaintiff | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-04-118 |
| | § | |
| THE PORT OF BROWNSVILLE and<br>DEBORAH LEE DUKE,<br>Defendants | §<br>§<br>§ | |

## WAIVER OF SERVICE OF SUMMONS

TO:    Valerie R. Esparza
THE ESPARZA LAW FIRM, P.C.
P.O. Box 369
Harlingen, Texas 78551-0369

I acknowledge receipt of your request that I waive service of a summons in the action of *Vidal Cantu Jr. vs. The Port of Brownsville and Deborah Lee Duke*, which is cause number B-04-118 in the United States District Court for the Southern District of Texas. I have also received two copies of the complaint in the action and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the entity on whose behalf I am acting be served with judicial process in the manner provided by Federal Rule of Civil Procedure 4.

The Port of Brownsville will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against the Port of Brownsville if an answer or

motion under Federal Rule of Civil Procedure 12 is not served upon you within 60 days from the date the notice and request for waiver was sent.

SIGNED on _____August 2_____, 2004.

_____

Raul A. Besteiro Jr
Printed or typed name and title of officer
or agent waiving service

## **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Federal Rule of Civil Procedure 4(d)(2) requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. *See* Fed. R. Civ. P. 4(e), (f), (h). After being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, a defendant located in the United States who fails to do so will be required to bear the costs of service unless good cause is shown for its failure to sign and return the waiver.

It is not good cause for failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons) and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on plaintiff's attorney (or on the unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.