IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VIDAL CANTU JR., <br> Plaintiff | § § § | |
| vs. | § | CIVIL ACTION NO. B-04-118 |
| THE PORT OF BROWNSVILLE and <br> DEBORAH LEE DUKE, <br> Defendants | § § § § | |

## PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Federal Rules of Civil Procedure requiring disclosure of financially interested parties, Plaintiff files this his Certificate of Financially Interested Parties. The following is a list of all parties that are financially interested in the outcome of this litigation:

1. Vidal Cantu Jr.

2. The Port of Brownsville

3. Deborah Lee Duke

Signed on this the 14th day of October, 2004

Respectfully submitted,

THE ESPARZA LAW FIRM, P.C.

By: _____
VALERIE R. ESPARZA
State Bar No. 24002059
Southern District ID No. 23621
P.O. Box 369
Harlingen, Texas 78552
Tel: 956.423.2284
Fax: 956.423.6556
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Certificate of Financially Interested Parties was served pursuant to the Rules on October 14, 2004, to the following:

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L. L. P.
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786

_____
VALERIE R. ESPARZA