United States District Court
Southern District of Texas
FILED

OCT 1 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

VIDAL CANTU, JR.                    §
                                    §
vs.                                 §   CIVIL ACTION NO. B-04-118
                                    §
THE PORT OF BROWNSVILLE and         §
DEBORAH LEE DUKE                    §

**DEFENDANTS THE PORT OF BROWNSVILLE and
DEBORAH LEE DUKE'S
CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Federal Rules of Civil Procedure requiring disclosure of financially interested parties, Defendants file this their Certificate of Financially Interested Parties. The following is a list of all parties that are financially interested in the outcome of this litigation:

1.     Vidal Cantu, Jr.

2.     The Port of Brownsville

3.     Deborah Lee Duke

Defendants The Port of Brownsville and
Deborah Lee Duke's - Certificate of Financially Interested Parties
24341 - Certificate of Finac Int Partys

**Page 1**

Signed this _19_ day of October, 2004.

Respectfully submitted,

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel For The Port of Brownsville and
Deborah Lee Duke

By: _____
Elizabeth G. NEALLY
State of Texas Bar No. 14840400
Federal Bar No. 8044

JEFFREY D. ROERIG
Texas State Bar #17161700
Federal Bar No. 1503

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendants THE PORT OF BROWNSVILLE and DEBORAH LEE DUKES' Certificate of Financially Interested Parties, to counsel of record,

Valerie R. Esparza
**THE ESPARZA LAW FIRM, P.C.**
P. O. Box 369
Harlingen, Texas 78551

Via U.S. Postal Service, Certified, Return Receipt Requested on this _19_ day of October, 2004.

_____
Elizabeth G. Neally

Defendants The Port of Brownsville and
Deborah Lee Duke's - Certificate of Financially Interested Parties
24341 - Certificate of Finac Int Partys

**Page 2**