# Civil Courtroom Minutes



| JUDGE | Hilda G. Tagle |
|---|---|
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic   ■ Levesque |

United States District Court
Southern District of Texas
FILED

NOV 3 0 2004

Michael N. Milby, Clerk of Court

| DATE | 11 | 30 | 04 |
|---|---|---|---|

| TIME | 10:02 | a.m. | 10:30 | a.m. |
|---|---|---|---|---|
| | | p.m. | | p.m. |

| CIVIL ACTION | B | 04 | 118 |
|---|---|---|---|

| STYLE | VIDAL CANTU, JR. |
|---|---|
| | *versus* |
| | THE PORT OF B'VILLE AND DEBORAH LEE DUKE |

DOCKET ENTRY

(HGT)  ■Initial Pre-Trial Hearing;          (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff:     Valerie Rose Esparza
Attorney(s) for Defendant:    Elizabeth G. Neally

Comments:

Pl's counsel, Esparza: Def. Duke berated Pl by calling him stupid, dumb, etc.  Said he would lose his job if he filed a suit.

- There was a previous EEOC complaint against the Port only, which was settled in May 2001. Agreement stated Pl would start receiving equal pay and training w/in 10 days of the agreement. This agreement has not been followed.

- Adverse employment action is that he did not get the same training, which adversely affects his opportunities for promotion.

Def's counsel, Neally:

- No discrimination, only comments concerning his performance, and no adverse employment action.

- Pl received training.

- Only informal complaints against Duke, but these mostly dealt w/ personality conflicts.

**No pending motions or rulings by the Court.**