United States District Court
Southern District of Texas
FILED

DEC 0 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-118 |
| | § | |
| THE PORT OF BROWNSVILLE and | § | |
| DEBORAH LEE DUKE | § | |

## DEFENDANTS' RULE 26 INITIAL DISCLOSURES

TO: **VIDAL CANTU, JR.**
By and through his Attorney of Record
Valerie R. Esparza
Attorney at Law
PO Box 369
Harlingen, Texas 78552

COMES NOW THE PORT OF BROWNSVILLE and DEBORAH DUKE , Defendants herein, and serves its Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure as follows:

A.   The name, address and telephone number of each individual likely to have discoverable information and the subject of the information:

1.   Vidal Cantu
c/o Valerie R. Esparza
Attorney at Law
PO Box 369
Harlingen, Texas 78552

2.  Deborah Duke
    Director of Finance/Fund Contact Administrator
    Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road
    Brownsville, Texas 78521
    (956) 831-4592
    Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

3.  Donna Eymard
    Deputy Port Director for Administration
    Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road
    Brownsville, Texas 78521
    (956) 831-4592
    Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

4.  Raul Besteiro
    Port Director & CEO
    Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road
    Brownsville, Texas 78521
    (956) 831-4592
    Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

5.  Christina Valdez
    Senior Accountant
    Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road
    Brownsville, Texas 78521
    (956) 831-4592
    Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

6. Pedro Esquivel
   Director, San Antonio District Office
   U.S. Equal Employment Opportunity Corporation
   5410 Fredericksburg Road, Suite 200
   San Antonio, Texas 78229-3555
   (210) 281-7600
   Have knowledge regarding plaintiff's claims to EEOC

7. Karen L. Ferguson
   Civil Rights Analyst
   Employment Litigation Section
   U.S. Department of Justice
   Civil Rights Division
   950 Pennsylvania Avenue. N.W.
   Karen Ferguson, EMP, PHB, Room 4239
   Washington DC 20530
   Have knowledge regarding plaintiff's claims to EEOC

8. Representative of the
   Texas Commission on Human Rights
   6330 Hwy. 290 East, Suite 250
   PO Box 13493
   Austin, Texas 78711
   Have knowledge regarding plaintiff's claims to TCHR

9. Ricky Rodriguez
   Accounting Department
   Port of Brownsville
   Brownsville Navigation District
   1000 Foust Road
   Brownsville, Texas 78521
   (956) 831-4592
   Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

10. Rosie Hinojosa
    Accounting Department
    Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road
    Brownsville, Texas 78521
    (956) 831-4592
    Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

11. Letty Trevino
    Accounting Department
    Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road
    Brownsville, Texas 78521
    (956) 831-4592
    Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

12. Veronica Ramos
    Clerk, Maintenance Department
    Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road
    Brownsville, Texas 78521
    (956) 831-4592
    Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

13. Jo Saban
    Human Resource Director
    Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road
    Brownsville, Texas 78521
    (956) 831-4592
    Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

14. Bea Rosenbaum
    Industrial Development Director
    Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road
    Brownsville, Texas 78521
    (956) 831-4592
    Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

15. Joe Garza
    Head of Maintenance
    Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road
    Brownsville, Texas 78521
    (956) 831-4592
    Have knowledge regarding plaintiff's conduct at the work place and policies and procedures at the Port of Brownsville

16. Any medical doctors that become known during discovery.

   B. Description of documents and tangible things in the possession, custody or control of Plaintiff and Defendant.

1. Personnel file of Plaintiff, a copy of which is attached.
2. EEOC file, to be supplemented upon receipt.
3. Correspondence to and from Plaintiff

   C. Computation of damages claimed by Plaintiff.

Plaintiff is required to mitigate his damages. Further Plaintiff has suffered no damages as he has been continually employed by Brownsville Navigation District

   D. Any applicable insurance agreements.

See attached.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

By: _____
Elizabeth G. Neally
Federal ID No. 8044
State Bar No. 14840400

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed, Certified Mail, Return Receipt Requested, to the Attorney for Plaintiff, as follows:

Valerie R. Esparza
Attorney at Law
PO Box 369
Harlingen, Texas 78552

on this the 30 day of November 2004.

_____
Elizabeth G. Neally