# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

To: Vidal Cantu, Jr.
From: Deborah Lee Duke
Director of Finance and Administration
Subject: Response to Grievance
Date: January 19, 2001

---

I have received your grievance letter and have reviewed your allegations. Claims of discrimination are taken very seriously by the Brownsville Navigation District, and I was very surprised that you have felt the target of sexual discrimination while you have been in my department. This is especially so since all of the incidents to which you refer occurred some time ago. As you should know, under the District's "Dispute Resolution Procedure," an employee must file a grievance concerning his/her conditions of work "within 10 working days of the occurrence of the cause." All of the events complained of in your letter occurred more than 10 days before the date of the letter; most of them are one or more years old. Therefore, I must inform you that your grievance is denied.

Although you have previously been given a copy of the "Dispute Resolution Procedure," I have included another for your reference, should you wish to appeal my decision.

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu
**CC:** Raul Besteiro
Debby Duke
File
**From:** Cristina Valdez
**Subject:** Response to Dispute
**Date:** February 1, 1999

---

I am very sorry that you had this experience while working at the BND. You are not expected to tolerate this type of behavior from any person connected with your employment.

In your letter to me dated January 27, 1999, you state that you do not wish to be called upon to take the District's checks to Mr. Salinas for signature. I agree that you should not have to do this in the future. I will assign this duty to another member of the department.

You also state that Mr. Salinas should be disciplined. That is outside of my authority. However, I will be passing a copy of this file to Mr. Besteiro for his review.

I am glad that you brought this situation to me. Please do not hesitate to notify me if this situation occurs again in the future.

TO: Cristina Valdez

FROM: Vidal Cantu Jr.

DATE: January 27, 1999

REFERENCE: Physical Harassment

On Friday, January 22, 1999 at approximately a quarter to lunch I received a call at my desk from Mr. Cockrill asking me to pick up the red box with vendor checks at his office and then to hand it over specifically to Mr. Salinas for him to sign.
As I was walking down the hallway toward Mr. Cockrill's office, he called out my name as he was standing by the doorway of Mr. Besteiro's office and mentioned that Mr. Salinas was in there. I continued to go into Mr. Cockril's office and had the box of checks in my hands as I walked toward Mr.Besteiro's office. I waited out by the doorway for Mr. Salinas to come out and as he did, I asked him if he would sign the vendor checks.
He responded by shoving me out toward the hallway and my feet dragged at least five to ten feet as I ended up at the corner of Mr. Cockrill's glass window almost hitting it with my head. He then proceeded to run me down with a carpet sweeper.
He told me, no I am not going to sign the checks, get lost! Get Mr. Berry to sign them. Rosie saw this event and said, I will be your witness. Mr. Salinas said too me, ya, she'll be your witness; but where is she going to be when I kick your ass!
Mr. Salinas chose to strike me during a time that I have been feeling ill and on this same day I had an appointment to see the doctor to find out about my pain. Mr. Salinas stepped over the line and should be disciplined. This is not an act for a director to follow! He should not be allowed to push people around just because he may be having a bad day.
I am also requesting in writing that I do not have to ask him for any signatures at all because I do not wish for this event to take place ever again.

*Vidal Cantu Jr.*

# BROWNSVILLE NAVIGATION DISTRICT.
## INTEROFFICE MEMORANDUM

**To:** Ketta Garcia
Rosie Hinojosa
Letty Garcia
Vidal Cantu
**From:** Debby Duke
**Subject:** Departmental Discipline
**Date:** January 12, 1998

---

At the staff meeting this morning, Mr. Besteiro again expressed concern that his directives regarding breaks and lunch hours were being ignored.

At this time, it is appropriate to review the rules regarding breaks and lunch hours that I have implemented in this department, and to augment them to more closely comply with Mr. Besteiro's instructions.

1. Morning breaks are to be taken no earlier than 9:30 and no later than 10:30. Recommended break times are between 10:00 and 10:15.
2. Afternoon breaks are to be taken no earlier than 2:30 and no later than 3:30. Recommended break times are between 3:00 and 3:15.
3. All breaks are to be taken in the break room in Building A.
4. All food is to be eaten in the break room in Building A.
5. The lunch hour in this department is between 12:00 and 1:00.
6. If you need to take additional time at your lunch hour to compensate for an early arrival, you must leave before 12:00. Do not add this time to the end of your lunch period.
7. Normal working hours are 8:00 to 5:00. Please do not clock in early or stay late without express authorization from Cristina Valdez or myself.
8. During working hours you are expected to be at your workstation unless your work duties require you to go to another office.
9. You must not visit other offices to chat. Conversations of a personal nature should be limited to your breaks and should be held in the break room. This includes phone conversations with other employees.
10. Personal phone calls should be limited to the bare minimum.
11. You are to limit your time in the hallways. Excessive time in the hallway is an indication that your position is not critical to the District.
12. You are not to purchase tacos in the morning outside of your break time. If you can persuade the vendor to arrive at the office between 10:00 and 10:15, you can continue to do business with the vendor. If you are unable to get a change in the time, you must not continue to purchase tacos in the morning before you take your morning break.

