

*From the desk of____*

*Vidal Cantu, Jr.*





September 30, 2002

Dear Payroll Dept.

Please "suspend" my weekly deductions for the month of Ocotber 2002, starting W/E:  10/02/02 and resume again W/E:  11/06/02.

These are the weekly deductions I am talking about:

        #96  VALIC   - $9.65
        #92  PEBSCO  - $9.65
        #93  FIRST NATIONAL BANK  -  $9.65
        #90  VALLEY FEDERAL CREDIT UNION -  $9.65

Vidal Cantu Jr.

cc:  Employee File
     R. Hinojosa



*From the desk of* _____

*Vidal Cantu, Jr.*



**# 93**

**Please deposit $15.00 per week to my savings at:**

First National Bank
P.O. Box 810
Edinburg, Texas   78540

**My social Security:** ▉▉▉▉▉▉▉

**My Savings Account #** ▉▉▉▉▉▉▉

**Thank You,**

*Vidal Cantu Jr.*
Vidal Cantu Jr.



*From the desk of* _____

*Vidal Cantu, Jr*



To: Payroll Department

From: Vidal Cantu Jr.

Date: February 28, 2002

#92

Reference: (Naco) Retirement: **Increase**



**Please make the following change on my weekly deduction toward my retirement funds as follows:**

$13.00 a week

Vidal Cantu Jr.



*From the desk of_____*

*Vidal Cantu. Jr.*



**To: Payroll Department**

**From: Vidal Cantu Jr.**

**Date: February 28, 2002**

#96 – Amer. Den.

**Reference: (Valic) Retirement: Increase**



Please make the following change on my weekly deduction toward my retirement funds as follows:

**$13.00 a week**

*Vidal Cantu Jr.*

Vidal Cantu Jr.

*file*

**To: Payroll**

**From: Vidal Cantu Jr.**

**Date: March 4, 2002**

**Ref: "Hold Weekly Deductions"**

**AS PER THIS WEEK PERIOD OF:**
**Thursday – Feb 28th (through) Wednesday – March 6th**

*entered 3-6-02 jf.*

---

**Could you please hold on the following deductions and not take out anything for this week on the following.**

#96  1. Valic  – AMGEN  ⟨10.00⟩
#92  2. Pebsco      ⟨10.00⟩
#93  3. First National Bank ⟨20.00⟩

---

And then resume as normal for the following week with the new changes I requested. I'm sorry for the inconvenience.

**Thanks**

*Vidal Cantu*
Vidal Cantu Jr.

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** ███████████

**From:** Debby Duke

**Subject:** Request to stop deductions

**Date:** November 14, 2001

---

I have received your request to stop your voluntary deductions until the causeway is completed. This is estimated to be the end of the year. I have looked at your current deductions, and have the following reply:

### Voluntary deductions that can be stopped at this time:

*92* **PEBSCO** – This deduction of $15.00 per week can be stopped, however, if any of this amount is paying premiums for a life insurance policy, the premiums will be taken out of your cash value in the policy. This deduction has been processed for this week, it will be stopped for week ending 11/21/01. Please notify me in writing when you want to resume this deduction.

*93* **First National Deposit** – This deduction of $10.00 per week can be stopped. This deduction has been processed for this week, it will be stopped for week ending 11/21/01. Please notify me in writing when you want to resume this deduction.

*96* **American General** - This deduction of $10.00 per week can be stopped. This deduction has been processed for this week, it will be stopped for week ending 11/21/01. Please notify me in writing when you want to resume this deduction.

**United Way Deductions** – These deductions are commitments that you made, and received premiums for. If you want to suspend this deduction, the balance due at the last pay period of the year will be deducted at that time. I estimate that this balance would be $22.26. Please let me know if you agree to this provision.

### Voluntary deductions that cannot be suspended at this time:

**AFLAC and Mutual of Omaha** – These are premiums that must be deducted to cover your policy. The only way to suspend these deductions is to cancel your policies.

