# PORT OF
# BROWNSVILLE

## Brownsville Navigation District Employees Retirement Plan

| Benefit Statement For: | CANTU, VIDAL JR |
|---|---|

| | |
|---|---|
| *Valuation As Of:* | 1/ 1/1995 |
| *Date Of Birth:* | ████████ |
| *Date Of Employment:* | 8/26/1993 |
| *Date Of Participation:* | 6/1/1994 |
| *Date Of Retirement:* | 3/1/2028 |

| | |
|---|---|
| *1994 Retirement Compensation:* | $12,636.00 |
| *Retirement Benefits:* | |
| Projected Monthly Pension: | $ 371 |
| Projected Social Security: | 505 |
| Projected Total Benefit: | $ 876 |
| Projected Total Benefit As A Percent Of Salary: | 83.19% |
| *1/1/95 Accrued Benefit:* | $15.61 |
| *Percent Vested:* | 0% |
| *1/1/95 Vested Benefit:* | $0.00 |

This statement supercedes all previous statements. It is based upon the current information provided by your employer and is intended as an accurate reflection of the present benefits available under this plan. However, in the event of error or omission, the provisions of the plan shall govern.

**BROWNSVILLE NAVIGATION DISTRICT**
**INVITATION**

       **To:**  **Vidal Cantu**
    **From:**  **Cristina Valdez**
    **Date:**  **February 20, 1995**
      **Re:**  **Department Birthday Lunch**


**Vidal we would like to invite you and Ketta out to lunch on
Wednesday February 22, 1995 for your birthday.  Due to vacations
and meetings Wednesday is the best day.  Please let me know if you
are able to go because we will be making reservations at the
Sheraton.  Sure would love to have you there.**

**Thank you,**

*That's fine with me.*

*Vidal*

CANTU VIDAL JR                                    84-0079

# GRADE REPORT

| COURSE NO | DESCRIPTION | DEPT | GRADE | CREDITS | GRADE PTS |
|-----------|-------------|------|-------|---------|-----------|
| 3361 | PRIN OF MGMT | BA | C | 3 | 6 |
| 2310 | INTRO INTL BUS | BA | A | 3 | 12 |
|      | FALL SEMESTER 1994 |  | TOTAL | 6 | 18 |

THE UNIVERSITY OF TEXAS AT BROWNSVILLE
and
TEXAS SOUTHMOST COLLEGE

A - Superior Work
B - Above average work
C - Average Work
D - Lowest passing work
P - Passing: level of work undefined

I - Incomplete
F - Failure
W - Withdraw Passing
S - Satisfactory
U - Satisfactory

### GRADE POINTS

Four grade points are allowed for each credit hour graded 'A', 3 for 'B', 2 for 'C', 1 for 'D'. No points are allowed for other grades. To determine grade point Average divide Total grade points by credit hours.

| | | | | CREDITS | GRADE PTS |
|---|---|---|---|---|---|
| * CUMULATIVE * HRS UNDERTAKEN | | | 14 | 14 | 31 |

CANTU VIDAL JR

78578                TX

## EMPLOYEE ACKNOWLEDGEMENT FORM

I have received a copy of the plan document for The Retirement Plan and Trust for Employees of the Brownsville Navigation District.

Since the information, policies and benefits described here are necessarily subject to change, I acknowledge that revisions to the document may occur. All such changes will be communicated through official notices, and I understand that revised information may supersede, modify, or eliminate existing provisions. Only the Board of Commissioners of the District has the ability to adopt any revisions to the policies in this document.

_____        10/12/94
Employee's Signature                    Date

Vidal Cantu, Jr.
_____
Employee's Printed Name

```
ID.NO.   84-0079                                        S.S.N.
NAME     CANTU VIDAL JR                                 D.O.B.

            COURSE #    COMMON CRS#      DESCRIPTION      SEM    CRH  GRD    GP

                     TEXAS SOUTHMOST COLLEGE
            ACTR  9999                     ELNA HOURS      1/84    0    P    000
            MUSI  1181                     PIANO CLASS I   1/84    2    C    04
            KINE  1104                     BADMINTON       1/84    1    C    02
            MUSI  1241                     CAMPUS CHOIR    1/84    1    B    03
HOURS UNDERTAKEN-   4 HOURS EARNED-    4   GRD PTS-   9   GPA HOURS-   4 GPA 2.

                          **   SPRING 1994     **
            TMAN  1101                     JOB SKILLS              1    A    04
            MARK  3371                     PRIN OF MARKET          3    F    00
HOURS UNDERTAKEN-   4 HOURS EARNED-    1   GRD PTS-   4   GPA HOURS-   4 GPA 1.

-------------------------ACCUMULATIVE------------------------
HOURS UNDERTAKEN-   8 HOURS EARNED-    5   GRD PTS-  13   GPA HOURS-   8 GPA 1.
HOURS UNDERTAKEN-   8 HOURS EARNED-    5   GRD PTS-  13   GPA HOURS-   8 GPA 1.
```





# United States District Court

SOUTHERN ———— DISTRICT OF —— TEXAS

IRENE CANTU

v.

MESCHI'S MINI MAX, INC., D/B/A
BLUE MARLIN SUPERMARKET, ET. AL.

**SUBPOENA**

CASE NUMBER:    B-91-205

| TYPE OF CASE | | SUBPOENA FOR | |
|---|---|---|---|
| ☒ CIVIL | ☐ CRIMINAL | ☒ PERSON | ☐ DOCUMENT(S) or OBJECT(S) |

TO:   Vidal Cantu
     117 Washington St.
     Laguna Heights, TX

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE U. S. FEDERAL COURTHOUSE<br>500 E. 10TH STREET<br>BROWNSVILLE, TEXAS  78520 | COURTROOM Judge Vela's Court<br>(2nd Floor) |
|---|---|
| | DATE AND TIME 10-04-93 at 9:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): *

NONE

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| | 10-01-93 |
| (BY) DEPUTY CLERK | |

This subpoena is issued upon application of the:

☒ Plaintiff    ☐ Defendant    ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:
Atty. Ernesto Gamez, Jr.
777 E. Harrison St.
Brownsville, Texas  78520
(210) 541-3820
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

*If not applicable, enter "none".



**HOME PORT TO NAFTA**

TO: Debby Duke

FROM: Vidal Cantu Jr.

DATE: January 26, 2004

REFERENCE: Vacation

I am requesting the following day off – Friday – February 27, 2004.  Please let me know if this will be possible, as I will be planning a weekend.

# PORT
# BROWNSVILLE
## HOME PORT TO NAFTA

TO: **Deborah Lee Duke**

FROM: **Vidal Cantu Jr.**

DATE: **August 11, 2003**

REFERENCE: **Vacation**

**I am requesting my 44 hours vacation as follows:**

**Friday — August 29, 2003 — leave at noon for the day.**
                          **\* 4 hours vacation**

**Monday — Friday/ September 01, 2003 — September 05, 2003**
                          **\* 40 hours vacation**

8/11/03



**PORT OF**
**BROWNSVILLE**
**HOME PORT TO NAFTA**

TO: *Cristina Valdez*

FROM: *Vidal Santa*

DATE: *July 18, 2003*

REFERENCE: *Request Day Off*

I'd like to request a day off as vacation on Friday - July 25, 2003

Please let me know if this will be possible so that I could make my plans.

OK 7/18/03



# PORT OF BROWNSVILLE
## HOME PORT TO NAFTA

TO: Debby Duke

FROM: Vidal Cantu

DATE: June 16, 2003

REFERENCE: Vacation Day – (For: Friday – June 20, 2003)

I am asking for a day off so that I may run some personal errands during normal business hours. Please let me know if this will be possible.

STECK-AUSTIN—2ND FORM NO. 48

## PORT OF BROWNSVILLE
### INTER-OFFICE MEMORANDUM

To: Debby Duke

Date: May 15, 2003

From: Vidal Cantu Jr.

File No. _____

Subject: Vacation

I Am requesting a day off tomorrow
Friday - May 16, 2003
My family told me yesterday they will be
leaving during working hours and I have Some
Personal errands to run before we leave.

OK
DaDuke

Please let me Know if this will be Okay
because I will be Celebrating my godson's
2nd birthday out of town.

Vidal Cantu Jr.

---

### INTEROFFICE MEMORANDUM

---

**TO:**       DEBORAH LEE DUKE

**FROM:**    VIDAL CANTU JR.

**SUBJECT:** LEAVE WORK EARLY/VACATION TIME

**DATE:**    9/4/2002

**CC:**

---

I am requesting some vacation time this afternoon.  I would like to leave at 3:00pm.  Please let me know if this is okay.

## INTEROFFICE MEMORANDUM

**TO:**       DEBORAH LEE DUKE

**FROM:**     VIDAL CANTU JR.

**SUBJECT:**  DAY OFF TO STUDY FOR MY FINALS:

**DATE:**     4/30/2002

**CC:**

### THURSDAY – MAY 2ND

I AM REQUESTING A DAY OFF ON THIS COMING THURSDAY - MAY 02ND TO STUDY FOR MY FINALS.  I HAVE A FINAL ON THAT DAY AND ONE ON SATURDAY MORNING AS WELL.  PLEASE LET ME KNOW IF THIS WILL BE POSSIBLE.  THANK YOU FOR WORKING WITH ME ON MY GOALS ON TRYING TO FUTHER MY EDUCATION.

TO: Deborah Lee Duke

FROM: Vidal Cantu Jr.

DATE: March 21, 2002

Reference: Day off: - Monday – March 30, 2002

I am requesting a vacation day off which is on a **Monday – March 30** which happens to be the day after Easter Sunday.   Please let me know when you can if this is okay.



*From the desk of_____*

*Vidal Cantu, Jr.*



To: Deborah Lee Duke

From: Vidal Cantu Jr.

Date: February 21, 2002

Reference: Small Vacation

I am requesting a small vacation as follows:

Monday – February 25th – Complete day off

Tuesday – February 26th – come in to work from:  8:00am – 12:00pm.
                          **And to leave at noontime for the remaining day.**

This will mean I will not be able to cover the switchboard for the receptionist lunch hours on these days.



_Vidal Cantu_ R
Vidal Cantu Jr.



To:  Letty Trevino – Insurance & Records Clerk:

From: Vidal Cantu Jr. – Accounting Clerk:

Date: February 18, 2002

Ref: Change in Day Off:

I would like to change my original day off which was on
Monday – Feb 25th
To Now:

████████

Please note this change in your records

Thanks,

Vidal Cantu Jr.



STECK-AUSTIN—2ND FORM NO. 42

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: *Debby Duke*                    Date: 02-11-02

From: *Vidal Cantu Jr.*            File No. _____

Subject: *Day's OFF - Vacation*



VOID

*I Am requesting the following dates as vacation*

*Thursday - Feb 14th - to be able to leave at 1:00pm for the remainder of the day.*    (3hrs)

*Monday - Feb 25th - the whole day ... - (8hrs)*

*Requested Feb 26th*

*Note: Please let me know at your convenience.*

OK
B. Duke

*Thank You*
*Vidal*

STECK-AUSTIN—SND FORM NO. 43

# PORT OF BROWNSVILLE
### INTER-OFFICE MEMORANDUM

To: *Debby Duke*                                   Date: *11-01-01*

From: *Vidal Cantu Jr*                             File No. _____

Subject: *- Friday*
*November 2, 2001*

I will be having a test early on this Saturday morning which is a bit unusual; but my class on Mondays & Wednesdays has a new instructor and he asked us to come in on this day for testing and an update session.
The library is only open till 5:00 pm on Fridays and if possibly I would very much appreciate having this day off because things are getting more tense in my classes.
Please let me know when you get a chance if this is okay.

Thanks

*Vidal Cantu Jr*



To: Debby Duke

From: Vidal Cantu, Jr.

Date: August 29, 2001

Ref:  **Leave Early on Thursday at 1:00pm**

I am requesting if I may be able to leave tomorrow on Thursday – August 30th at 1:00pm. This week has gone by fast for me and I haven't been able to get caught up with what is expected of me with my studies. Please let me know if this request does not inconvenient the Port in any way as I look forward to your response.

*Vidal Cantu Jr.*
*Aug 29, 2001*

STECK-AUSTIN—8ND FORM NO. 48

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: Debby Duke                                    Date: 09-19-01

From: Vidal Cantu Jr                              File No. _____

Subject: Vacation —

I am Requesting the following two day's off.

Friday - September 21, 2001

Monday - September 24, 2001



D.L Duke

9/19/01

STECK-AUSTIN—8ND FORM NO. 45

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: Debby Duke                          Date: July 2, 2001

From: Vidal Cantu Jr.                   File No. _____

Subject: 2 Day's OFF!

I would like to request two days off/Vacation.

Friday - July 13th - Small family Vacation

Wednesday - July 25th - All Day testing TSC/UTB

Please let me know when you can, if these two days are Possible.

OK
DRDuke

STECK-AUSTIN—BND FORM NO. 45

## PORT OF BROWNSVILLE
### INTER-OFFICE MEMORANDUM



To: Debby Duke

From: Vidal Cantu Jr.

Subject: Day off (Vacation)

Date: 05-14-01

File No. _____

I am requesting a Vacation day this Friday - May 18th.
My family and I are planning to go out of town and I'll
need to check on Thursday because I will not be
here on Friday.
Please let me know at your Convenience if this will
be possible.

Thanks

DLDuke

STECK-AUSTIN—SND FORM NO. 48

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: Debby Duke

From: Vidal Cantu Jr.

Subject: 1 Day Vacation

Date: 03-26-01

File No. _____

I am asking for Friday - March 30th off as a day of Vacation. Please let me Know when you Can if this will be possible.

3/26/01

STECK-AUSTIN—2ND FORM NO. 43

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: *Webby Duke*                          Date: 01/22/01

From: *Vital Cantu Jr.*                   File No. _____

Subject: *Vacation Day*

*I am Requesting a day Off on Monday - Feb 26, 2001. Please let me Know at Your Earliest Convenience.*





STECK-AUSTIN—2ND FORM NO. 42

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: Debby Duke                                         Date: 12/14/00

From: Vidal Cantu Jr.                                  File No. _____

Subject: (Vacation Day) — Monday - Dec 18th

I Am requesting a day off on Monday- Dec 18th for personal reasons. Please let me know at your earliest convenience if this will not be a problem for the accounting department.

Thanks ✓

Vidal Cantu
12/14/00