# PORT OF BROWNSVILLE
## HOME PORT TO NAFTA

To:  Deborah Lee Duke
    Cristina Valdez

From: Vidal Cantu, Jr.

Date: March 24, 2000

Reference: Thursday/ March 30th  & Friday/March 31st

I will need some time off next week because I am scheduled to go into the hospital for the procedure of a Heart Catheterization.  I will need to go in the hospital for some additional procedures before Friday and preferably Thursday will be the best day.
On Thursday/March 30th I am asking for the morning portion off and if possible I will return back to work in the afternoon.  I am also asking for my paycheck on this day because I will not be here on Friday as I am requesting for the full day off so that I may rest up and recover over the weekend.



# PORT ☰
# BROWNSVILLE
## HOME PORT TO NAFTA

To: Deborah Lee Duke
     Cristina Valdez

From: Vidal Cantu, Jr.

Date: March 24, 2000

Reference: Thursday/ March 30th & Friday/March 31st.

I will need some time off next week because I am scheduled to go into the hospital for the procedure of a Heart Catheterization. I will need to go in the hospital for some additional procedures before Friday and preferably Thursday will be the best day.
On Thursday/March 30th I am asking for the morning portion off and if possible I will return back to work in the afternoon. I am also asking for my paycheck on this day because I will not be here on Friday as I am requesting for the full day off so that I may rest up and recover over the weekend.

*Vidal Cantu Jr.*

*3/24/00*

To: Debby Duke/ Cristina Valdez

From: Vidal Cantu, Jr.

Date: March 3, 2000

Reference: Leave at 1:00pm for the Day on <u>March 14th</u>

I would like to attend a school loan session and may need to ask for another day if the class gets filled by the time I get there. · · I enclose a sheet of dates and times with full details for your convenience.

# Spring 2000 Pre-Loan Counseling Sessions

Applications for the Spring 2000 Quarter Federal Student loans will be accepted starting *Tuesday, February 22, 2000*. All students who wish to apply must complete a <u>Free Application for Federal Student Aid (FAFSA)</u> and attend a Pre-Loan Counseling session. Eligible students must enroll at least half-time (6 credit hours). Students who are on Financial Aid Probation or Suspension are not eligible to apply for student loans while not meeting satisfactory progress requirements.

The following dates are for the Spring 2000 Quarter sessions:

| Day | Date | Time | Place |
| --- | --- | --- | --- |
| Tuesday | February 22 | 3:00 PM | Student Center, Room 138 |
| Thursday | February 24 | 11:00 AM | Student Center, Room 138 |
| Tuesday | February 29 | 3:00 PM | Student Center, Room 138 |
| Thursday | March 2 | 11:00 AM | Student Center, Room 138 |
| Tuesday | March 14 | 3:00 PM | Student Center, Room 138 |
| Thursday | March 16 | 11:00 AM | Student Center, Room 138 |
| Tuesday | March 21 | 3:00 PM | Student Center, Room 138 |
| Thursday | March 23 | 11:00 AM | Student Center, Room 138 |
| Tuesday | March 28 | 3:00 PM | Student Center, Room 138 |
| Thursday | March 30 | 11:00 AM | Student Center, Room 138 |
| Tuesday | April 4 | 11:00 AM | Student Center, Room 138 |
| Tuesday | April 4 | 3:00 PM | Student Center, Room 138 |
| Thursday | April 6 | 11:00 AM | Student Center, Room 138 |

Each session has a maximum capacity of 38 people. If the session is full once you get there, you will need to plan to attend the next scheduled session. Each session will last 90 minutes. Make plans to stay the entire time, you will not get credit for the session if you leave early.

Please bring the following information to the session:
1. Complete name, address, and phone number of two references (1 must be parent/relative)
2. Driver's License
3. A black pen.

The deadline for those who have attended a session to submit an application, for the Spring 2000 Quarter, is *Friday, April 14, 2000 at 5:00 PM*. No applications will be accepted after that time

For additional information, please feel free to call the Financial Aid office at (956) 364-4336.

*Dates and times subject to change.

Office Hours Mon - Fri 7:00 am - 7:00 pm



**Terry Retersdorf**
B. Sc., P.A. -C.
**Physician Assistant**

Office Address:
2300 Central Blvd.
Brownsville, TX 78520
Phone: (956) 544-6111

- Children and Adults
- Immigration Physicals
- Pre-Employment Physicals
- Worker's Compensation
- No Appointment Needed
- Minor Emergencies

In partnership with your health

FILE



## THE HEART INSTITUTE OF BROWNSVILLE

**KALIM J. HABET, M.D., FACC, FCCP**
Diplomate, American Board of Internal Medicine,
Critical Care Medicine and Cardiovascular Diseases.

**CARDIOVASCULAR DISEASES.**

95 E. Price Road
Building C
Brownsville, TX 78521
(956) 50-HEART
(956) 504-3278

---

M Cantu, Vidal

**HAS AN APPOINTMENT**

☐ MON ☐ TUE ☐ WED ☒ THURS ☐ FRI ☐ SAT

DATE: 2/17/00

AT: 10:30 ☒ AM ☐ PM

*THIS TIME HAS BEEN RESERVED FOR YOU. PLEASE GIVE 24 HOURS NOTICE IF YOU CANNOT KEEP THIS APPOINTMENT*

---

M Blood Pressure ✓ Dr Or Habet

**HAS AN APPOINTMENT**

☒ MON ☐ TUE ☐ WED ☐ THURS ☐ FRI ☐ SAT

DATE: 2-21-00

AT: 1:00 ☐ AM ☒ PM

Vidal Cantu.

*THIS TIME HAS BEEN RESERVED FOR YOU. PLEASE GIVE 24 HOURS NOTICE IF YOU CANNOT KEEP THIS APPOINTMENT*



## HOME PORT TO NAFTA

TO: Deborah Lee Duke/ Finance Director
    Cristina Valdez/Comptroller

FROM: Vidal Cantu, Jr.

DATE: January 19, 2000

REFERENCE: Vacation Days

I would like to take a few days off in February.  I am requesting for the following days:

Friday – February 25th

Monday – February 28th

Tuesday – February 29th

Please let me know at your earliest convenience if this will be acceptable so that I may start making some
personal plans.

Thank You,





**PORT OF BROWNSVILLE**
## HOME PORT TO NAFTA

To: Deborah Lee Duke/Finance Director
    Cristina Valdez/Comptroller

From: Vidal Cantu Jr.

Date: December 27, 1999

Ref:  Day off/Vacation

I have a flight I haven't used which will expire on my birthday.  I would like to take the day off before my birthday which will fall on Friday-Feb 25, 2000. I am asking ahead of time so that I may do some personal preparations.  Please let me know at your convienience if this is alright.

STECK-AUSTIN—2ND FORM NO. 43

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: Cristina Valdez / Webby Duke

From: Vidal Cantu Jr.

Subject: Friday / October 22

Date: 10/18/99

File No. _____

I have a tooth that needs filling and I'd like a little time off on Friday / October 22nd.

I am requesting if I may please be allowed to leave for the day at 1:00 pm.

I am planning to go accross - - -

Please let me know if I can at your earliest convenience because I really do need to go.

Thanks



**HOME PORT TO NAFTA**

TO: Debby Duke/ Finance Director

FROM: Vidal Cantu Jr.

DATE: June 8, 1999

REFERENCE: Vacation

It would mean a lot too me if I could go somewhere this summer than to just stay home during my vacation period. The time frame periods I asked before were just of random without any plan's at all; but this past weekend I was asked if I would like to go to California with some of my family members.
The last time I've been out of the State of Texas was in 1984 and I'd like the opportunity to travel with my family again. The dates I am asking for is in July. We would need time to travel. So here are the dates' that I am requesting.

July 23rd –Thursday
July 24th – Friday
July 26th through July 30th

This would mean I would report back to work on Monday-August 2nd.



## HOME PORT TO NAFTA

TO: Cristina Valdez/Comptroller
    Deborah Lee Duke/Finance Director

FROM: Vidal Cantu Jr.

DATE: May 27, 1999

REFERENCE: Change on Vacation Week

I had originally asked for my vacation week to be during June 7th through 11th; but I didn't realize that it isn't enough time for me to try to save some money to try to go somewhere. For this reason, I am requesting to please have this time changed.
May I please take my vacation at a later time? If it were available, I'd like to take it during August 23rd through August 27th.



**HOME PORT TO NAFTA**

TO: Cristina Valdez/Debby Duke

FROM: Vidal Cantu Jr.

DATE: October 26, 1998

SUBJECT: Vacation

I would like to take some additional time off during the Thanksgiving Holiday's.
The day being that I'll return back to work would be on Wednesday – December 02nd.
The extra days off that I am asking are as follows:

November 30 – Monday
December 01 - Tuesday

# PORT ☰ BROWNSVILLE
## HOME PORT TO NAFTA

TO:  Cristina Valdez/Debby Duke

FROM:  Vidal Cantu, Jr.

DATE: September 15, 1998

SUBJECT: Hospitalize on Sept 18, 1998

On Friday, September 18, 1998 a personal procedure will be performed on me in the
hospital.  This procedure is to help me from sudden pain that may occur at any time.
If you should have any questions regarding this matter, I will be happy to discuss further
details with you.  I will also need to pre-register on Thursday-September 17th at 8:00am.

Vidal Cantu Jr.



# **HOME PORT TO NAFTA**

TO: Cristina Valdez

FROM: Vidal Cantu Jr.

DATE: August 26, 1998

SUBJECT: Thursday - Sept 4th (Surgery)

I will need to reregister on Wednesday -Sept 3rd for the following day.  My Surgery will be an in and out procedure and will take place in the afternoon.

There may be a follow up third surgery, it all depends on the outcome of my second procedure surgery.  I will need to be out on several occasions regarding my health, if you have any questions please let me know because it's kinda difficult to explain it in writing.



## HOME PORT TO NAFTA

TO: Cristina Valdez

FROM:  Vidal Cantu Jr.

DATE: August 20, 1998

SUBJECT:  Doctor's Appointment

I have a follow-up consultation appointment with my doctor regarding my surgery on August 26, 1998  on Wednesday morning at 8:40am.

*Vidal Cantu Jr.*
8/20/98



# PORT=
# BROWNSVILLE
## HOME PORT TO NAFTA

TO: Cristina Valdez

FROM: Vidal Cantu Jr.

DATE: August 20, 1998

SUBJECT: Doctor's Appointment

I have a follow-up consultation appointment with my doctor regarding my surgery on August 26, 1998 on Wednesday morning at 8:40am.

*Vidal Cantu Jr.*
*8/20/98*



**HOME PORT TO NAFTA**

TO: Cristina Valdez/Comptroller

FROM:  Vidal Cantu Jr.

DATE: July 13, 1998

SUBJECT: Vacation Pay

If possible, I would sure appreciate if I may have my vacation check for next week by this Friday because I will be leaving  Thursday morning on the week that I'll have off.



## PORT OF BROWNSVILLE
### HOME PORT TO NAFTA

TO: Cristina Valdez (Comptroller)

FROM: Vidal Cantu Jr. (Accounting Clerk)

DATE: February 16, 1998

SUBJECT: 1/2 Day Off (without pay)


I had previously asked you for a particular day off to fix my car; but I didn't follow through with that request because of some personal delays.   Instead I am now requesting if it's possible that I may work only from **8am-12:00pm on Wednesday - 02/25/98** and then be able to leave for the rest of the day.  I realize my vacation will not kick in for this request; but it would help me out if I may still leave half a day because I have a plane flight the very next day and there are some last minute things I need to take care of before the next day.





**Department of Finance and Administration**
**1000 Foust • Brownsville, Texas 78521 • 210/831-4592 • Fax 210/831-5106**

STECK-AUSTIN—2ND FORM NO. 42

## PORT OF BROWNSVILLE
### INTER-OFFICE MEMORANDUM

To: Kristina / Comptroller                    Date: 5/13/97

From: Vidal / Accounting Clerk                File No. _____

Subject: ~~Two~~ Three Day Vacation

These two particular day's I am requesting
are subject to change depending on my family
and thier schedule...

Although I'd like to request on the dates
of July 25 and July 28 th. and July 29th Tuesday Please let me
know if its possible   to reserve these
two days....

OK
av/

OK/

Thanks
V

STECK-AUSTIN—2ND FORM NO. 42

# PORT OF BROWNSVILLE

## INTER-OFFICE MEMORANDUM

To: **CRISTINA VALDEZ**
    **COMPTROLLER**

From: **VIDAL CANTU JR.**
     **ACCOUNTING CLERK**

Subject: **HOLIDAY PENDING**

Date: **01/15/97**

File No. _____

I have a special request which came up suddenly, I would like to take this Friday off to spend with a family member (which will be moving out of Texas by this weekend. I understand this is a late time to ask and if this will inconvienient anyone within this department, I will accept a denial to my request.

Thank You,

Vidal Cantu Jr.
Accounting Clerk:

STECK-AUSTIN—2ND FORM NO. 43

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: **Cristina Valdez/Comptroller**                    Date: **October  29, 1996**

From: **Vidal Cantu Jr. / Accounting Clerk:**          File No. _____

Subject: **Day Off On: Friday—December 06, 1996**


**During the College Graduation in  Austin, Texas as far as Ceremonies for my sister go, there will be two seperate day's of events.  One will fall on, Friday— December 07, 1996 (which will be only students of "The College of Education" and the other will be on Monday— December 21, 1996 (which will include "all students of the University.) So instead of having off on the 21st of December, I will need the 06th of December because that is when my sister decided that she would walk on stage.**
**Please let me know at your convenience if this date is possible, so that I can start making plans to attend the ceremony.**

STECK-AUSTIN—SND FORM NO. 48

# PORT OF BROWNSVILLE
## INTER-OFFICE MEMORANDUM

To: Cristina Valdez/Comptroller            Date: October 12, 1996

From: Vidal Cantu, Jr./Accounting Clerk:       File No. _____

Subject: Day Off On: December 20th, 1996


I am requesting in advance a day off on Friday, December 21st, 1996. I will be out of town with my family for a college graduation event. Please let me know at your convenience if this will be possible.

                                Thank You,

                                Vidal Cantu Jr.

# PORT OF BROWNSVILLE

## INTER-OFFICE MEMORANDUM

To: **Cristina Valdez**

From: **Vidal Cantu Jr.**

Subject: **Vacation Days Off With Advance**

Date: **September 03, 1996**

File No. _____

It is not certain yet as the date; but my sister will be graduating in December around the dates of: December 09 thru December 12th. I would like to have these dates reserved because my family and I are planning to all take off during these days to attend her ceremony.
Please let me know at your convenience if these days are not taken.

# December 1996

*Staff Out-of-Office Schedule*

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 ⬤ Christmas Eve Holiday | 25 Christmas Day Holiday | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

← *Vidal's Request Dates* →

| November 96 | January 97 |
|---|---|
| S M T W T F S | S M T W T F S |
|           1  2 |           1  2  3  4 |
| 3  4  5  6  7  8  9 | 5  6  7  8  9 10 11 |
| 10 11 12 13 14 15 16 | 12 13 14 15 16 17 18 |
| 17 18 19 20 21 22 23 | 19 20 21 22 23 24 25 |
| 24 25 26 27 28 29 30 | 26 27 28 29 30 31 |

Printed by Calendar Creator Plus on 8/30/96



TO:      **Mrs. Irma Gawenda**

FROM:    **Vidal Cantu Jr.**

DATE:    **February 25, 1994**

RE:      **Request the 25th off**

If possible, I would very much appreciate if I could please have
this day off, which is a day before my birthday.  I might be going
out of town.

I can make arrangements with someone here at the Port to sit in for
me with your approval.

U.S. Department of Justice

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5058 6409

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

Mr. Vidal Cantu, Jr.
c/o Valerie R. Esparza, Esquire
The Esparza Law Firm
Attorneys at Law
P.O. Box 369
Harlingen, TX  78551-0369

April 13, 2004

Re:  EEOC Charge Against Brownsville Navigation District, et al.
        No. 360200300782

Dear Mr. Cantu, Jr.:

    Because you filed the above charge with the Equal Employment
Opportunity Commission, and more than 180 days have elapsed since
the date the Commission assumed jurisdiction over the charge, and no
suit based thereon has been filed by this Department, and because
you through your attorney have specifically requested this Notice,
you are hereby notified that you have the right to institute a civil
action under Title VII of the Civil Rights Act of 1964, as amended,
42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be
filed in the appropriate Court within 90 days of your receipt of
this Notice.

    This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is
meritorious.

                                Sincerely,

                        R. Alexander Acosta
                   Assistant Attorney General
                       Civil Rights Division

            by    *Karen L. Ferguson*

                        Karen L. Ferguson
                      Civil Rights Analyst
                   Employment Litigation Section

cc:  San Antonio District Office, EEOC
     Brownsville Navigation District, et al.



4

Vidal Cantu, Jr.
P.O. Box 1927
Port Isabel, Texas 78578

| Date Hired: | 08/26/93 |  |

| Date | Hourly Rate | Weekly | Explanation | % |
|---|---|---|---|---|
| 08/26/93 | 6.00 | 240.00 | New Hire | |
| 03/31/94 | 6.10 | 244.00 | Budget Increase | 1.67 |
| 05/01/95 | 6.46 | 258.40 | Budget Increase | 5.90 |
| 04/18/96 | 7.15 | 286.00 | Budget Increase | 10.68 |
| 12/19/96 | 7.20 | 288.00 | Budget Increase | 0.70 |
| 03/01/97 | 7.70 | 308.00 | Retroactive Increase | 6.94 |
| 03/01/99 | 7.93 | 317.20 | Budget Increase | 2.99 |
| 03/01/00 | 8.17 | 326.80 | COL Increase | 3.03 |
| 02/16/01 | 9.00 | 360.00 | COL Increase | 10.16 |
| 02/28/02 | 9.65 | 386.00 | Chart Adj. & COL Inc. | 7.22 |
| 03/19/03 | 9.80 | 392.00 | COL Increase | 1.55 |
| 03/01/04 | 9.98 | 399.20 | COL Increase | 1.84 |
| | | | | (100.00) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |