

## PORT OF BROWNSVILLE
### HOME PORT TO NAFTA

May 12, 1997

Vidal Cantu
Brownsville Navigation District
1000 Foust Road
Brownsville, TX 78521

Dear Vidal:

Thank you for your interest in a promotion to the vacant Bookkeeping Specialist I position. Your interest in advancement is a continuation of the attitude that I have seen you developing over the past year or so. You have developed a postive aggressive attitude toward your work responsibilities, and I see you becoming more confident and sure in your work and your relationships in the office.

At this time, I am looking for a person with considerable experience in the Accounts Receivable and Collections area, as well as General Ledger. This is not an area in which I am in a position to do on-the-job training at this time. I find myself unable to offer you this promotion at this time.

I would encourage you to keep up with your attention to your job assignments, and I would hope that in the future that I would be able to offer you a job advancement.

Again, thank you for your interest in this position. It shows me your dedication to your self-improvement which makes you such an asset to this department.

Sincerely yours,
BROWNSVILLE NAVIGATION DISTRICT


Deborah Lee Duke, Director
Finance and Administration

# BROWNSVILLE NAVIGATION DISTRICT
## PORT OF BROWNSVILLE
### INTEROFFICE MEMORANDUM

**TO:**        **Vidal Cantu, Jr.**
**DEPT:**      **Finance & Administration**
**FROM:**      **Jo Saban**
**DATE:**      **March 26, 2004**
**SUBJECT:**   **COST OF LIVING INCREASES**

I am very glad to inform you that the Board of Commissioners has approved the annual Operating Budget which included a cost of living increase of 1.8%.

As a result this paycheck will include this increase retroactive to the week ending March 3, 2004.

Your new rate of pay will be:

$ 9.98 per Hour

This is equal to an annualized salary of $ 20,750.91.

If you have any questions or concerns, please do not hesitate to contact me.

Jo

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

Department: Finance & Administration
From: Jo Saban
Personnel Manager

Date: March 19, 2003

I am very glad to inform you that the Board of Commissioners has approved the annual Operating Budget which included a cost of living increase of 1.6%.

As a result, your paychecks beginning with the pay period including March 18, 2003, will be increased to reflect these raises approved by the Board.

Your new rate of pay will be:

$ 9.80 per hour
or
$ per Salary Period

This is equal to an annualized salary of $ 20,393.15.

If you have any questions or concerns, please do not hesitate to contact me.

Jo

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | | DEPARTMENT | EFF. DATE | |
|---|---|---|---|---|
| Vidal Cantu, Jr. | | Finance & Administration | 02/28/02 | |
| **NATURE OF CHANGE** | | **PARTICULARS OF CHANGE** | | **FORMER RATE** |
| **CHANGE OF RATE:** | | TITLE OF FORMER POSITION | DEPARTMENT | 9.000 |
| MERIT | | CT1 Accounting Clerk | Finance & Administration | |
| COST OF LIVING | X | TITLE OF NEW POSITION | DEPARTMENT | **NEW RATE** |
| PROMOTION | | CT1 Accounting Clerk | Finance & Administration | 9.650 |
| BUDGET INCREASE | X | **EXPLANATION:** | | |
| % INCREASE | 7.22% | Chart Adjustment and 1.6% Cost of Living Increase | | |
| TRANSFER | | | | |
| REHIRED (ATTCH W-4) | | | | |
| CHANGE TO PERMANENT | | Recommended by | | |
| TEMPORARY EMPLOYEE | | Foreman | | |
| RESIGNATION | | Authorized by | | |
| TERMINATION | | Department Head | | |
| EMPLOYEE NUMBER | 4 | Approved by       Port Director | | |
| | | Date Hired       08/26/93 | Date of Last Increase | |
| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | | |
| SSN# | | | | |
| DATE OF BIRTH | | PHONE NUMBER | | |
| MAR. STATUS | | SPOUSE'S NAME | | |
| ETHNICITY | | DEPENDENT CHILDREN | | |

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

|  |  |
|---|---|
| **To:** | Noili cmoe Jr. |
| Job Classification | CT1 Accounting Clerk |
| Department | Fin. & Admin. |
| From: | Deborah Lee Duke |
| | Director of Finance and Administration |
| **Subject:** | Salary Adjustment - Fiscal Year Ending 2002 |
| Date: | March 4, 2002 |

I am very glad to inform you that the Board of Commissioners has approved a revision to the Wage and Salary Chart as a part of the annual Operating Budget. This revision was undertaken to make the salaries paid at the Brownsville Navigation District competitive with other employers in the Brownsville area. In addition, the Board of Commissioners approved a cost of living increase of 1.6%.

As a result, your paychecks beginning with the pay period including March 1, 2002, will be increased to reflect these raises approved by the Board.

Your new rate of pay will be:

$ 9.65 per hour
or
$  per Salary Period

This is equal to an annualized salary of $ 20,072.00.

If you have any questions or concerns, please do not hesitate to contact me.

*Debby*

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE |
|---|---|---|
| Vidal Cantu | Finance & Administration | 06/07/01 |

| NATURE OF CHANGE | | |
|---|---|---|

| | | |
|---|---|---|
| **CHANGE OF RATE** | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
| MERIT | CT1 - Accounting Clerk | Finance & Administration | 8.420 |
| COST OF LIVING | TITLE OF NEW POSITION | DEPARTMENT | NEW RATE |
| PROMOTION | CT1 - Accounting Clerk | Finance & Administration | 9.000 |
| OTHER | 6.89% | | |
| % INCREASE | | | |

EXPLANATION:

Agreement as per mediation of dispute.

| TRANSFER | |
|---|---|
| REHIRED (ATTCH W-4) | |
| CHANGE TO PERMANENT | |
| TEMPORARY EMPLOYEE | |
| RESIGNATION | |
| TERMINATION | |

Recommended by _____
                  Foreman

Authorized by _____
                  Department Head

Approved by _____
                  Port Director

| EMPLOYEE NUMBER | 4 |
|---|---|

| Date Hired | 09/26/93 | Date of Last Increase |
|---|---|---|

| NEW EMPLOYEE (ATTH W-4) | |
|---|---|
| SSN# | |
| DATE OF BIRTH | |
| MAR. STATUS | |
| ETHNICITY | |

| ADDRESS | |
|---|---|
| PHONE NUMBER | |
| SPOUSE'S NAME | |
| DEPENDENT CHILDREN | |

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE |
|---|---|---|
| Vidal Cantu, Jr. | Finance & Administration | 02/15/01 |

### NATURE OF CHANGE

### PARTICULARS OF CHANGE

| | | |
|---|---|---|
| | TITLE OF FORMER POSITION | DEPARTMENT / FORMER RATE |
| CHANGE OF RATE | Accounting Clerk | Finance & Administra / 8.170 |
| MERIT | TITLE OF NEW POSITION | DEPARTMENT / NEW RATE |
| COST OF LIVING   X | Accounting Clerk | Finance & Administra / 8.420 |

**EXPLANATION**

Budgeted Cost of Living Increase

| PROMOTION | |
|---|---|
| BUDGET INCREASE | |
| % INCREASE   3.00% | |
| TRANSFER | |
| REHIRED (ATTCH W-4) | Recommended by _____ (Foreman) |
| CHANGE TO PERMANENT | |
| TEMPORARY EMPLOYEE | Authorized by _____ (Department Director) |
| RESIGNATION | |
| TERMINATION | Approved by _(signature)_ (General Manager & CEO) |
| EMPLOYEE NUMBER   18 | Date Hired _____  Date of Last Increase   03/01/00 |

**Complete for New Employee Only**

| NEW EMPLOYEE (ATTH W-4) | ADDRESS |
|---|---|
| SSN# | |
| DATE OF BIRTH | PHONE NUMBER |
| MAR. STATUS | PARENTS NAMES |
| ETHNICITY | DEPENDENT CHILDREN |

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

From: Debby Duke

Date: February 21, 2001

I am very pleased to inform you that the Board of Commissioners has approved a Cost of Living increase for the District's employees. This increase will be effective for the week ending February 22, 2001 for hourly employees and for the salary period ending February 28, 2001 for salaried employees.

The Cost of Living increase that was approved is 3%.

Your new hourly rate of pay is $8.42. This is an annualized rate of pay of $17,513.60.

Congratulations.

*Debby*

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | | |
|---|---|---|---|---|
| Vidal Cantu, Jr. | Finance and Administration | 03/01/00 | | |
| **NATURE OF CHANGE** | **PARTICULARS OF CHANGE** | | | |
| **CHANGE IN RATE** | | | DEPARTMENT | FORMER RATE |
| MERIT | TITLE OF FORMER POSITION | | Finance and Administration | 7.930 |
| COST OF LIVING | XX | No Change | DEPARTMENT | NEW RATE |
| PROMOTION | | TITLE OF NEW POSITION | Finance and Administration | 8.170 |
| BUDGET INCREASE | | No Change | | |
| % INCREASE | 3.00% | EXPLANATION: | | |
| TRANSFER | | Cost of living approved by Board of Commissioners with Budget for FYE 2001 | | |
| REHIRED (ATTCH W-4) | | | | |
| CHANGE TO PERMANENT | | | | |
| TEMPORARY EMPLOYEE | | Recommended by _____ Foreman | | |
| RESIGNATION | | Authorized by _____ | | |
| TERMINATION | | Department Head | | |
| EMPLOYEE NUMBER | 4 | Approved by _____ Port Director | | |
| | | Date Hired    N/A | Date of Last Increase | N/A |
| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | | |
| SS# | | | | |
| DATE OF BIRTH | | PHONE NUMBER | | |
| MAR. STATUS | | PARENTS NAMES | | |
| ETHNICITY | | DEPENDENT CHILDREN | | |

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

| | |
|---:|:---|
| **To:** | *Vidal Cantu, Jr.* |
| From: | Debby Duke |
| Subject: | Cost of Living Increase |
| Date: | April 7, 2000 |

The Board of Commissioners has approved a cost of living increase of 3% for all employees.

Your new rate is $8.17 per hour. This is an increase of $0.24 per hour.

This paycheck has been prepared using your new hourly rate. You will receive a separate check next week for the increase for the March pay periods.

*Debby*

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu, Jr.
**From:** Debby Duke
**Subject:** Raise
**Date:** December 19, 1997

---

Congratulations! The Board has authorized the staff to implement the raises that were made a part of the budget that was adopted on March 1, 1997.

These raises were made effective March 1, 1997. Therefore, you are receiving a check for your retroactive pay increase with this memo.

Your new pay rate is $7.699 per hour. This is an increase of $0.500 per hour over your previous pay rate, or an increase of 6.95%.

The commissioners and staff join me in wishing you and your family a very Merry Christmas and a Happy New Year.

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | | |
|---|---|---|---|---|
| Vidal Cantu Jr. | Accounting | 12/19/96 | | |
| NATURE OF CHANGE | PARTICULARS OF CHANGE | | | |
| CHANGE OF RATE: | TITLE OF FORMER POSITION | DEPARTMENT | | FORMER RATE |
| | CT1 Clerk I | 90 | | 7.15 |
| MERIT | TITLE OF NEW POSITION | DEPARTMENT | | |
| COST OF LIVING | CT1 Clerk I | 90 | | 7.20 |
| PROMOTION | | | | |
| BUDGET INCREASE | X | EXPLANATION: | | |
| % INCREASE | 0.69% | | | |
| TRANSFER | | | | |
| REHIRED (ATTCH W—4) | | | | |
| CHANGE TO PERMANENT | | Recommended by _Christin Valdez_ | | |
| TEMPORARY EMPLOYEE | | Foreman | | |
| RESIGNATION | | Authorized by _Richard LaDuke_ | | |
| TERMINATION | | Department Head | | |
| EMPLOYEE NUMBER | | Approved by _C. James K_ | | |
| | | Port Director | | |
| | Date Hired | 08/26/93 | Date of Last Increase | 04/18/96 |
| NEW EMPLOYEE (ATTH W—4) | ADDRESS | | | |
| SSN# | | | | |
| DATE OF BIRTH | PHONE NUMBER | | | |
| MAR. STATUS | SPOUSES NAME | | | |
| ETHNICITY | DEPENDENT CHILDREN | | | |

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | |
|---|---|---|---|
| Vidal Cantu | Accounting | 04/18/96 | |
| NATURE OF CHANGE | PARTICULARS OF CHANGE | | |
| CHANGE OF RATE: | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
| | CT1 Clerk I | 90 | 6.46 |
| MERIT | TITLE OF NEW POSITION | DEPARTMENT | |
| COST OF LIVING | CT1 Clerk I | 90 | 7.15 |
| PROMOTION | | | |
| BUDGET INCREASE | EXPLANATION: | | |
| % INCREASE    X    10.68% | | | |
| TRANSFER | | | |
| REHIRED (ATTCH W –4) | Recommended by _Cristina Trilby_ | | |
| CHANGE TO PERMANENT | Foreman | | |
| TEMPORARY EMPLOYEE | Authorized by _Deborah DuDuke_ | | |
| RESIGNATION | Department Head | | |
| TERMINATION | Approved by _C. ____ ___ | | |
| | Port Director | | |
| EMPLOYEE NUMBER    4 | Date Hired    08/26/93 | Date of Last Increase | 06/01/95 |
| NEW EMPLOYEE (ATTH W –4) | ADDRESS | | |
| SSN# | PHONE NUMBER | | |
| DATE OF BIRTH | SPOUSES NAME | | |
| MAR. STATUS | | | |
| ETHNICITY | DEPENDENT CHILDREN | | |

**BROWNSVILLE NAVIGATION DISTRICT**
**INTEROFFICE MEMORANDUM**

**To:** Vidal Cantu
**From:** Debby Duke and Cristina Valdez
**Subject:** Annual Increase
**Date:** June 6, 1995.

---

The Board of Commissioners has authorized the staff to implement the budgeted pay increases effective June 1, 1995.  These increases will be reflected in your next pay check.

I am very pleased to be able to inform you that your hourly rate will be adjusted as follows:

Your current rate is $6.10 per hour

Your new rate is $6.46 per hour

This is an increase of 5.9%

This increase was developed from two components: a "chart adjustment" and an annual increase.  The "chart adjustment" was included to bring your hourly rate into line with other comparable employees.  The annual increase was computed on top of the "chart adjustment".

Your overall increase is above the average, and indicates that we have been pleased with the efforts you have undertaken in the department, and with your successful completion of your courses at TSC/UTB.  Keep up the good work.

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | | |
|---|---|---|---|---|
| Vidal Cantu | Accounting | 05/01/95 | | |
| **NATURE OF CHANGE:** | **PARTICULARS OF CHANGE:** | | | |
| **CHANGE OF RATE:** | TITLE OF FORMER POSITION | | DEPARTMENT | FORMER RATE |
| MERIT | CT1 Clerk | | 90 | 6.10 |
| COST OF LIVING | TITLE OF NEW POSITION | | DEPARTMENT | |
| PROMOTION | CT1 Clerk | | 90 | 6.46 |
| BUDGET INCREASE | X | | | |
| % INCREASE | 5.90% | EXPLANATION: | | |
| TRANSFER | | | | |
| REHIRED (ATTCH W--4) | | | | |
| CHANGE TO PERMANENT | | Recommended by | Christmes Valding | |
| TEMPORARY EMPLOYEE | | | Foreman | |
| RESIGNATION | | Authorized by | Debnel LeDuke | |
| TERMINATION | | | Department Head | |
| EMPLOYEE NUMBER | | Approved by | E. Jason Show | |
| | | | Port Director | |
| NEW EMPLOYEE (ATTH W--4) | | Date Hired | 08/26/93 | Date of Last Increase | 03/31/94 |
| SSN# | | ADDRESS | | |
| DATE OF BIRTH | | PHONE NUMBER | | |
| MAR. STATUS | | SPOUSES NAME | | |
| ETHNICITY | | DEPENDENT CHILDREN | | |

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | |
|---|---|---|---|
| Vidal Cantu Jr. | Accounting Department | 03/31/94 | |
| *NATURE OF CHANGE* | *PARTICULARS OR CHANGE* | | |
| | | DEPARTMENT | FORMER RATE |
| CHANGE OF RATE: | TITLE OF FORMER POSITION | | |
| | CT1 Accounting Clerk | 90 | 6.00 |
| MERIT | TITLE OF NEW POSITION | DEPARTMENT | |
| COST OF LIVING | | 90 | 6.10 |
| PROMOTION | | | |
| Budget Implementation    X | EXPLANATION: | | |
| % INCREASE    1.67% | | | |
| TRANSFER | | | |
| REHIRED (ATTCH W—4) | | | |
| CHANGE TO PERMANENT | Recommended by    _Wilma Veeley_ | | |
| TEMPORARY EMPLOYEE | Foreman | | |
| RESIGNATION | Authorized by    _Deborah Lee Duke_ | | |
| TERMINATION | Department Head    _E. Garza Jm_ | | |
| | Approved by | | |
| | Port Director | | |
| EMPLOYEE NUMBER | Date Hired    08/26/93 | Date of Last Increase | |
| NEW EMPLOYEE (ATTH W—4) | ADDRESS | | |
| SSN# | | | |
| DATE OF BIRTH | PHONE NUMBER | | |
| MAR. STATUS | SPOUSES NAME | | |
| ETHNICITY | DEPENDENT CHILDREN | | |

May 1, 1994

Mr. Vidal Cantu
Administration Building
Port of Brownsville, Texas

Re:  CT1  Accounting Clerk

Dear Vidal:

On behalf of Mr. C. James Kruse, Port Director and General Manager,
and the Brownsville Navigation District, I am pleased to offer you
the position of CT1 Accounting Clerk in the Accounting Department.
Should you accept our offer, your salary will remain at $6.10 per
hour.

This will be an internal transfer and the benefits provided by the
District will not be interrupted in any way.  Under our hiring
policy, in the case of an internal transfer, there is allowed a
transition period during which the employee will be expected to
continue performing his former responsibilities.  This transition
period should not exceed three weeks.  The transition period will
be coordinated between Cristina Valdez and Irma Gawenda.

I would appreciate your considering our offer and advising me of
your decision by Wednesday, May 4th.  We will be unable to hold the
offer open beyond this date.

Thank you for your interest in employment with the Accounting
Department.   We look forward to hearing from you in the near
future.  In the meantime, if you have any questions about our offer
or the Department more generally, please feel free to contact me.

Very truly yours,
BROWNSVILLE NAVIGATION DISTRICT


Deborah Lee Duke, Director
Finance and Administration

cc:  Cristina Valdez

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | | |
|---|---|---|---|---|
| Vidal Cantu, Jr. | Administrative | 08/26/93 | | |

| NATURE OF CHANGE | PARTICULARS OF CHANGE | | | FORMER RATE |
|---|---|---|---|---|
| **CHANGE OF RATE:** | TITLE OF FORMER POSITION | DEPARTMENT | DEPARTMENT | |
| MERIT | | | | |
| COST OF LIVING | TITLE OF NEW POSITION | DEPARTMENT | | 6.00 |
| PROMOTION | CT1 Switchboard Operator/Receptionist | Administrative | | |
| | | | | |
| % INCREASE | EXPLANATION: | | | |
| TRANSFER | | | | |
| REHIRED (ATTCH W-4) | | | | |
| CHANGE TO PERMANENT | | | | |
| TEMPORARY EMPLOYEE | Recommended by | | | |
| RESIGNATION | Authorized by       Foreman | | | |
| TERMINATION | Approved by         Department Head | | | |
| | Port Director | | | |
| EMPLOYEE NUMBER | | | | |
| NEW EMPLOYEE (ATTH W-4)   X | Date Hired                08/26/93   Date of Last Increase | | | |
| SSN#    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 | ADDRESS    P. O. Box 1927 | | | |
| DATE OF BIRTH    02/26/53 | Port Isabel, TX  78578 | | | |
| MAR. STATUS   Single | PHONE NUMBER   943-1287 | | | |
| | SPOUSE'S NAME    N/A | | | |
| ETHNICITY   White/Hispanic | DEPENDENT CHILDREN    None | | | |

# PERFORMANCE REVIEW

**Brownsville Navigation District**
1000 Foust Road - Brownsville, TX 78521

---

**4 - Vidal Cantu, Jr.**
**CT1 - Accounting Clerk**
**Date of Hire - 08/26/93; Last Raise - 03/01/03**
**Hourly - $9.80/Annual - $20,384.00**

---

Reason for Review:  [X] Annual        [ ] Merit
                    [ ] End of Probation   [ ] Other _____

**2004 - January**

### Definition of Performance Ratings

**O - Exceptional** - Performance is exceptional in all areas and is recognizable as being far superior to others.

**I - Improvement Needed** - Performance is deficient in certain areas. Improvement is necessary.

**V - Very Good** - Results clearly exceed most position requirements. Performance is of high quality and is achieved on a consistent basis.

**U - Unsatisfactory** - Results are generally unacceptable and require immediate improvement. No merit increase should be granted to individuals with this rating.

**G - Good** - Competent and dependable level of performance. Meets performance standards of the job.

**N/A - Not Applicable** - or too soon to rate.

| GENERAL FACTORS | RATING | SUPPORTIVE DETAILS OR COMMENTS |
|---|---|---|
| **1. Quality**<br>· The extent to which an employee's work is accurate, thorough and neat. | G+ | Vidal seems to have become more comfortable in this position, and his work is becoming more accurate. He is more able to complete his work on incoming invoices than at the last evaluation. |
| **2. Productivity**<br>The extent to which an employee produces a significant volume of work efficiently in a specified period of time. | G | Vidal continues to work steadily during the day. |
| **3. Job Knowledge**<br>The extent to which an employee possesses the practical/technical knowledge required on the job. | G | Vidal has adequate knowledge of the skills required to complete his assigned tasks. |
| **4. Reliability**<br>The extent to which an employee can be relied upon regarding task completion and follow-up. | G+ | Vidal can be relied upon not to let distractions take his attention away from the job he is working on. I am noting that he is making written notes of the items that need resolution |
| **5. Availability**<br>The extent to which an employee is punctual, observes prescribed work break/meal periods and has an acceptable overall attendance record. | G | Tardies have been a problem for Vidal in the past, and although improvement is still needed, this year has seen a dramatic improvement on this problem area. |

| GENERAL FACTORS | RATING | SUPPORTIVE DETAILS OR COMMENTS |
|---|---|---|
| **6. Independence**<br>The extent to which an employee performs work with little or no supervision. | **G** | Vidal is becoming more assured in his assignments. He is working more independently and more confidently that in past years. I have noted an improvement in his success in resolving problem purchasing documentation in the past couple of months. |
| **7. Creativity**<br>The extent to which an employee proposes ideas, finds new and better ways of doing things. | **G** | Vidal continues to be a part of the process of improving the work flow through his area. |
| **8. Initiative**<br>The extent to which an employee seeks out new assignments and assumes additional duties when necessary. | **G** | Vidal accepts new responsibilities willingly. He can be depended on to assist with any project he is requested to. |
| **9. Adherence to Policy**<br>The extent to which an employee follows safety and conduct rules, other regulations and adheres to company policies. | **G** | Vidal follows District policy and rules in his work here. |
| **10. Interpersonal Relationships**<br>The extent to which an employee is willing and demonstrates the ability to cooperate, work, and communicate with co-workers, supervisors, subordinates and/or outside contacts. | **I** | This has been a problem area in the past, and Vidal has had some sporadic problems with this area of his employment during this past period. This is the major area in which Vidal needs to put his concentration for improvement. |
| **11. Judgment**<br>The extent to which an employee demonstrates proper judgment and decision-making skills when necessary. | **I** | While this area has improved some since the last evaluation, I would like to see more improvement here. There have been fewer instances in which poor judgment has been seen, but I would like to see more improvement here. |

| Rate the employee's overall performance in comparison to position duties and responsibilites | **RATING** |
|---|---|
| Vidal seems to be more confident in his handling of his duties. There are additional responsibilities that go along with the Accounts Payable position, especially contracts and the distributed invoices such as the phone bill and credit cards, that I would like to see him be able to take on during the next year. | **G** |

**Additional Comments:**

1. Accomplishments or new abilities demonstrated since last review:     Vidal has improved in his handling of the invoices and in resolving "problem" purchases.

2. Specific areas of improvement needed:     As noted above, Vidal needs to continue to address attendance and interpersonal skills.

3. Recommendations for professional development (seminars, training, schooling, etc.): _____

_____

4. Absences: Number of incidents: _____     Number of Days: _____

**Employee Comments:**

_____

_____

Discussed with employee on: _1/26/04_    Employee Signature* _Vidal Cano_

_*Signature does not indicate agreement with the contents of this appraisal_

Evaluator's Signature: _Deborah Lee Duke_    Date: _1/26/04_

Personnel Department review: _____    Date: _____

# PERFORMANCE REVIEW

## Brownsville Navigation District
1000 Foust Road - Brownsville, TX 78521

4  Vidal Cantu, Jr.
**CT1  Accounting Clerk**
Hired 08/26/1993
Hourly Rate -8.170; Annual - 16,993.600

Reason for Review:    [X] **Annual**         [ ] **Merit**
                          **End of Probation**        **Other** _____

2000 - September

### Definition of Performance Ratings

**O - Exceptional**   Performance is exceptional in all areas and is recognizable as being far superior to others.

**V - Very Good**   Results clearly exceed most position requirements.  Performance is of high quality and is achieved on a consistent basis.

**G - Good** Competent and dependable level of performance.  Meets performance standards of the job.

**I - Improvement Needed**  Performance is deficient in certain areas.  Improvement is necessary.

**U - Unsatisfactory**  Results are generally unacceptable and require immediate improvement.  No merit increase should be granted to individuals with this rating.

**N/A - Not Applicable**   or too soon to rate.

| GENERAL FACTORS | RATING | COMMENTS ARE REQUIRED FOR "I" "U" |
|---|---|---|
| **1. Quality** The extent to which an employee's work is accurate, thorough and neat. | V+ | You continue to improve in your attention to your job. You begin well on this small details that are important. |
| **2. Productivity** The extent to which an employee produces a significant volume of work efficiently in a specified period of time. | V+ | You continue to do well in this area. |
| **3. Job Knowledge** The extent to which an employee possesses the practical/technical knowledge required on the job. | G+ | |
| **4. Reliability** The extent to which an employee can be relied upon regarding task completion and follow up. | V | |
| **5. Availability** The extent to which an employee is punctual, observes prescribed work break/meal periods and has an acceptable overall attendance record. | V | I can depend on you being where you are supposed to be. |
| **6. Independence** The extent to which an employee performs work with little or no supervision. | V | |
| **7. Creativity** The extent to which an employee proposes ideas, finds new and better ways of doing things. | G+ | |

# PERFORMANCE REVIEW

**Brownsville Navigation District**
1000 Foust Road - Brownsville, TX 78521

4  Vidal Cantu, Jr.
CT1  Accounting Clerk
Date of Hire: 08/26/1993
Hourly: 7.930/Annual: 16,494.400

eason for Review:  [X]  Annual     [ ]  Merit _____
                        [ ]  End of Probation    [ ]  Other

999 - November

## Definition of Performance Ratings

) - **Exceptional**   Performance is exceptional in all
reas and is recognizable as being far superior to others.
' - **Very Good**   Results clearly exceed most position
equirements.  Performance is of high quality and is
chieved on a consistent basis.
- **Good**  Competent and dependable level of
erformance. Meets performance standards of the job.

I - **Improvement Needed**   Performance is deficient in
certain areas.  Improvement is necessary.
U - **Unsatisfactory**   Results are generally unaccept-
able and require immediate improvement.  No merit
increase should be granted to individuals with this
rating.
N/A - **Not Applicable**     or too soon to rate.

| GENERAL FACTORS | RATING | SUPPORTIVE DETAILS OR COMMENTS |
|---|---|---|
| **Quality** The extent to which an employee's work is accurate, thorough and neat. | √ | You continue to practice care in your area. |
| **Productivity** The extent to which an employee produces a significant volume of work efficiently in a specified period of time. | √+ | The # number of transactions you can post is increasing, keep up the good work. |
| **Job Knowledge** The extent to which an employee possesses the practical/technical knowledge required on the job. | G+ | You continue to work on this area - & continue to improve. |
| **Reliability** The extent to which an employee can be relied upon regarding task completion and follow up. | √ | You always complete assigned tasks. |
| **Availability** The extent to which an employee is punctual, observes prescribed work break/meal periods and has an acceptable overall attendance record. | √ | You are at your workstation when you should be. You observe breaks properly. |
| **Independence** The extent to which an employee performs work with little or no supervision. | √ | You can be depended on to do your assign ones they are given to you. |
| **Creativity** The extent to which an employee proposes ideas, finds new and better ways of doing things. | G+ | We always appreciate your suggestions. |

# PERFORMANCE REVIEW

# Brownsville Navigation District
1000 Foust Road - Brownsville, TX 78521

**4  Vidal Cantu, Jr.**
**CT1 Accounting Clerk**
Hired - 8/26/93
Hourly Rate - 7.699; Annual - 16,013.92

Reason for Review:    [x] Annual         [ ] Merit
                       [ ] End of Probation    [ ] Other _____

1999 - January/February

## Definition of Performance Ratings

**O - Exceptional**  Performance is exceptional in all areas and is recognizable as being far superior to others.
**V - Very Good**  Results clearly exceed most position requirements.  Performance is of high quality and is achieved on a consistent basis.
**G - Good**  Competent and dependable level of performance.  Meets performance standards of the job.

**I - Improvement Needed**  Performance is deficient in certain areas.  Improvement is necessary.
**U - Unsatisfactory**  Results are generally unacceptable and require immediate improvement.  No merit increase should be granted to individuals with this rating.
**N/A - Not Applicable**  or too soon to rate.

| CRITICAL FACTORS | RATING | SUPPORTING DETAILS OR COMMENTS |
|---|---|---|
| **1. Quality** <br> The extent to which an employee's work is accurate, thorough and neat. | G+ | |
| **2. Productivity** <br> The extent to which an employee produces a significant volume of work efficiently in a specified period of time. | V | |
| **3. Job Knowledge** <br> The extent to which an employee possesses the practical/ technical knowledge required on the job. | G+ | |
| **4. Reliability** <br> The extent to which an employee can be relied upon regarding task completion and follow up. | V | |
| **5. Availability** <br> The extent to which an employee is punctual, observes prescribed work break/meal periods and has an acceptable overall attendance record. | V | |
| **6. Independence** <br> The extent to which an employee performs work with little or no supervision. | V | |
| **7. Creativity** <br> The extent to which an employee proposes ideas, finds new and better ways of doing things. | G+ | |

## EMPLOYEE RESPONSE TO RATING
### (To be completed within 5 working days of evaluation)

1.  I have discussed with my superior this evaluation of my past performance.

    — I _do_ agree _____ do not agree with ⁀ all ____ some of the conclusions reached.

    Comments: _I've worked hard to improve my weaknesses and its been worth it to hear I'm doing good._

    _____

2.  I feel that my performance review ⁀ was ____ was not fair and impartial.

    Comments: _____

    _____

    _____

3.  If I could make changes or improvements in my work, or Company polices, I would suggest: _____

    _____

    _____

4.  I would like to be considered for the following job assignments: _Any additional work in the Computer._

    _____

    _____


_____          _02 - 10 - 99_
Signature of Employee                     Date

_____          _02/10/99_
Signature of Evaluator                    Date

_____          _2/10/99_
Signature of Evaluator's Supervisor       Date

# PERFORMANCE REVIEW

## Brownsville Navigation District
1000 Foust Road
Brownsville, TX 78521

**4 CANTU, VIDAL/JR**
**CT1 CLERK**
Date Hired  8/26/93 - Last Increase  4/18/96
Current Hourly Rate $7.15

Reason for Review:    [X] Annual         [ ] Merit
                      [ ] End of Probation   [ ] Other _____

August, 1996

## Definition of Performance Ratings

**O — Exceptional**  Performance is exceptional in all areas and is recognizable as being far superior to others.

**V — Very Good**  Results clearly exceed most position requirements.  Performance is of high quality and is achieved on a consistent basis.

**G — Good**  Competent and dependable level of performance.  Meets performance standards of the job.

**I — Improvement Needed**  Performance is deficient in certain areas.  Improvement is necessary.

**U — Unsatisfactory**  Results are generally unacceptable and require immediate improvement.  No merit increase should be granted to individuals with this rating.

**N/A — Not Applicable**  or too soon to rate.

| GENERAL FACTORS | RATING | SUPPORTING DATA/COMMENTS |
|---|---|---|
| 1. **Quality**  The extent to which an employee's work is accurate, thorough and neat. | G | |
| 2. **Productivity**  The extent to which an employee produces a significant volume of work efficiently in a specified period of time. | G+ | Posting transactions should be edited more carefully before giving them to Lupita. |
| 3. **Job Knowledge**  The extent to which an employee possesses the practical/technical knowledge required on the job. | G+ | |
| 4. **Reliability**  The extent to which an employee can be relied upon regarding task completion and follow up. | V | |
| 5. **Availability**  The extent to which an employee is punctual, observes prescribed work break/meal periods and has an acceptable overall attendance record. | G | |
| 6. **Independence**  The extent to which an employee performs work with little or no supervision. | V | |

## EMPLOYEE RESPONSE TO RATING
### (To be completed within 5 working days of evaluation)

1. I have discussed with my superior this evaluation of my past performance.

   I _____ agree _____ do not agree with _____ all _____ some of the conclusions reached.

   Comments: _____

   _____

   _____

2. I feel that my performance review _____ was _____ was not fair and impartial.

   Comments: _____

   _____

   _____

3. If I could make changes or improvements in my work, or Company polices, I would suggest: _____

   _____

   _____

4. I would like to be considered for the following job assignments: _____

   _____

   _____


Vidal Cantu Jr.                          09/30/96
**Signature of Employee**                **Date**

Cristina Valdez                          9/30/96
**Signature of Evaluator**               **Date**

_____                         9/30/96
**Signature of Evaluator's Supervisor**  **Date**

# PERFORMANCE REVIEW

## Brownsville Navigation District
P. O. Box 3070
Brownsville, TX 78523−3070

4 Vidal Cantu
CT1 Accounting Clerk
Date Hired  08/26/93 - Last Increase  06/01/95
Current Hourly Rate  $6.46

Reason for Review:  [X] Annual          [ ] Merit
                    [ ] End of Probation  [ ] Other _____

July, 1995

## Definition of Performance Ratings

**O — Exceptional**  Performance is exceptional in all areas and is recognizable as being far superior to others.

**V — Very Good**  Results clearly exceed most position requirements. Performance is of high quality and is achieved on a consistent basis.

**G — Good**  Competent and dependable level of performance. Meets performance standards of the job.

**I — Improvement Needed**  Performance is deficient in certain areas.  Improvement is necessary.

**U — Unsatisfactory**  Results are generally unaccetable and require immediate improvement. No merit increase should be granted to individuals with this rating.

**N/A — Not Applicable**  or too soon to rate.

| GENERAL FACTORS | RATING | SUPPORTIVE DETAILS OR COMMENTS |
|---|---|---|
| 1. **Quality**  The extent to which an employee's work is accurate, thorough and neat. | I | Filing of checks and invoices needs to improve and I am having to check your work. |
| 2. **Productivity**  The extent to which an employee produces a significant volume of work efficiently in a specified period of time. | G | |
| 3. **Job Knowledge**  The extent to which an employee possesses the practical/ technical knowledge required on the job. | G | |
| 4. **Reliability**  The extent to which an employee can be relied upon regarding task completion and follow up. | V | |
| 5. **Availability**  The extent to which an employee is punctual, observes prescribed work break/meal periods and has an acceptable overall attendance record. | G | Notice:  Tardiness is becoming more frequent and shortening your lunch hours. |
| 6. **Independence**  The extent to which an employee performs work with little or no supervision. | V | |

## EMPLOYEE RESPONSE TO RATING
### (To be completed within 5 working days of evaluation)

1.  I have discussed with my superior this evaluation of my past performance.

    I _____ agree _____ do not agree with _____ all ____ some of the conclusions reached.

    Comments: *I do trust my instincts! I do not take things personal, I take things which concern my job on a professional level because I feel I'm truly dedicated.*

2.  I feel that my performance review ____ was _____ was not fair and impartial.

    Comments: *There is always room for improvement; but I feel my Supervisor Should try a little harder to trust me & my work. I do double Check my work as much as possible*

3.  If I could make changes or improvements in my work, or Company polices, I would suggest: _____

    _____

    _____

4.  I would like to be considered for the following job assignments: *I would like to be trusted to do more detailed work here in the Accounting Dept; but for some reason I'm not being given the opportunity to issue P.O.'s and to do more work in the Computer.*

*Vidal Gentu Jr.*                              09-22-95 "
Signature of Employee                          Date

*Cristina Valdez*                              09/22/95
Signature of Evaluator                         Date

*Deborah Lee Duke*                             9/22/95
Signature of Evaluator's Supervisor            Date

# PERFORMANCE REVIEW

## Brownsville Navigation District
P. O. Box 3070
Brownsville, TX 78523-3070

4  Vidal Cantu
CT1 Accounting Clerk
Date Hired  08/26/93 - Last Increase  03/3194
Current Hourly Rate  $6.10

**Reason for Review:**

[X] Annual – July, 1994        [ ] Merit
[ ] End of Probation           [ ] Other _____

---

## Definition of Performance Ratings

**O – Exceptional**  Performance is exceptional in all areas and is recognizable as being far superior to others.

**V – Very Good**  Results clearly exceed most position requirements.  Performance is of high quality and is achieved on a consistent basis.

**G – Good**  Competent and dependable level of performance.  Meets performance standards of the job.

**I – Improvement Needed**  Performance is deficient in certain areas.  Improvement is necessary.

**U – Unsatisfactory**  Results are generally unacceptable and require immediate improvement.  No merit increase should be granted to individuals with this rating.

**N/A – Not Applicable**  or too soon to rate.

| GENERAL FACTORS | RATING | SUPPORTIVE DETAILS OR COMMENTS |
|---|---|---|
| 1. **Quality**  The extent to which an employee's work is accurate, thorough and neat. | G | |
| 2. **Productivity**  The extent to which an employee produces a significant volume of work efficiently in a specified period of time. | G | |
| 3. **Job Knowledge**  The extent to which an employee possesses the practical/technical knowledge required on the job. | I | This area will improve as you become more familiar with the job. |
| 4. **Reliability**  The extent to which an employee can be relied upon regarding task completion and follow up. | I | You need to adhere to specific instructions on task performance. this will improve on completion and follow up. |
| 5. **Availability**  The extent to which an employee is punctual, observes prescribed work break/meal periods and has an acceptable overall attendance record. | V | Above average attendance |
| 6. **Independence**  The extent to which an employee performs work with little or no supervision. | G | |

## EMPLOYEE RESPONSE TO RATING
### (To be completed within 5 working days of evaluation)

1.  I have discussed with my superior this evaluation of my past performance.

    I __⟍__ agree __·___ do not agree with ____ all ____ some of the conclusions reached.

    Comments: _____

    _____

    _____

2.  I feel that my performance review __⟍__ was ____ was not fair and impartial.

    Comments: _____

    _____

    _____

3.  If I could make changes or improvements in my work, or Company polices, I would suggest: *I will work hard to improve my weak areas.*

    _____

4.  I would like to be considered for the following job assignments: *I would like to learn as much as I can because that's why I accepted this position. I feel there is a lot to learn and that's why I try to help out everyone. Yes, I am passitive !!!*

    | | |
    |---|---|
    | *Vidal Santos* | *7/27/94* |
    | Signature of Employee | Date |
    | *Cristina Valdez* | *08/01/94* |
    | Signature of Evaluator | Date |
    | *Deborah LedDuke* | *8/10/94* |
    | Signature of Evaluator's Supervisor | Date |