| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

VIDAL CANTU, JR.                    §

vs.                                 §        Civil Action No. B- 04-118

PORT OF BROWNSVILLE and             §
DEBORAH LEE DUKE

*United States District Court*
*Southern District of Texas*
*ENTERED*

**DEC 1 6 2004**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4-5__ days.                    ☐ Bench    ■ Jury

2. New parties must be joined by:                                  12/30/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    5/10/2005

4. The defendant's experts must be named with a report furnished by:    6/10/2005

5. Discovery must be completed by:                                 5/31/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:                           6/15/2005

7. Joint pretrial order is due:                                    8/10/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    8/24/2005

9. Jury Selection is set for 9:00 a.m. on:                         9/7/2005
   *(The case will remain on standby until tried)*

Signed __December 16_____, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge