United States District Court
Southern District of Texas
FILED

JAN 0 7 2005

Michael N. Milby
Clerk of Court

# The Esparza Law Firm, P.C.

P.O. Box 369
Harlingen, Texas 78551-0369

Tel. 956.423.2284
Fax 956.421.6556

November 24, 2004

Juan Barbosa
Deputy in Charge
United States District Court
Brownsville, Texas 78520

RE:  **Vidal Cantu Jr. Vs. The Port of Brownsville and Deborah
     Lee Duke;** Civil Action No. B-04-118 in the U.S.
     District Court, Southern District, Brownsville Division

**Vacation Letter**

Dear Sir:

Please accept this correspondence as written notice that
Valerie R. Esparza will be on vacation and out of the office from
**January 28, 2005 through February 3, 2004,** and respectfully asks
that no hearings, depositions, etc. be scheduled in the above-
styled and numbered cause of action during this time. I would ask
that this notice be filed among the other papers in this cause and
that a filed-marked copy of same be returned to my office in the
enclosed stamped, self-addressed envelope which I have provided for
your convenience.

By copy of this letter, all counsel of record have been copied
as indicated below. If you have any questions, please do not
hesitate to call me at (956) 423-2284.

Sincerely,

VALERIE R. ESPARZA

cc:  Elizabeth Neally
     Roerig, Oliveira & Fisher, L.L.P.
     855 West Price Road Suite 9
     Brownsville, Texas 78520