IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. | § | |
| Plaintiff | § | |
| vs. | § | CIVIL ACTION NO. B-04-118 |
| | § | |
| THE PORT OF BROWNSVILLE and | § | |
| DEBORAH LEE DUKE | § | |
| Defendants | | |

## ORDER SETTING HEARING ON
## DEFENDANTS THE PORT OF BROWNSVILLE
## AND DEBORAH LEE DUKE'S MOTION TO DISMISS

Defendants The Port of Brownsville and Deborah Lee Duke's Motion to Dismiss is set to be heard by this Court on the _____ day of _____, 2005 at _____ __.m.

Signed this ____ day of _____, 2005.

_____
Judge Presiding

COPIES TO:
Valerie R. Esparza, The Esparza Law Firm, P.C., PO Box 369, Harlingen, Texas 78551-0369
Elizabeth G. Neally, Roerig, Oliveira & Fisher, LLP, 855 W. Price Rd., Suite 9, Brownsville, Texas 78520