IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VIDAL CANTU JR., § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL ACTION NO. B-04-118 |
| § | |
| BROWNSVILLE NAVIGATION § | |
| DISTRICT d/b/a/ THE PORT OF § | |
| BROWNSVILLE and § | |
| DEBORAH LEE DUKE, § | |
| Defendants § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE
## FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VIDAL CANTU, JR., hereinafter referred to by name or as Plaintiff, and files this his Motion for Leave to File First Amended Original Complaint. Plaintiff would respectfully show the Court as follows:

**I.**

1.  This case was originally filed on or about July 12, 2004. Defendants filed their Motion to Dismiss on March 14, 2005.

2.  The basis for the Motion to Dismiss is that Defendant Brownsville Navigation District is a governmental entity and has not waived its sovereign immunity as to Plaintiff's claims of defamation, intentional infliction of emotional distress, and negligence.

3.  The amendment is sought to clarify the Original Complaint and to voluntarily dismiss these

common law torts against Defendant Brownsville Navigation District d/b/a Port of Brownsville.

4. A copy of the proposed First Amended Original Complaint is attached hereto as **Exhibit A**.

5. Rule 15(a) of the Federal Rules of Civil Procedure require that leave "shall be given freely when justice so requires."

## II.

6. Counsel have conferred prior to Defendants filing their Motion to Dismiss. Defendants are not opposed to the filing of Plaintiff's First Amended Original Complaint.

## III.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that leave be granted to file his First Amended Original Complaint.

SIGNED on the 5th day of April, 2005.

Respectfully Submitted,

THE ESPARZA LAW FIRM, P.C.

By: _____
VALERIE R. ESPARZA
State Bar No. 24002059
Southern Dist. ID No. 23621
P.O. Box 369
Harlingen, Texas 78551-0369
Tel.: 956.423.2284
Fax: 956.423.6556

**Attorney for Plaintiff Vidal Cantu, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion for Leave to File was served pursuant to the Rules on April 5, 2005, to the following:

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L. L. P.
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786

_____
VALERIE R. ESPARZA

## CERTIFICATE OF CONFERENCE

I hereby certify that on or about March 10, 2005, I conferred with opposing counsel and she stated that she is unopposed to the Motion for Leave in that Plaintiff is dismissing his common law torts against the governmental entity.

_____
VALERIE R. ESPARZA