IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU JR.,<br>Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-118 |
| BROWNSVILLE NAVIGATION<br>DISTRICT d/b/a/ THE PORT OF<br>BROWNSVILLE and<br>DEBORAH LEE DUKE,<br>Defendants | § § § § § § | |

## ORDER GRANTING LEAVE TO FILE
## PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

BE IT REMEMBERED that on the _____ day of April, 2005, come to be considered Plaintiff's Motion for Leave to File First Amended Original Complaint. The Court having examined the pleadings and being of the opinion that the Motion should be GRANTED,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that leave is hereby GRANTED, and the Clerk shall file such First Amended Original Complaint in the Court's file.

SIGNED in Brownsville, Texas, on this the _____ day of April, 2005.

_____
Judge Presiding