United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VIDAL CANTU JR., §<br>Plaintiff §<br>§<br>vs. §<br>§<br>BROWNSVILLE NAVIGATION §<br>DISTRICT d/b/a/ THE PORT OF §<br>BROWNSVILLE and §<br>DEBORAH LEE DUKE, §<br>Defendants § | CIVIL ACTION NO. B-04-118 |

## ORDER GRANTING LEAVE TO FILE
## PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

BE IT REMEMBERED that on the 14th day of April, 2005, come to be considered Plaintiff's Motion for Leave to File First Amended Original Complaint. The Court having examined the pleadings and being of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that leave is hereby GRANTED, and the Clerk shall file such First Amended Original Complaint in the Court's file.

SIGNED in Brownsville, Texas, on this the 14th day of April, 2005.

_____
Judge Presiding