IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VIDAL CANTU, JR. § | |
| § | |
| vs. § | CIVIL ACTION NO. B-04-118 |
| § | |
| BROWNSVILLE NAVIGATION § | |
| DISTRICT OF CAMERON COUNTY, § | |
| TEXAS MISNAMED AS THE PORT OF § | |
| BROWNSVILLE and § | |
| DEBORAH LEE DUKE § | |

**ORDER SETTING HEARING ON
DEFENDANTS BROWNSVILLE NAVIGATION DISTRICT OF
CAMERON COUNTY, TEXAS MISNAMED AS THE PORT OF
BROWNSVILLE AND DEBORAH LEE DUKE'S
FIRST AMENDED MOTION TO DISMISS**

Defendants Brownsville Navigation District of Cameron County, Texas misnamed as the Port of Brownsville and Deborah Lee Duke's First Amended Motion to Dismiss is set to be heard by this Court on the _____ day of _____, 2005 at _____ __.m.

Signed this ____ day of _____, 2005.

_____
Judge Presiding

COPIES TO:
Valerie R. Esparza, The Esparza Law Firm, P.C., PO Box 369, Harlingen, Texas 78551-0369
Elizabeth G. Neally, Roerig, Oliveira & Fisher, LLP, 855 W. Price Rd., Suite 9, Brownsville, Texas 78520