## EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit A | - Plaintiff's First Amended Original Complaint |
| Exhibit B | - Deposition of Vidal Cantu, Jr. |
| Exhibit C | - Mediation Settlement Agreement |
| Exhibit D | - EEOC Complaint - Dated March 8, 2003 |
| Exhibit E | - Affidavit of Deborah Lee Duke |

1. Correspondence to Cantu from Duke dated May 1, 1994
2. Correspondence to Cantu from Duke dated May 12, 1997
3. Application for Rosa Maria Hinojosa
4. Documents reflecting pay raises
5. Correspondence to Cantu from Duke dated March 6, 2002
6. Correspondence to Cantu from Duke dated March 8, 2002
7. Correspondence to file from Duke on June 27, 2003
8. Correspondence to Cantu from Duke dated June 30, 2003
9. Correspondence to Cantu from Duke dated July 15, 2003
10. Correspondence to Eymard from Duke dated December 8, 2003
11. Correspondence to Cantu from Duke dated December 8, 2003
12. Reprimand to Cantu from Duke dated December 11, 1997
13. Reprimand to Cantu from Christina Valdez dated April 13, 1995

# INDEX OF CASES

|  | Page Nos. |
|---|---|
| ***Anderson v. Liberty Lobby, Inc.***<br>477 U.S. 242; 106 S. Ct. 2505 (1986) | 2,3 |
| ***Aston v. City of Cleburne***<br>2000 U.S. Dist. LEXIS 2135 (N.D. Tex. 2000) at #3 | 8 |
| ***Bienkowski v. American Airlines, Inc.***,<br>851 F.2d 1503 (5th Cir. Tex. 1988) | 16 |
| ***Celotex Corp v. Catrett***<br>477 U.S. 317, 322; 106 S. Ct. 2548, 91 L.Ed. 2d 265 (1986) | 2 |
| ***City of Austin v. L.S. Ranch***<br>970 S.W.2d 750 (Tex. App. - Austin 1998, no pet.) | 7 |
| ***City of Midland v. O'Bryant***<br>18 S.W.3d 209 (Tex. 2000) | 9 |
| ***De Anda v. St. Joseph Hospital***<br>671 F.2d 850 (5th Cir. Tex. 1982) | 19 |
| ***Dollis v. Rubin***<br>77 F.3d 777 (5th Cir. La. 1995) | 13 |
| ***Dorsett v. Board of Trustees***<br>940 F.2d 121 (5th Cir. La. 1991) | 2 |
| ***Edwards v. Nederland I.S.D.***<br>930 F.Supp. 272 (E.D. Tex. 1996) | 7 |
| ***Faris v. Williams WPC-I, Inc.***<br>332 F.3d 316, (5th Cir. Tex. 2003) | 10 |
| ***Federal Sign v. Texas Southern University***<br>951 S.W.2d 401 (Tex. 1997) | 7 |
| ***Fulgence v. J. Ray McDermott & Co.***<br>662 F.2d 1207 (5th Cir. 1981) | 10 |
| ***Gold v. Exxon Corp.***<br>960 S.W.2d 378 (Tex. App.— Houston [14th Dist.] 1998] | 15 |
| ***Grillett v. Sears, Roebuck & Co.***<br>927 F.2d 217 (5th Cir. 1991) | 10 |

***Grimes v. Tex.Dept. Of Mental Health and Mental Retardation***
102 F.3d 137 (5th Cir. Tex. 1996)................................................................ 15

***Hernandez v. Duncanville School Dist.***
2005 U.S. Dist LEXIS 5090 (N.D. Tex. 2005)................................................. 6

***Ingram v. City of Farmers Branch***
2001 U.S. Dist. LEXIS 8580 (N.D. Tex. 2001)................................................. 8

***Keiffer v. So. Pac. Trans. Co.***
486 F.Supp. 798 (E.D. Tex. 1980)................................................................ 7

***Kesler v. King***
29 F.Supp.2d 356 (S.D. Tex. 1998)................................................................ 8

***Kessell v. Mega Life and Health Ins. Co.***
2005 U.S. Dist. LEXIS 2308 (N.D. Tex. 2005)................................................. 10

***Kinsey v. Ryan***
1998 U.S. Dist. LEXIS 20688 (N.D. Tex. 1998)................................................. 7

***Knowles v. City of Granburg***
953 S.W.2d 19 (Tex. App. - Ft. Worth 1997, *writ den*.)................................... 7

***Lawrence v. Univ. Of Texas Medical Branch at Galveston***
163 F.3d 309 (5th Cir. Tex. 1999)................................................................ 15, 16

***Lerma v. Bolger***
689 F.2d 589 (5th Cir. Tex. 1982)................................................................ 16

***Little v. Republic Refining Co., Ltd.***
924 F.2d 93 (5th Cir. Miss. 1991)................................................................ 19

***Livingston v. DeSoto I.S.D.***
2004 WL 296 4977 (N.D. Tex. 2004)................................................................ 6

***Luna v. Harlingen Consolidated I.S.D.***
821 S.W.2d 443 (Tex. App. - Corpus Christi 1991)........................................... 7

***Mayberry v. Vought Aircraft Co.***
55 F.3d 1086 (5th Cir. Tex. 1995)................................................................ 18

***McDonnel Douglas Corp. v. Green***
411 U.S. 792; 93 S.Ct. 1817; 36 L.Ed.2d 668 (1973)....................................... 12, 15, 17

***Patton v. United Parcel Services***
910 F. Supp. 1250 (S.D. Tex. 1995)................................................................ 14, 16

***Peek v. Equipment Service Co.***
779 S.W.2d 802 (Tex. 1999).................................................................... 7

***Pineda v. U.S. Parcel Serv.***
360 F.3d 487 (5th Cir. Tex. 2004)............................................................ 17

***Reeves v. Sanderson Plumbing Products, Inc.***
530 U.S. 133; 120 S.Ct. 2097; 147 L.Ed.2d 105 (2000)............................. 12

***Risher v. Aldridge***
889 F.2d 592 (5th Cir. Tex. 1989)............................................................ 16

***Septimus v. Univ. of Houston***
399 F.3d 601(5th Cir. Tex. 2005).............................................................. 13, 17

***Shackelford v. Deloitte & Touche, LLP.***
190 F.3d 398 (5th Cir. Tex. 1999)............................................................ 13

***Sreeram v. LSU Medical Center***
188 F.3d 314 (5th Cir. La. 1999).............................................................. 18

***St. Mary's Honor Center v. Hicks***
113 S. Ct. 2742; 509 U.S. 502; 125 L.Ed.2d 407 (1993)............................ 18

***Tanik v. So. Methodist Univ.***
116 F.3d 775 (5th Cir. Tex. 1997)............................................................ 12

***Texas Dept. Of Health v. Simon Rocha***
102 SW3d 348 (Tex. App. - Corpus Christi 2003)...................................... 7, 8

***Valle v. Johnson Controls World Servs.***
957 F.Supp. 1404 (S.D. Miss. 1996)......................................................... 10

***Wal-Mart Stores, Inc. V. Bertrand***
27 S.W.3d 1 (Tex. App. - Tyler 2000)....................................................... 8

***Wal-Mart v. Canchola***
121 S.W.3d 735 (Tex. 2003).................................................................... 9

***Williams v. Phillip Petroleum Co.***
23 F.3d 930, 937 (5th Cir. Tex. 1994)...................................................... 10

***Wooten v. St. Francis Medical Ctr.***,
108 Fed. Appx. 888 (5th Cir. La. 2004).................................................... 13

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - PAGE 25
Port of Brownsville\Mtn Summary Jdgmt - Cantu 4-22-05