# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☒ EEOC | 360A300782 |

<u>Texas Commission on Human Rights</u> and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| Mr. Vidal Cantu, Jr. | 2003 MAR 12 A 12:54 | (956) 639-4068 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| P.O. Box 1927, Port Isabel, TX 78578 | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Brownsville Navigation District | Cat U (Unknown) | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1000 Foust Road, Brownsville, TX 78523 | | 061 |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | EARLIEST      LATEST  ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*: Everything has Veronica use to do 261 Denied cross-training in Payroll, bank statements, contracts payable, etc. Excel spreadsheet of day after that she to do

During the past three hundred days, I have been denied training in accounts payable and book keeping. Also, during this time I have been denied compensation for Receptionist duties I perform in addition to my position. Since I resolved my previous charge of employment discrimination through mediation on June 15, 2001, I have been subjected to a hostile work environment by management in which my employment is threatened; I have been denied training; and I am shunned by my co-workers.

I believe that I have been discriminated against because of my sex, male, and because I filed a previous charge of employment discrimination (360 A1 0730) in violation of Title VII of the Civil Rights Act of 1964, as amended.

Breeched Contract - I kept my end of the bargain. My employer had an agreement to train me within ten days of May 29, 2001 - this was a Mediation settlement agreement and within this time limit (by law) my boss - Deborah Lee Duke did not train me or had any intentions to do so. My training that started this year has been a total of 2 day's leaving me to figure out the rest on my own with the intention to get me fired.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Date 3/8/03  X *Vidal Cantu Jr.*
Charging Party (signature)

SUBSCRIBED AND SWORN TO (Month, day and year)

EXHIBIT D

EEOC FORM 5 (Rev. 07/99)

Look in back →

My employer has me doing two jobs accounts payable - with no talk of promotion or raise! I do the receptionist duties and have done this since I was a receptionist back in 93".

The receptionist started in the year 2000' and gets paid more than I do.

Just how stupid does she really believes I am!

If my boss would have trained me at the time of May 29, 2001 (within those ten days) by now - she could of been training me for payroll instead of a new guy who just started this year and who has the title of an accounting clerk, now what the "HELL" does an accounting clerk has to do with "PAYROLL"???

It has started all over again!!!

Don't Get me a medrator this time, Get Me A LAWYER!!!

There's so much more to tell and there has been so much more that has happened. It is not fair that I sit through another medration meeting while my boss sits with the Port's Lawyer. Where the hell was my lawyer?

Vidal Cantu Jr.
03-08-03