Please review these regulations and keep them handy for frequent review. Item 11 is a new rule, but it does address a specific concern that Mr. Besteiro has expressed.

I would assure you that this memorandum is not intended as a reprimand of any type to any employee in the department. This memorandum is solely to serve as a reminder to you of my expectations in these matters.

Should you have a specific situation that arises, and you need to have a one-time exemption from any of these regulations, please work this out with either Cristina or myself. These regulations are intended to enhance the smooth operation and accountability of the department, not to unduly penalize any employee.

I have received a copy of this memorandum on January __13__, 1998

_____
Signature

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu
**From:** Debby Duke
**Subject:** Reprimand
**Date:** December 11, 1997

---

I have reviewed your time cards for the three days that I was out of the office attending a seminar in Austin. I am disappointed to see that you did not follow my instructions regarding your working hours during my absence.

On the Tuesday before I left, I held a meeting with the employees in the department to make sure that each one of you understood what was expected of you in terms of attendance during my absence. I was explicit that lunch hours were to be taken during the period of 12:00 to 1:00, and that under no circumstances were any of you to be alone in the office at any time, especially during the noon hour. I also requested that each of you make sure to arrive at the office on time each day.

In reviewing your time card, I noted that you arrived at 8:15 on Wednesday, and you left for lunch at approximately 12:30 that day. On Thursday, you left for lunch at approximately 12:09 and on Friday you left for lunch at approximately 12:19, taking one hour and 22 minutes for lunch that day.

Additionally, I had instructed you to leave the office on Friday at 3:30, to arrive at the banquet site at 6:30, and to use the remaining hour and a half to set up at the banquet and to take care of the employees as needed until I was able to arrive from the airport. I arrived shortly after 7:30, and you did not arrive until nearly 8:00. I also noted that you did not leave the office on Friday until after 4:00.

You have stated that you needed time on Friday to get your hair cut, and therefore you went to Mr. Cockrill for permission to take a lunch break that differed from my direct instructions to you. On Tuesday, when my instructions regarding lunch breaks during my absence were issued, I specifically stated that any errands that needed to be run should have been run on that day.

You were well aware of the reasons behind my instructions regarding the lunch hour. You were also aware that Cristina and I were calling in to the office on a regular basis, no less than three times a day. If you suddenly discovered that you needed a hair cut, you had ample opportunity to notify either one of us, and we could have made the decision as to when you should have gone to get it done.

You also were well aware that you were expected to be at the banquet site at 6:30 to assist the other members of the department in setting up for the banquet. This banquet is a function of our department, and with my expected absence for the setup, I expected the

remainder of the department to be there to make sure that everything was running smoothly.

In order for this department to run efficiently, I need to be able to depend on all of the members of the department to follow instructions. This is especially true when I am not in the office. I expect that during my absence that the members of this department continue to do their assigned duties just as though I were standing over them. I expect that any special instructions that I issue for the duration of my absence will be followed. I make it a point to be accessible during my absences, so there is ample opportunity for you to keep me informed of problems that arise, and and for you to request exemptions from my instructions for unforeseen situations as they arise.

As always, should you disagree with the contents of this memorandum, you may dispute them by following the procedures outlined in your employee handbook.

I would hope that you will take this memorandum to heart, and that you will be more attentive to the fact that you are expected to comply with the instructions that you are given in this office. We are heading to a period of time during which we will have an opportunity to enjoy our families and to recharge ourselves for the New Year.

Take this time to prepare yourself for the coming year and greet 1998 with a new resolution to your work in this department. If I can be of any assistance in this process, I am always ready to help you.

This memo was discussed with me on 12/11/97

_____
Vidal Cantu

*Note -*
*Employee refused to sign.*

*[signature]*
*12/11/97    3:45 - 4:30 PM.*

BROWNSVILLE NAVIGATION DISTRICT
INTEROFFICE MEMORANDUM

TO: Accounting Staff Members
FROM: Debby Duke
DATE: November 8, 1995
SUBJECT: Department Discipline

---

As we contemplate bringing a new employee into our office, I feel that now is the appropriate time to address some areas of concern that I have with behavior in the office. I would hope that you will take the following items very seriously, because both Cristina and I feel that they are.

**Public Information** - Under Texas law, some, but not all, of the records and information prepared and held by the District are public information. Disclosure of those records that are public is regulated by state law. Disclosure of those records that are not public records is a violation of state law. It is my responsibility to respond to all requests for public information, and no one else's. The District Board has adopted a policy to be followed for responding to requests for access to public information.

It has come to my attention that members of this department have been making copies of other employees' timecards for use of proof of claims of wrong-doing. I consider this to be a violation of the trust that you have been imparted as an employee of this department. Under no circumstances is an hourly employee of this department to make a copy of any personnel or payroll document without express the direction from either Cristina or me. This is a termination offense in this department.

As a tax-payer and a member of the public, you have the right to request access to public information by following the state law and the District's policy governing this access.

As an employee of the District, you have the right to have a grievance addressed through the Dispute Resolution Procedure, Section Five of your employee handbook. If you have a grievance, file it, if not, get on with your work.


**Gossip** - I expect that the members of this department will be able to work together as a team. Teamwork requires trust between the members of the group. I have observed that when one member of the team carries "tales" back to another, they are often taken out of context. This prevents the team working as a whole, and the friction caused is evident to those outside of the department. I consider that causing this type of dissention is the same as provoking a fight or instigating a disturbance. This is also grounds for immediate termination.

**Insubordination** - The managerial approach that Cristina and I have used in this office is very informal. However, I have noticed more and more instances where our directions have been rejected outright or just ignored. You are employed by the District. You are assigned to this department. Cristina and I have been given the responsibility to supervise the employees in this department. With this understanding, our instructions are to be followed. Your decision that it is too much trouble, or that you do not want to do a particular task is not relevant.

One area I would like cleared up immediately is the telephone calls that come in directly to the department, outside of the switchboard. I am requesting a different type of switchboard, but for now, we are stuck with what we have. I expect that the "turkey" calls be answered as soon as possible. We have a limited number of rings before the system automatically disconnects the call. I have seen that more and more of these calls are coming from business contacts, and I expect that we will answer them as such. This is to include answering each other's phones.

Insubordination is also grounds for termination.

**Courtesy** - We do not require that you address us formally, but I require that you do address us, and each other, with respect. Sarcasm and rudeness have no place in this office.

This memo is intended to be taken very seriously. With the uncertainties of the Mexican trucking situation, the operation of this department must be smooth and effective. To do this, each person needs to be moving in the same direction, helping each other.

A copy of this memo will be placed in the personnel file of each of the Accounting employees. Your signature below indicates that you have read the above memo and are aware that it will be placed in your file.

I have read the above memorandum and am aware that it will be placed in my personnel file.

_Vidal Cantu Jr_
Signature

_11/08/95_
Date

**BROWNSVILLE NAVIGATION DISTRICT**
**MEMORANDUM**

**TO:** Vidal Cantu
**FROM:** Cristina Valdez
**DATE:** April 13, 1995
**RE:** Reprimand

I have noticed that your attitude toward your co-workers is becoming hostile and your job performance has shown a marked deterioration. Specifically:

> Yesterday afternoon, I heard you using profanity in the hallway. I have also received reports from other employees that you have used profane language in addressing them. This is considered harassment, and will not be tolerated.

> Your work is showing an increase in the number of errors that you are making. This is causing Letty and myself to spend an increasing amount of time correcting them. While I am prepared to show patience for a certain number of errors, the high numbers of errors being made, along with a change in your behavior, indicates that this carelessness is the result of a lack of desire to do a good job.

I realize that you are having personal problems, we all do, but you are letting them interfere with your relationships with your co-workers and your job performance. You must resolve this situation.

I would like for you to take this holiday and weekend to relax and try to analyze your behavior. Any further problems of this nature will result in a higher level of disciplinary action which can include time off without pay or termination of employment.

As your supervisor, I want to help you to be a successful member of this department, and I am hoping that this memo will serve to stimulate you to make the necessary changes.

This memo has been discussed with me and I understand that it will be placed in my permanent file.

_Vidal Cantu_   04/13/95
                     Date

**BROWNSVILLE NAVIGATION DISTRICT**
**INTEROFFICE MEMORANDUM**

**TO:** Vidal Cantu, Jr.
**FROM:** Cristina Valdez
**DATE:** August 26, 1994
**SUBJECT:** Unauthorized Overtime

---

In reviewing your timecard for the week just ended, I have noticed that you clocked out at 6:02 on Wednesday, which caused the District to have to pay you overtime. This overtime was not authorized by either Ms. Duke or myself, and I had specifically instructed you to leave work at 5:30 on that day. When I questioned you as to why you left late, your response was we stayed just because we stayed. Such actions cannot be tolerated. When Ms. Duke and I are attending a Board meeting we expect you to be responsible and act accordingly.

By copy of this memo to your personnel file, you are hereby informed that you are responsible for working a 40 hour week. Further incidence of overtime in excess of 30 minutes in a week will result in disciplinary action. The progressive discipline policy of the District is outlined in your handbook, and includes letters of reprimand, suspension without pay and can include termination.

The employees in this department are allowed some latitude in the composition of their work during the week. Special needs are accommodated as much as possible when early or late lunch periods are required, or when an employee needs to leave early to attend to business. This practice can not be continued without the responsible actions of the employees in monitoring their own time.


_____
VIDAL CANTU, JR.    DISCUSSED WITH ME ON    AUGUST 08/26/94