*Ok yield leave to 11/14/01 93 put in and fill. Thanks JC*

*Debby*

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** ▓▓▓▓▓▓▓▓

**From:** Debby Duke

**Subject:** Request to stop deductions

**Date:** November 14, 2001

---

I have received your request to stop your voluntary deductions until the causeway is completed. This is estimated to be the end of the year. I have looked at your current deductions, and have the following reply:

**PEBSCO** – This deduction of $15.00 per week can be stopped, however, if any of this amount is paying premiums for a life insurance policy, the premiums will be taken out of your cash value in the policy. This deduction has been processed for this week, it will be stopped for week ending 11/21/01. Please notify me in writing when you want to resume this deduction.

**First National Deposit** – This deduction of $10.00 per week can be stopped. This deduction has been processed for this week, it will be stopped for week ending 11/21/01. Please notify me in writing when you want to resume this deduction.

**American General** - This deduction of $10.00 per week can be stopped. This deduction has been processed for this week, it will be stopped for week ending 11/21/01. Please notify me in writing when you want to resume this deduction.

**United Way Deductions** – These deductions are commitments that you made, and received premiums for. If you want to suspend this deduction, the balance due at the last pay period of the year will be deducted at that time. I estimate that this balance would be $22.26. Please let me know if you agree to this provision.

### Voluntary deductions that cannot be suspended at this time:

**AFLAC and Mutual of Omaha** – These are premiums that must be deducted to cover your policy. The only way to suspend these deductions is to cancel your policies.

*Debby*

United Way      3.18 / wk

AFLAC           2.98 / wk

Mut. of Omaha   1.05 / wk
                ~~2.98 / wk~~

PEBSCO          15.00 / wk

1st National    10.00 / wk

Am. General     10.00 / wk

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

| | |
|---|---|
| **To:** | **Cantu, Vidal** |
| **From:** | **Marielena Mendiola/ Insurance Dept.** |
| **Subject:** | **Updated Plan Documents** |
| **Date:** | **June 14, 2001** |

Attached please find new BND Plan Documents.  These are as follows:

Blue Cross Blue Shield of Texas
Mutual of Omaha/ Pension Plan
Mutual of Omaha/Voluntary Life Insurance
Pension Plan Documents
Pension Statements at 01/01/01

Please be advised that since the information, policies and benefits described in these plan documents are subject to change, I acknowledge that revisions to these benefits may occur.  I understand that revised information may modify, or eliminate existing benefits. Benefits offered to employees are described in the Employee's Handbook.

_____          6/20/01
Employee's Signature                              Date

Cantu, Vidal
Employee's Printed Name

# SOUTH TEXAS VOCATIONAL-TECHNICAL INSTITUTE

S T V T

THIS CERTIFIES THAT VIDAL CANTU, JR. HAS COMPLETED

IN A SATISFACTORY MANNER THE TYPING I, BUSINESS ENGLISH/GRAMMAR, BUSINESS VOCABULARY/WORD POWER, BUSINESS VOCABULARY–READING COMPREHENSION, BUSINESS MATH/TEN-KEY, PERSONAL DEVELOPMENT, WORD PROCESSING I & II INTRODUCTION TO COMPUTERS/DATA PROCESSING.

COURSE OF STUDY PRESCRIBED FOR THIS INSTITUTE AND IS AWARDED THIS

# CERTIFICATE

GIVEN THIS 5TH. DAY OF MARCH IN THE YEAR

OF OUR LORD

ONE THOUSAND NINE HUNDRED AND

MRS. MARIA T. CARREJO
DIRECTOR

MRS. ELVA G. RODRIGUEZ
ADMINISTRATOR

# Brownsville Navigation District
## Employee Benefits Announcement
### September 20, 2000

Dear Vidal Cantu, Jr.

The Board of Commissioners of the Brownsville Navigation District has put a new benefit for its employees in place. This new benefit is life insurance in the amount of one year's salary on each employee. This insurance covers all full-time employees without the need for a physical.

At the same time as you complete the enrollment form for this insurance, you will be able to purchase additional life insurance, up to 7 times your salary, on a payroll deduction. This additional coverage is limited to a total maximum coverage of $250,000. Total coverage up to $70,000 is offered without the need for a physical, coverages over that amount will be issued only if you qualify after a physical. You may also purchase coverages for your spouse and your children.

We will be enrolling employees through Friday, September 29th. Every employee needs to meet with me to sign their enrollment card for the base insurance that the District will be providing. You can discuss additional life insurance coverages at that time.

You will see below an estimate of the coverages that you qualify for. You will get the exact amounts at the time you sign your enrollment card.

Please do not hesitate to contact me if you have any questions regarding this benefit.

*Debby*

## BASE INSURANCE

| Employee Name | Vidal Cantu, Jr. |
| --- | --- |
| Hourly Rate | $8.17 |
| Annualized Pay | $16,993.60 |
| Base Insurance | $17,000.00 |

## OPTIONAL INSURANCE

| | |
| --- | --- |
| Age Group | 35-39 |
| Rate per $10,000 | $1.14/mo |
| | $13.68/yr |
| Maximum Coverage that can Be purchased for employee | $120,000.00 |

**Brownsville Navigation District**
**Employee Acknowledgement Form**
**Policy on Harassment**

I have received a copy of the memo regarding the Brownsville Navigation District Policy on Harassment dated May 25, 2000.

_____          ,  .05-25-00
*Employee's Signature*                              *Date*

**Vidal Cantu, Jr.**
*Employee's Printed Name*



# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

| | |
|---|---|
| **To:** | **Vidal Cantu, Jr.** |
| **From:** | **Board of Directors** |
| **Subject:** | **Brownsville Navigation District's Policy on Harassment** |
| **Date:** | **May 25, 2000** |

Please be advised that the Brownsville Navigation District policy prohibits harassment based on race, color, sex, national origin and religion. "Harassment" includes abusive language or degrading and insulting language. Such language toward any employee or member of the employee's family by any manager, supervisor or fellow employee is strictly prohibited and in direct violation of Brownsville Navigation District policy.

Any conduct in violation of this policy will be grounds for disciplinary actions including written reprimand, suspension and immediate dismissal depending on the severity of the infraction.

Further, it is the Brownsville Navigation District's policy not to penalize any employee filing complaints with the U. S. Equal Employment Opportunity Commission. More specifically, any such complaining employee shall not be penalized in any future consideration for wage increases, promotions, transfers or other employment-related matters because of the proceedings arising out of their charge.

BRO~ VILLE NAVIGATION DISTRIC

**ENTERED**

PAYEE  _Vidal Cantu_

ACCTS PAYABLE $ _50.00_          DISCOUNT $ _____

VENDOR _____          REFERENCE (P.O. ) _____

ACCOUNTING DISTRIBUTION:

| ACCOUNT | AMOUNT | ACCOUNT | AMOUNT |
|---|---|---|---|
| 08 \5241\ 993 | 50.00 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TRANSACTION DATE _12/1/98_

DESCRIPTION _Service Award- 5 years_

DATE PREPARED _10/8/98_     PREPARED BY _DJO_     APPROVED BY _DJO_
                _10/13/98_



# PORT OF BROWNSVILLE

## HOME PORT TO NAFTA

---

### INTEROFFICE MEMO

---

Date: May 12, 1998

To: Vidal Cantu, Jr.

From: Deborah Lee Duke

Subject: **Group Health Plan Amendments**

Attached is a new Managed Health Care Indemnity Out-of-Area Prescription Drug Program Booklet and a Notice of Medical Benefit Changes. These are being provided by Blue Cross and Blue Shield of Texas, Inc.

Please sign below to acknowledge your receipt of these items.

Vidal Cantu, Jr.

**BROWNSVILLE NAVIGATION DISTRICT**
**MEMORANDUM**

TO:  MS. DEBORAH LEE DUKE

FROM: VIDAL CANTU JR.

DATE: 07-11-97

REFERENCE: STARTING A CERTIFICATE PLAN


I AM REQUESTING PERMISSION TO START UP MY CERTIFICATE PLAN UNDER:
BUSINESS MANAGEMENT IN HOPES THAT IN THE FUTURE I MAY BE ABLE TO BE
OF ASSISTANCE TO THE PORT WITHIN THIS AREA.

I HAVE SKILLS AS A COMPUTER CLERK AND HAVEN'T STOPPED HOPING THAT
I WILL BE GIVEN AN OPPORTUNITY TO GROW WITHIN THE PORT.  I AM A
HARD WORKER AND VERY RELIABLE AND WILL BE AN ASSET IN ANY AREA THAT
WILL BE ASSIGNED TOO ME.

PLEASE REVIEW MY PLAN AS I WILL BE TALKING WITH DR. MARVIN LOVETT
(HEAD OF EDUCATION OF BUSINESS) ON MONDAY- JULY 14TH TO SET UP MY
CERTIFICATE PLAN AND WILL BRING THE NECESSARY DOCUMENT SO THAT YOU
MAY FILE IT AWAY IN MY FILE.

## SCHOOL OF BUSINESS 117

### Certificate of Proficiency – Business Management

| First Semester | | | Credit Hours |
|---|---|---|---|
| COSC | 1305 | Computer Systems | 3 |
| TACC | 1401 | Accounting Fundamentals I | 4 |
| BUSI | 1301 | Introduction to Business | 3 |
| TBUS | 1302 | Business Applications I | 3 |
| BUSI | 1372 | Management Fundamentals | 3 |
| Total | | | 16 |

| Second Semester | | | Credit Hours |
|---|---|---|---|
| TACC | 1402 | Accounting Fundamentals II | 4 |
| BUSI | 1362 | Marketing Fundamentals | 3 |
| TBUS | 2302 | Business Applications II | 3 |
| BUSI | 2337 | Business Law I | 3 |
| TBUS | 2415 | Business Co-op I | 4 |
| Total | | | 17 |
| Semester Hours | | | 33 Credit Hours |

### A.A.S. – Business Management

| | | | |
|---|---|---|---|
| ENGL | 1301 | Composition I | 3 |
| ENGL | 1302 | Composition II | 3 |
| COSC | 1305 | Computer Systems | 3 |
| MATH | 1314 | College Algebra | 3 |
| PSYC | 2301 | Introduction to Psychology | 3 |
| TACC | 1401 | Accounting Fundamentals I | 4 |
| TACC | 1402 | Accounting Fundamentals II | 4 |
| ACCT | 2402 | Principles of Accounting II | 4 |
| ECON | 2301 | Economic Principles - Macro | 3 |
| ECON | 2302 | Economic Principles - Micro | 3 |
| BUSI | 1301 | Introduction to Business | 3 |
| SPCH | 1315 | Fundamentals of Speech | 3 |
| BUSI | 2335 | Organizational Communications | 3 |
| BUSI | 2337 | Business Law I | 3 |
| BUSI | 1372 | Management Fundamentals | 3 |
| BUSI | 1362 | Marketing Fundamentals | 3 |
| Electives | | | 3 |

| Business Management Concentration | | | |
|---|---|---|---|
| TBUS | 1302 | Business Applications I | 3 |
| TBUS | 2302 | Business Applications II | 3 |
| TBUS | 2415 | Business Co-op | 4 |

| Credit Hour Summary | |
|---|---|
| Business | 43 |
| General Education | 18 |
| Electives | 3 |
| Semester Hours | 64 |

### B.B.A. – Management Major

The program leading to a Bachelor of Business Administration degree with a Management Major offers the opportunity to prepare to supervise personnel and administer production.

**Degree Plan**

| Course | Credit Hours |
|---|---|
| General Education Core: | 49 |
| Degree Base: | 28 |
| Business Administration Core: | 33 |
| Major: Management | 15 |
| MANA 3362 Human Resource Management | 3 |

| | | | |
|---|---|---|---|
| MANA | 3364 | Organization Theory and Design | 3 |
| MANA | 4361 | Organizational Behavior | 3 |
| MANA | 4366 | Small Business Management | 3 |
| MANA | 4368 | Industrial Relations | 3 |
| Total B.B.A.-Management | | | 125 |

# Marketing

### Bachelor of Business Administration-Marketing

### B.B.A. – Marketing Major

The program leading to a Bachelor of Business Administration with a Marketing Major offers students the opportunity to acquire skills for careers in sales, or in sales management, retailing and advertising.

**Degree Plan**

| Course | Credit Hours |
|---|---|
| General Education Core: | 49 |
| Degree Base: | 28 |
| Business Administration Core: | 33 |
| Major: Marketing | 15 |
| MARK 3372 Consumer Behavior | 3 |
| MARK 3374 Marketing Strategy | 3 |
| MARK 4371 Sales Management | 3 |
| MARK 4372 Promotion Management | 3 |
| MARK 4378 Marketing Research | 3 |
| Total B.B.A.-Marketing | 125 |

# Business Courses

## Accounting

**ACCT 2401 Principles of Accounting I**
Financial accounting as it applies to sole proprietorships, partnerships, and corporations. Financial accounting systems and accounting for equity rights.
*Prerequisite: TACC 1401 or prior bookkeeping/accounting courses recommended and sophomore standing.*                                           Lec 4, Cr 4

**ACCT 2402 Principles of Accounting II**
Fundamentals of the managerial accounting system, budgeting, financial analysis, quantitative technique, and accounting for departments and branches, price level changes and income tax as it affects decision making.
*Prerequisite: ACCT 2401 with grade of "C" or better.*                       Lec 4, Cr 4

**ACCT 3321 Intermediate Accounting I**
The accounting process and financial statements; present value concepts; a detailed study of current assets and current liabilities; property, plant and equipment; intangible assets.
*Prerequisite: ACCT 2402 with grade of "C" or better.*                       Lec 3, Cr 3

**ACCT 3322 Intermediate Accounting II**
The continuing study of Intermediate Accounting I; long term liabilities; long term investments; capital structure and earnings per share; pension costs, leases; statement of changes in financial position.
*Prerequisite: ACCT 3321 with grade of "C" or better.*                       Lec 3, Cr 3

**ACCT 3323 Income Tax Procedure**
Analysis of federal tax laws, with emphasis on determining net taxable income and preparing income tax returns for individuals.        Lec 3, Cr 3

**FALL 1995**

## UNIVERSITY OF TEXAS AT BROWNSVILLE
## AND
## TEXAS SOUTHMOST COLLEGE

### BUSINESS MANAGEMENT
### CERTIFICATE PROGRAM

**FIRST SEMESTER**
**Date    Grade    Taken**

|  |  |  | COSC 1305 | Computer Systems | 3 |
|---|---|---|---|---|---|
|  |  |  | TACC 1401 | Accounting Fundamentals I | 4 |
|  |  |  | BUSI 1301 | Intro to Business | 3 |
|  |  |  | TBUS 1302 | Business Applications I | 3 |
|  |  |  | BUSI 1372 | Management Fundamentals | 3 |

**SECOND SEMESTER**

|  |  |  | TACC 1402 | Accounting Fundamentals II | 4 |
|---|---|---|---|---|---|
|  |  |  | BUSI 1362 | Marketing Fundamentals | 3 |
|  |  |  | TBUS 2302 | Business Applications II | 3 |
|  |  |  | BUSI 2337 | Business Law | 3 |
|  |  |  | TBUS 2415 | Business Co-op I | 4 |

This degree plan is active for six years of date indicated below.

Business Law I (BUSI 3337) may be substituted for Business Law (BUSI 2337) only if the student has passed T.A.S.P.

NAME _Vidal Cantu Jr._    ID# ▓▓▓▓▓▓▓    SS# ▓▓▓▓▓▓▓▓▓▓

ADVISOR _Marvin G. Lovett_    DATE _5-28-97_

SIGNATURE _Vidal Cantu Jr._



**MARVIN G. LOVETT**
*Director, Management Development*
Department of Business Administration
The University of Texas at Brownsville
and
Texas Southmost College

80 Fort Brown • Brownsville, Texas 78520-4991
Office (210) 544-8858 • Fax (210) 761-6632
Home (210) 761-2237 • E-mail: MLOVETT@UTB1.UTB.EDU

Brownsville Navigation District
Employee Acknowledgement Form
Long-Term Disability Policy

I have received a copy of the plan document for the Group Long-Term Disability Insurance Policy for the Brownsville Navigation District.

Since the information, policies and benefits described here are necessarily subject to change, I acknowledge that revisions to the document may occur. All such changes will be communicated through official notices, and I understand that revised information may supercede, modify, or eliminate existing provisions.

_Vidal Cantu Jr._                    _10/28/96_
Employee's Signature                 Date

CANTU, VIDAL/JR

Check here if you wish to receive this information in Spanish.  _____

```
ID.NO.   84-0079                                              S.S.N. ████████
NAME     CANTU VIDAL JR                                       D.O.B. ████████

            COURSE #   COMMON CRS#      DESCRIPTION     SEM   CRH GRD   GP
            ACTR 9999                   ELNA HOURS      1/84   0   P   000
            MUSI 1181                   PIANO CLASS I   1/84   2   C    04
            KINE 1104                   BADMINTON       1/84   1   C    02
            MUSI 1241                   CAMPUS CHOIR    1/84   1   B    03

HOURS UNDERTAKEN-  4 HOURS EARNED-  4   GRD PTS-  9   GPA HOURS-  4 GPA 2.25


                        **  SPRING 1994    **
            TMAN 1101                   JOB SKILLS              1   A    01
            MARK 3371                   PRIN OF MARKET          3   F    00

HOURS UNDERTAKEN-  4 HOURS EARNED-  1   GRD PTS-  4   GPA HOURS-  4 GPA 1.00


                        **  FALL 1994    **
            MANA 3361                   PRIN OF MGMT            3   C    06
            TMAN 2310                   INTRO INTL BUS          3   A    12

HOURS UNDERTAKEN-  6 HOURS EARNED-  6   GRD PTS-  18  GPA HOURS-  6 GPA 3.00


                        **  SPRING 1995    **
            TINT 2301                   CUSTOMS REGULAT         3   A    12
            TINT 1301                   IMPORT/EXPORT           3   C    06

HOURS UNDERTAKEN-  6 HOURS EARNED-  6   GRD PTS-  18  GPA HOURS-  6 GPA 3.00


                        **  SPRING 1996    **
REP         MATH 0320                   BASIC MATH             3   W    00  **

HOURS UNDERTAKEN-    HOURS EARNED-      GRD PTS-      GPA HOURS-    GPA .00


                        **  FALL 1996    **
            MATH 0320                   BASIC MATH             3   S    00  **
            MATH 0100                   MATHEMATICS LAB        1   P    00  **
            TACC 1401                   ACCT FUND I            4   W    00

HOURS UNDERTAKEN-  8 HOURS EARNED-  4   GRD PTS-  ??  GPA HOURS-    GPA .00

------------------------ACCUMULATIVE--------------------------------------
HOURS UNDERTAKEN-  28 HOURS EARNED-  21  GRD PTS-  49  GPA HOURS-  20 GPA 2.45
HOURS UNDERTAKEN-  24 HOURS EARNED-  17  GRD PTS-  49  GPA HOURS-  20 GPA 2.45
```

*Satisfactory*
*Passing*

544-8200

# PORT OF
# BROWNSVILLE

## Brownsville Navigation District Employees Retirement Plan

| | |
|---|---|
| *Valuation As Of:* | 01/01/1996 |
| *Date Of Birth:* | 02/26/1963 |
| *Date Of Employment:* | 08/26/1993 |
| *Date Of Participation:* | 06/01/1994 |
| *Date Of Retirement:* | 03/01/2028 |

| | |
|---|---|
| *1995 Retirement Compensation:* | $13,124.80 |
| *Retirement Benefits:* | |
| Projected Monthly Pension: | $   405 |
| Projected Social Security: | 521 |
| Projected Total Benefit: | $   926 |
| *Projected Total Benefit As A Percent Of Salary:* | 84.66% |
| *1/1/96 Accrued Benefit:* | $27.09 |
| *Percent Vested:* | 0% |
| *1/1/96 Vested Benefit:* | $0.00 |

This statement supercedes all previous statements. It is based upon the current information provided by your employer and is intended as an accurate reflection of the present benefits available under this plan. However, in the event of error or omission, the provisions of the plan shall govern.

# TEXAS ENGINEERING EXTENSION SERVICE
# THE TEXAS A&M UNIVERSITY SYSTEM

Electronics Training Division

This is to certify that

## Vidal Cantu Jr.

has satisfactorily completed the course in

### MICROSOFT EXCELL 5.0

_____
Instructor

_____
Head, Electronics Training Division

_July 8, 1995_
Date

**BROWNSVILLE NAVIGATION DISTRICT**
**MEMORANDUM**

**TO:** Accounting Department
**FROM:** Jim Kruse
**DATE:** June 22, 1995
**SUBJECT:** Audit Report for FY 1995

Congratulations are in order to each employee within the Accounting Department for producing one of the best audit reports in the history of the Port! You have put in the time and effort to do your job well and it shows.

I would like to personally thank you. Not only have you made yourselves and your department look good, but when you do your job well you inspire confidence in the entire Port organization. Your department is the only one that is held to up to minute scrutiny each and every year, and you have passed the test with flying colors. I fully support the decision to apply for GFOA Certification, and I encourage you to pursue it to a successful conclusion.

cc: Personnel File, Accounting Department Employees

CANTU VIDAL JR                                        84-0079

# GRADE REPORT

THE UNIVERSITY OF TEXAS AT BROWNSVILLE
and
TEXAS SOUTHMOST COLLEGE

| COURSE NO | DESCRIPTION | DEPT | GRADE | GRADE PTS |
|---|---|---|---|---|
| 1301 | IMPORT/EXPORT | BA | C | 6 |
| 2301 | CUSTOMS REGULAT | BA | A | 12 |
|  | SPRING SEMESTER 1995 | | TOTAL | 18 |

A - Superior Work    I - Incomplete
B - Above average work    F - Failure
C - Average Work    W - Withdrew Passing
D - Lowest passing work    S - Satisfactory
P - Passing; level of work undefined    U - Satisfactory

### GRADE POINTS
Four grade points are allowed for each credit hour graded
"A", 3 for "B", 2 for "C", 1 for "D". No points are allowed for
other grades. To determine grade point Average divide
Total grade points by credit hours.

* CUMULATIVE * HRS UNDERTAKEN            20          49

CANTU VIDAL JR

TX

STECK-AUSTIN—SNO FORM NO. 45

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: **Crisina Valdez**                                   Date: **04/17/95**

From: **Vidal Cantu Jr.**                                File No. ————————————

Subject: **Reprimand on 04/13/95**

At your convenience, I would very much appreciate obtaining a copy
of the reprimand which was placed in my file on 04/13/95.

Thank You,

*Vidal Cantu Jr.*

**Vidal Cantu Jr.**

STECK-AUSTIN—2ND FORM NO. 49

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: **Crisina Valdez**                    Date: **04/17/95**

From:  **Vidal Cantu Jr.**                 File No. _____

Subject: **Reprimand on 04/13/95**

At your convenience, I would very much appreciate obtaining a copy
of the reprimand which was placed in my file on 04/13/95.

Thank You,

**Vidal Cantu Jr.**

STECK-AUSTIN—SND FORM NO. 43

## PORT OF BROWNSVILLE
### INTER-OFFICE MEMORANDUM

**To:** **Cristina Valdez /Comptroller**                    Date: **March 24, 1995**

**From:** **Vidal Cantu Jr.**                    File No. _____

**Subject:** **New Responsibilities**

Dear Cristina,

I have worked very hard to improve my weaknesses and feel I am ready to take on new responsibilities. I am a hard worker and a responsible one as well and would like the opportunity to learn new things in the accounting department. I know I will do satisfactory work at whatever you throw my way because I always do more than my best. Please discuss this matter with Debby because I am ready and willing to do more than I am doing at the present time. I seem to have alot of time on my hands and too me that tells me that I should do more. So please consider my request at your convenience.

Thank You

Vidal Cantu Jr.
Accounting Clerk: