IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. B-04-118 |
| vs. | § | |
| | § | |
| THE PORT OF BROWNSVILLE and | § | |
| DEBORAH LEE DUKE | § | |
| Defendants | | |

### AFFIDAVIT OF DEBORAH LEE DUKE

STATE OF TEXAS             *
                          *
COUNTY OF CAMERON          *

BEFORE ME, the undersigned authority, personally appeared DEBORAH LEE DUKE, who, being by me duly sworn, deposed as follows:

1. "My name is Deborah Lee Duke. I am the Director of Finance for the Brownsville Navigation District of Cameron County, Texas. I have held this position since November 16, 1993. I am over the age of 18 years of age, I am of sound mind and I suffer no legal or other disability that would incapacitate me in any way from making this affidavit, and I am competent to testify as to the facts stated herein. Further, I give this affidavit voluntarily and without reservation. I have personal knowledge of the facts stated here and that they are true and correct.

2. "In 1993, Plaintiff, Vidal Cantu, Jr. was hired as a receptionist with the Brownsville Navigation District of Cameron County, Texas.

3. "In 1994, he applied with the Finance Department as an accounting clerk. He was transferred to accounting clerk on May 1, 1994 by me. See, Ex. E-1. On or about May, 1997, Plaintiff, Vidal Cantu, Jr. applied for the position of Bookkeeping Specialist I. I selected an applicant, Rosa Maria Hinojosa, who I deemed more qualified. Rosa Maria Hinojosa had experience in accounts receivable, collections and general ledger at Southmost Savings and Loan. Attached is the application for Rosa Maria Hinojosa, Exhibit E-2. Mr. Cantu did not. I advised Mr. Cantu of my reason for not selecting him in the attached correspondence. See, Exhibit E-3, dated May 12, 1997.


EXHIBIT
E

4. "In 2000 at the Port Director, Raul Besteiro's, specific request Mr. Cantu was asked to perform receptionist duties during the regular receptionist breaks and lunches and when needed because of his prior experience as a receptionist. Mr. Besteiro requested this assignment because Mr. Cantu had always performed these jobs satisfactorily and, believed he had more experience than others in my department. Since I started working with the Brownsville Navigation District in 1980 with the Finance Department it has been the Finance Department's responsibility to provide relief personnel for the receptionist. In fact in 1980, I started in Mr. Cantu's position as an accounting clerk and it was part of my duties to act as relief receptionist.

5. "In 2002, I again changed his duties reducing the amount of time he worked as a relief receptionist and had Petra Champion and others perform some receptionist duties including the lunch hour breaks. See, Exhibit E-6.

6. "At all times during his employment, Mr. Cantu received the raises that were budgeted and approved. There was never a year where Plaintiff did not get an approved raise. Only budgeted raises approved by the Commissioners for the Port of Brownsville may be implemented by payroll. Any other type of raise would be mere speculation. I never vetoed a raise that was to have been offered to Mr. Cantu. See Exhibit E-3, documents reflecting his pay increases, during his employment. I verify that at no time was Mr. Cantu denied a raise that he was entitled to.

7. "In 2001 a Mediation Settlement Agreement was entered into with the Plaintiff on or about May 29, 2001. See, Exhibit C, Mediation Settlement Agreement attached to Defendants' Motion for Summary Judgment.

8. "As a result of the Agreement, the Brownsville Navigation District of Cameron County, Texas complied with the terms by raising his hourly rate to $9.00 an hour and Mr. Cantu agreed to perform his receptionist duties.

9. "I also started training Plaintiff on the skills required for the posting of accounts receivables, preparing accounts payable vouchers and maintaining receivable logs within ten days of his signing of the Agreement. This was a slow process.

10. "In June 2001, I began training Mr. Cantu to perform accounts payable functions by giving him additional Excel worksheet projects to develop his understanding and ability to work with an Excel spreadsheet. It was not until sometime in 2002 that I felt Plaintiff had enough training to move him laterally to handle these duties.

11. "During 2002 and 2003 there were numerous problems with Plaintiff which limited his ability to grasp his job duties as is evidenced by the attached correspondence written by me or at my direction:

| | |
|---|---|
| E-5 | Correspondence to Cantu from Duke dated March 6, 2002. |
| E-6 | Correspondence to Cantu from Duke dated March 8, 2002. |
| E-7 | Correspondence to file from Duke dated June 27, 2003 |
| E-8 | Correspondence to Cantu from Duke dated June 30, 2003 |
| E-9 | Correspondence to Cantu from Duke dated July 15, 2003 |
| E-10 | Correspondence to Eymard from Duke dated July 28, 2003 |
| E-11 | Correspondence to Cantu from Duke dated December 8, 2003 |

11. "On December 8, 2003, Mr. Cantu refused to perform his duties as relief receptionist which was insubordination and in violation of the Mediation Settlement Agreement. See, Exhibit E-11.

12. "I further verify that I provided Mr. Cantu with all cross training that I thought he was capable of in the time mandated by the Mediation Settlement Agreement.

13. "At no time did I discriminate against Mr. Cantu because of his gender or because he had filed an EEOC complaint. In fact, I hired another male in my department since his complaints. Further, Mr. Cantu has received all training that he is presently capable of and will continue to be trained as needed within the Department.

14. "I certify that the attached documents are true, exact, complete, and unaltered photocopies made by me or acting at my direction of the following documents held in my custody as the Director of Finance for the Brownsville Navigation District of Cameron County, Texas:

| | |
|---|---|
| Exhibit E-1 | Correspondence to Cantu from Duke dated May 1, 1994 |
| Exhibit E-2 | Correspondence to Cantu from Duke dated May 12, 1997 |
| Exhibit E-3 | Application for Rosa Maria Hinojosa |
| Exhibit E-4 | Documents reflecting pay raises |

| Exhibit E-5 | Correspondence to Cantu from Duke dated March 6, 2002 |
| Exhibit E-6 | Correspondence to Cantu from Duke dated March 8, 2002 |
| Exhibit E-7 | Correspondence to file from Duke dated June 27, 2003 |
| Exhibit E-8 | Correspondence to Cantu from Duke dated June 30, 2003 |
| Exhibit E-9 | Correspondence to Cantu from Duke dated July 15, 2003 |
| Exhibit E-10 | Correspondence to Eymard from Duke dated July 28, 2003 |
| Exhibit E-11 | Correspondence to Cantu from Duke dated December 8, 2003 |
| Exhibit E-12 | Reprimand to Cantu from Duke dated December 11, 1997 |
| Exhibit E-13 | Reprimand to Cantu from Christina Valdez dated April 13, 1995 |

"Further affiant sayeth not."


Deborah Lee Duke


SWORN TO AND SUBSCRIBED before me by Deborah Lee Duke, Director of Finance/Fund Contact Administrator for the Brownsville Navigation District of Cameron County, Texas on this the 28th day of _April_, 2005



NOTARY PUBLIC, STATE OF TEXAS

AFFIDAVIT OF DEBORAH LEE DUKE - PAGE 4
Port of Brownsville\Affidavit of Duke for MSJ



# PORT OF BROWNSVILLE

May 1, 1994

Mr. Vidal Cantu
Administration Building
Port of Brownsville, Texas

Re:  CT1  Accounting Clerk

Dear Vidal:

On behalf of Mr. C. James Kruse, Port Director and General Manager, and the Brownsville Navigation District, I am pleased to offer you the position of CT1 Accounting Clerk in the Accounting Department. Should you accept our offer, your salary will remain at $6.10 per hour.

This will be an internal transfer and the benefits provided by the District will not be interrupted in any way.  Under our hiring policy, in the case of an internal transfer, there is allowed a transition period during which the employee will be expected to continue performing his former responsibilities.  This transition period should not exceed three weeks.  The transition period will be coordinated between Cristina Valdez and Irma Gawenda.

I would appreciate your considering our offer and advising me of your decision by Wednesday, May 4th.  We will be unable to hold the offer open beyond this date.

Thank you for your interest in employment with the Accounting Department.  We look forward to hearing from you in the near future.  In the meantime, if you have any questions about our offer or the Department more generally, please feel free to contact me.

Very truly yours,
BROWNSVILLE NAVIGATION DISTRICT

Deborah Lee Duke, Director
Finance and Administration

cc:  Cristina Valdez



EXHIBIT
14

EXHIBIT
E-1



## PORT OF BROWNSVILLE
### HOME PORT TO NAFTA

May 12, 1997

Vidal Cantu
Brownsville Navigation District
1000 Foust Road
Brownsville, TX 78521

Dear Vidal:

Thank you for your interest in a promotion to the vacant Bookkeeping Specialist I position. Your interest in advancement is a continuation of the attitude that I have seen you developing over the past year or so. You have developed a positive aggressive attitude toward your work responsibilities, and I see you becoming more confident and sure in your work and your relationships in the office.

At this time, I am looking for a person with considerable experience in the Accounts Receivable and Collections area, as well as General Ledger. This is not an area in which I am in a position to do on-the-job training at this time. I find myself unable to offer you this promotion at this time.

I would encourage you to keep up with your attention to your job assignments, and I would hope that in the future that I would be able to offer you a job advancement.

Again, thank you for your interest in this position. It shows me your dedication to your self-improvement which makes you such an asset to this department.

Sincerely yours,
BROWNSVILLE NAVIGATION DISTRICT


Deborah Lee Duke, Director
Finance and Administration

000196



EXHIBIT
E-2

# PORT OF BROWNSVILLE

## Application For Employment

**(PLEASE PRINT)**

| Position(s) Applied For | Date of Application |
|---|---|
| | |

**How Did You Learn About Us?**
- ☐ Advertisement  ☐ Friend  ☐ Walk-In
- ☐ Employment Agency  ☐ Relative  ☐ Other _____

| Last Name | First Name | Middle Name |
|---|---|---|
| Hinojosa | Rosa | Maria |

| Address (Number) | Street | City | State | Zip Code |
|---|---|---|---|---|
| 1114 Anita | Ct | Brownsville | TX | 78521 |

| Telephone Number(s) | Social Security Number |
|---|---|
| 210-831-5034 | 267 | 27 | 7722 |

If you are under 18 years of age, can you provide required proof of your eligibility to work?  ☐ Yes  ☑ No

Have you ever filed an application with us before?  ☐ Yes  ☑ No

If Yes, give date _____

Have you ever been employed with us before?  ☐ Yes  ☑ No

If Yes, give date _____

Are you currently employed?  ☑ Yes  ☐ No

May we contact your present employer?  ☑ Yes  ☐ No

Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status?
*Proof of citizenship or immigration status will be required upon employment.*  ☐ Yes  ☑ No

On what date would you be available for work?  _____

Are you available to work:  ☑ Full Time  ☐ Part Time  ☐ Shift Work  ☐ Temporary

Are you currently on "lay-off" status and subject to recall?  ☐ Yes  ☑ No

Can you travel if a job requires it?  ☑ Yes  ☐ No

Have you been convicted of a felony within the last 7 years?  ☐ Yes  ☑ No
*Conviction will not necessarily disqualify an applicant from employment.*

If Yes, please explain _____

EXHIBIT
E-3

# Employment Experience

Start with your present or last job. Include any job-related military service assignments and volunteer activities. You may exclude organizations which indicate race, color, religion, gender, national origin, disabilities or other protected status.

| | Employer | Dates Employed | | Work Performed |
|---|---|---|---|---|
| | | From | To | |
| 1. | Mercantile Bank, N.A. | | | Balancing General Ledger |
| | Address 835 E. Levee | 7/91 | | New Acct Rep., Loan document |
| | Telephone Number(s) 210-546-2421 | Hourly Rate/Salary Starting / Final | | Preparation, Note Clerk, |
| | Job Title Adm. Assistant Supervisor Joe Atkinson | | | Review of Output documents. |
| | Reason for Leaving | | | File maintenance. |
| 2. | Employer St. Eugene de Mazenod | Dates Employed From / To | | Work Performed |
| | Address 5409 Austin Road | 7-1-91 | | Balance Bank Statements |
| | Telephone Number(s) 831-9923 | Hourly Rate/Salary Starting / Final | | Payroll quarterly reports |
| | Job Title Pt. Time Bookkeeper Supervisor Fa. Harry Schuckenbrock, OMI | | | Send out Statements on monthly basis |
| | Reason for Leaving Volunteer basis after 7:00 pm. | | | Data Entry - Collections. |
| 3. | Employer Southmost Savings & Loan | Dates Employed | | Work Performed |
| | Address Central Blvd | 9/81 | 7/91 | Purchasing, Bank Reconciliation |
| | Telephone Number(s) | Hourly Rate/Salary Starting / Final | | General Ledger Balancing |
| | Job Title Real Estate Supervisor Alma Petrarca | | | Preparing documents for |
| | Reason for Leaving Bank was closed | | | Real Estate loans. |
| 4. | Employer Boca Chica Marine | Dates Employed | | Work Performed |
| | Address Port of Brownsville | | | Collect bills and |
| | Telephone Number(s) | Hourly Rate/Salary Starting / Final | | send bill. Filing |
| | Job Title Accts Recievable/Payable Supervisor | 1980 | 9/81 | Post payments on |
| | Reason for Leaving | | | the computer system |

If you need additional space, please continue on a separate sheet of paper.

List professional, trade, business or civic activities and offices held.
*You may exclude membership which would reveal gender, race, religion, national origin, age, ancestry, disability or other protected status:*

_____

_____

_____

# Education

| | Name and Address of School | Course of Study | Years Completed | Diploma Degree |
|---|---|---|---|---|
| Elementary School | | | | |
| High School | Lely High School Naples, FL | | 1977 | |
| Undergraduate College | TSC- Brownsville | Basic Accounting | 20 hours | |
| Graduate Professional | | | | |
| Other (Specify) | | | | |

| Indicate any foreign languages you can speak, read and / or write | FLUENT | GOOD | FAIR |
|---|---|---|---|
| SPEAK | Spanish | | |
| READ | Spanish | | |
| WRITE | Spanish | | |

| Describe any outstanding communication skills and extra-curricular activities |
|---|
| |
| |
| |
| |

| |
|---|
| NONE |
| |
| |
| |

# Additional Information

## Other Qualifications

Summarize special job-related skills and qualifications acquired from employment or other experience.

_____

_____

_____

_____

## Specialized Skills      Check Skills/Equipment Operated

| | | |
|---|---|---|
| ✓ CRT | ✓ Fax | |
| ✓ PC | ✓ Lotus 1-2-3 | |
| ✓ Calculator | __ PBX System | |
| ✓ Typewriter | ✓ Wordperfect | |

Production/Mobile Machinery (list):
_Credit Bureau_
_Xerox copiers_

Other (list):
_____
_____
_____
_____

I'm very responsable and dedicate person to my job. Quick learner on new things that need to be implemented. Work very well as a team and welcomes new items that can better

NOTE to Applicants: DO NOT ANSWER THIS QUESTION UNLESS YOU HAVE BEEN INFORMED ABOUT THE REQUIREMENTS OF THE JOB FOR WHICH YOU ARE APPLYING.

Are you capable of performing in a reasonable manner the activities involved in the job or occupation for which you have applied? A description of the activities involved in such a job or occupation is attached.          ___YES   ___NO

## References

1. _Alma L. Petrarca_                    (210) 548 6622
   (Name)                                              Phone #
   _183 Gilson Rd    Brownsville TX 78520_
   (Address)

2. _Matilde Rocha_                       (210) 548 1350
   (Name)                                              Phone #
   _835 E. Ringgold    Brownsville, TX 78520_
   (Address)

3. _Miguel Garza Jr._                    (210) 548-6302
   (Name)                                              Phone #
   _6138 Maverick Rd    Brownsville TX 78521_
   (Address)

## FOR PERSONNEL DEPARTMENT USE ONLY

Position(s) Applied For Is Open:  ☒ Yes    ☐ No

Position(s) Considered For: _Bookkeeping Specialist_

Date _June, 1997_

**NOTES:**

NAME: _Hinojosa, RoseMarie_   POSITION: _Bookkeeping Spec._   DATE: _6/25/97_



4

**Vidal Cantu, Jr.**
P.O. Box 1927
Port Isabel, Texas 78578

| Date Hired: | 08/26/93 | DOB: | 02/26/63 |
| --- | --- | --- | --- |

| Date | Hourly Rate | Weekly | Explanation | % |
| --- | --- | --- | --- | --- |
| 08/26/93 | 6.00 | 240.00 | New Hire | |
| 03/31/94 | 6.10 | 244.00 | Budget Increase | 1.67 |
| 05/01/95 | 6.46 | 258.40 | Budget Increase | 5.90 |
| 04/18/96 | 7.15 | 286.00 | Budget Increase | 10.68 |
| 12/19/96 | 7.20 | 288.00 | Budget Increase | 0.70 |
| 03/01/97 | 7.70 | 308.00 | Retroactive Increase | 6.94 |
| 03/01/99 | 7.93 | 317.20 | Budget Increase | 2.99 |
| 03/01/00 | 8.17 | 326.80 | COL Increase | 3.03 |
| 02/16/01 | 9.00 | 360.00 | COL Increase | 10.16 |
| 02/28/02 | 9.65 | 386.00 | Chart Adj. & COL Inc. | 7.22 |
| 03/19/03 | 9.80 | 392.00 | COL Increase | 1.55 |
| 03/01/04 | 9.98 | 399.20 | COL Increase | 1.84 |
| | | | | (100.00) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

000195



EXHIBIT
E4

# BROWNSVILLE NAVIGATION DISTRICT
# PORT OF BROWNSVILLE
# INTEROFFICE MEMORANDUM

**TO:**       **Vidal Cantu, Jr.**
**DEPT:**     **Finance & Administration**
**FROM:**     **Jo Saban**
**DATE:**     **March 26, 2004**
**SUBJECT:**  **COST OF LIVING INCREASES**

I am very glad to inform you that the Board of Commissioners has approved the annual Operating Budget which included a cost of living increase of 1.8%.

As a result this paycheck will include this increase retroactive to the week ending March 3, 2004.

Your new rate of pay will be:

$ 9.98 per Hour

This is equal to an annualized salary of $ 20,750.91.

If you have any questions or concerns, please do not hesitate to contact me.

Jo

000197

## BROWNSVILLE NAVIGATION DISTRICT
### INTEROFFICE MEMORANDUM

Department: Finance & Administration
From: Jo Saban
Personnel Manager

Date: March 19, 2003

I am very glad to inform you that the Board of Commissioners has approved the annual Operating Budget which included a cost of living increase of 1.6%.

As a result, your paychecks beginning with the pay period including March 18, 2003, will be increased to reflect these raises approved by the Board.

Your new rate of pay will be:

$ 9.80 per hour
or
$ per Salary Period

This is equal to an annualized salary of $ 20,393.15.

If you have any questions or concerns, please do not hesitate to contact me.

000198

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | | |
|---|---|---|---|---|
| Vidal Cantu, Jr. | Finance & Administration | 02/28/02 | | |
| | | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
| | | CT1 Accounting Clerk | Finance & Administration | 9,000 |
| MERIT | X | TITLE OF NEW POSITION | DEPARTMENT | NEW RATE |
| COST OF LIVING | X | CT1 Accounting Clerk | Finance & Administration | 9,650 |
| PROMOTION | | EXPLANATION: | | |
| BUDGET INCREASE | X | Chart Adjustment and 1.6% Cost of Living Increase | | |
| % INCREASE | 7.22% | | | |
| TRANSFER | | | | |
| REHIRED (ATTCH W-4) | | | | |
| CHANGE TO PERMANENT | | Recommended by | | |
| TEMPORARY EMPLOYEE | | Foreman | | |
| RESIGNATION | | Authorized by | | |
| TERMINATION | | Department Head | | |
| EMPLOYEE NUMBER | 4 | Approved by _[signature]_ Port Director | | |
| | | Date Hired    08/26/93 | Date of Last Increase | |
| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | | |
| SSN# | | PHONE NUMBER | | |
| DATE OF BIRTH | 000199 | SPOUSE'S NAME | | |
| MAR. STATUS | | DEPENDENT CHILDREN | | |
| ETHNICITY | | | | |

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

| | |
|---|---|
| Job Classification | CT1 Accounting Clerk |
| Department | Fin. & Admin. |
| From: | Deborah Lee Duke |
| | Director of Finance and Administration |
| Date: | March 4, 2002 |

I am very glad to inform you that the Board of Commissioners has approved a revision to the Wage and Salary Chart as a part of the annual Operating Budget. This revision was undertaken to make the salaries paid at the Brownsville Navigation District competitive with other employers in the Brownsville area. In addition, the Board of Commissioners approved a cost of living increase of 1.6%.

As a result, your paychecks beginning with the pay period including March 1, 2002, will be increased to reflect these raises approved by the Board.

Your new rate of pay will be:

$ 9.65 per hour
or
$ per Salary Period

This is equal to an annualized salary of $ 20,072.00.

If you have any questions or concerns, please do not hesitate to contact me.

*Debby*

000200

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | |
|---|---|---|---|
| Vidal Cantu | Finance & Administration | 06/07/01 | |
| **NATURE OF CHANGE** | | | |
| **CHANGE OF RATE** | | | FORMER RATE |
| | TITLE OF FORMER POSITION | DEPARTMENT | 8.420 |
| | CT1 - Accounting Clerk | Finance & Administration | NEW RATE |
| | TITLE OF NEW POSITION | DEPARTMENT | 9.000 |
| | CT1 - Accounting Clerk | Finance & Administration | |
| MERIT | | | |
| COST OF LIVING | | | |
| PROMOTION | | | |
| OTHER | 6.89% | EXPLANATION: | |
| % INCREASE | | Agreement as per mediation of disputs. | |
| TRANSFER | | | |
| REHIRED (ATTCH W-4) | | | |
| CHANGE TO PERMANENT | | Recommended by | |
| TEMPORARY EMPLOYEE | | Foreman | |
| RESIGNATION | | Authorized by _____ | |
| TERMINATION | | Department Head | |
| | | Approved by _____ | |
| | | Port Director | |
| EMPLOYEE NUMBER | 4 | Date Hired _____ 08/25/93 Date of Last Increase | |
| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | |
| SSN# | | | |
| | | PHONE NUMBER | |
| DATE OF BIRTH | | SPOUSE'S NAME | |
| MAR. STATUS | | DEPENDENT CHILDREN | |
| ETHNICITY | | | |

000201

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE |
|---|---|---|
| Vidal Cantu, Jr. | Finance & Administration | 02/15/01 |

## NATURE OF CHANGE | PARTICULARS OF CHANGE

| NATURE OF CHANGE | | | | |
|---|---|---|---|---|
| | | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
| CHANGE OF RATE | | Accounting Clerk | Finance & Administra | 8.170 |
| MERIT | | TITLE OF NEW POSITION | DEPARTMENT | NEW RATE |
| COST OF LIVING | X | Accounting Clerk | Finance & Administra | 8.420 |
| PROMOTION | | | | |
| BUDGET INCREASE | | EXPLANATION | | |
| % INCREASE | 3.00% | Budgeted Cost of Living Increase | | |
| TRANSFER | | | | |
| REHIRED (ATTCH W-4) | | | | |
| CHANGE TO PERMANENT | | Recommended by _____ (Foreman) | | |
| TEMPORARY EMPLOYEE | | | | |
| RESIGNATION | | Authorized by _____ (Department Director) | | |
| TERMINATION | | | | |
| EMPLOYEE NUMBER | | Approved by _~~~~~~~~~ (General Manager & CEO) | | |
| | | Date Hired 18 | Date of Last Increase 03/01/00 | |

Complete for New Employee Only

| NEW EMPLOYEE (ATTH W-4) | | ADDRESS |
|---|---|---|
| SSN# | | |
| DATE OF BIRTH | | PHONE NUMBER |
| MAR. STATUS | | PARENTS NAMES |
| ETHNICITY | | DEPENDENT CHILDREN |

000202

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**From:** Debby Duke

**Date:** February 21, 2001

I am very pleased to inform you that the Board of Commissioners has approved a Cost of Living increase for the District's employees. This increase will be effective for the week ending February 22, 2001 for hourly employees and for the salary period ending February 28, 2001 for salaried employees.

The Cost of Living increase that was approved is 3%.

Your new hourly rate of pay is $8.42. This is an annualized rate of pay of $17,513.60.

Congratulations.

*Debby*

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | | |
|---|---|---|---|---|
| Vidal Cantu, Jr. | Finance and Administration | 03/01/00 | | |
| | | | DEPARTMENT | FORMER RATE |
| | | | Finance and Administration | 7.930 |
| MERIT | | TITLE OF FORMER POSITION | DEPARTMENT | NEW RATE |
| COST OF LIVING | XX | No Change | Finance and Administration | 8.170 |
| | | TITLE OF NEW POSITION | | |
| PROMOTION | | No Change | | |
| BUDGET INCREASE | | EXPLANATION: | | |
| % INCREASE | 3.00% | Cost of living approved by Board of Commissioners with Budget for FYE 2001 | | |
| TRANSFER | | | | |
| REHIRED (ATTCH W-4) | | | | |
| CHANGE TO PERMANENT | | Recommended by _____ | | |
| TEMPORARY EMPLOYEE | | Foreman | | |
| RESIGNATION | | Authorized by _____ | | |
| TERMINATION | | Department Head | | |
| EMPLOYEE NUMBER | 4 | Approved by _____ Port Director | | |
| | | Date Hired   N/A | Date of Last Increase   N/A | |
| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | | |
| SSN# | | PHONE NUMBER | | |
| DATE OF BIRTH | | PARENTS NAMES | | |
| MAR. STATUS | | DEPENDENT CHILDREN | | |
| ETHNICITY | | | | |

000204

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

| | |
|---|---|
| To: | *Vidal Cantu, Jr.* |
| From: | Debby Duke |
| Subject: | Cost of Living Increase |
| Date: | April 7, 2000 |

The Board of Commissioners has approved a cost of living increase of 3% for all employees.

Your new rate is $8.17 per hour.  This is an increase of $0.24 per hour.

This paycheck has been prepared using your new hourly rate.  You will receive a separate check next week for the increase for the March pay periods.

*Debby*

000205

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu, Jr.
**From:** Debby Duke
**Subject:** Raise
**Date:** December 19, 1997

Congratulations! The Board has authorized the staff to implement the raises that were made a part of the budget that was adopted on March 1, 1997.

These raises were made effective March 1, 1997. Therefore, you are receiving a check for your retroactive pay increase with this memo.

Your new pay rate is $7.699 per hour. This is an increase of $0.500 per hour over your previous pay rate, or an increase of 6.95%.

The commissioners and staff join me in wishing you and your family a very Merry Christmas and a Happy New Year.

000206

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | |
|---|---|---|---|
| Vidal Cantu Jr. | Accounting | 12/19/96 | |
| NATURE OF CHANGE | PARTICULAR OF CHANGE | | |
| CHANGE OF RATE | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
| | CT1 Clerk I | 90 | 7.15 |
| MERIT | TITLE OF NEW POSITION | DEPARTMENT | |
| COST OF LIVING | CT1 Clerk I | 90 | 7.20 |
| PROMOTION | | | |
| BUDGET INCREASE      X | EXPLANATION: | | |
| % INCREASE      0.69% | | | |
| TRANSFER | | | |
| REHIRED (ATTCH W-4) | | | |
| CHANGE TO PERMANENT | Recommended by _Christan Valley_ | | |
| TEMPORARY EMPLOYEE | Foreman | | |
| RESIGNATION | Authorized by _Vincent LaRoche_ | | |
| TERMINATION | Department Head | | |
| | Approved by _C. Lopez Jr._ | | |
| EMPLOYEE NUMBER | Port Director | | |
| | Date Hired  08/26/93 | Date of Last Increase  04/18/96 | |
| NEW EMPLOYEE (ATTH W-4) | ADDRESS | | |
| SSN# | | | |
| DATE OF BIRTH | PHONE NUMBER | | |
| MAR. STATUS | SPOUSES NAME | | |
| ETHNICITY | DEPENDENT CHILDREN | | |

000207

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | |
|---|---|---|---|
| Vidal Cantu | Accounting | 04/18/96 | |
| NATURE OF CHANGE | TYPE (X) TYPE(S) OF CHANGE | | FORMER RATE |
| CHANGE OF RATE | | | |
| MERIT | | TITLE OF FORMER POSITION | DEPARTMENT |
| | | CT1 Clerk I | 90 | 6.46 |
| COST OF LIVING | | TITLE OF NEW POSITION | DEPARTMENT |
| | | CT1 Clerk I | 90 | 7.15 |
| PROMOTION | | | |
| BUDGET INCREASE | X | EXPLANATION: | |
| % INCREASE | 10.68% | | |
| TRANSFER | | | |
| REHIRED (ATTCH W-4) | | | |
| CHANGE TO PERMANENT | | Recommended by _Cristina Tilley_ | |
| | | Foreman | |
| TEMPORARY EMPLOYEE | | Authorized by _Oscar LaDuke_ | |
| RESIGNATION | | Department Head | |
| TERMINATION | | Approved by _Eddie Go_ | |
| | | Port Director | |
| EMPLOYEE NUMBER | 4 | Date Hired | 08/26/93 | Date of Last Increase | 06/01/95 |
| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | |
| SSN# | | | |
| | | PHONE NUMBER | |
| DATE OF BIRTH | | SPOUSES NAME | |
| MAR. STATUS | | | |
| ETHNICITY | | DEPENDENT CHILDREN | |

000208

**BROWNSVILLE NAVIGATION DISTRICT**
**INTEROFFICE MEMORANDUM**

**To:** Vidal Cantu
**From:** Debby Duke and Cristina Valdez
**Subject:** Annual Increase
**Date:** June 6, 1995

---

The Board of Commissioners has authorized the staff to implement the budgeted pay increases effective June 1, 1995. These increases will be reflected in your next pay check.

I am very pleased to be able to inform you that your hourly rate will be adjusted as follows:

Your current rate is $6.10 per hour

Your new rate is $6.46 per hour

This is an increase of 5.9%

This increase was developed from two components: a "chart adjustment" and an annual increase. The "chart adjustment" was included to bring your hourly rate into line with other comparable employees. The annual increase was computed on top of the "chart adjustment".

Your overall increase is above the average, and indicates that we have been pleased with the efforts you have undertaken in the department, and with your successful completion of your courses at TSC/UTB. Keep up the good work.

000209

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | |
|---|---|---|---|
| Vidal Cantu | Accounting | 05/01/95 | |
| NATURE OF CHANGE: | PRESENT SALARY OR CHANGE | | |
| CHANGE OF RATE | | DEPARTMENT | FORMER RATE |
| | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
| MERIT | CT1 Clerk | 90 | 6.10 |
| COST OF LIVING | TITLE OF NEW POSITION | DEPARTMENT | |
| PROMOTION | CT1 Clerk | 90 | 6.46 |
| BUDGET INCREASE | X | EXPLANATION: | |
| % INCREASE | 5.90% | | |
| TRANSFER | | | |
| REHIRED (ATTCH W—4) | | | |
| CHANGE TO PERMANENT | | | |
| TEMPORARY EMPLOYEE | | Recommended by _Cristino Vallejo_ | |
| | | Foreman | |
| RESIGNATION | | Authorized by _Robert LaOsra_ | |
| | | Department Head | |
| TERMINATION | | Approved by _E. Flores_ | |
| | | Port Director | |
| EMPLOYEE NUMBER | | | |
| | Date Hired 08/26/93 | Date of Last Increase 03/31/94 | |
| NEW EMPLOYEE (ATTH W—4) | ADDRESS | | |
| SSN# | | 000210 | |
| DATE OF BIRTH | PHONE NUMBER | | |
| MAR. STATUS | SPOUSES NAME | | |
| ETHNICITY | DEPENDENT CHILDREN | | |

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | |
|---|---|---|---|
| Vidal Cantu Jr. | Accounting Department | 03/31/94 | |
| NATURE OF CHANGE | PARTICULARS OF CHANGE | | |
| CHANGE OF RATE | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
| | CT1 Accounting Clerk | 90 | 6.00 |
| MERIT | TITLE OF NEW POSITION | DEPARTMENT | |
| COST OF LIVING | | 90 | 6.10 |
| PROMOTION | EXPLANATION: | | |
| Budget Implementation X | | | |
| % INCREASE 1.67% | | | |
| TRANSFER | Recommended by *Quintus Vedea* Foreman | | |
| REHIRED (ATTCH W-4) | Authorized by *Norval Fredricks* Department Head | | |
| CHANGE TO PERMANENT | Approved by *[signature]* Port Director | | |
| TEMPORARY EMPLOYEE | | | |
| RESIGNATION | | | |
| TERMINATION | Date Hired 08/26/93 | | Date of Last Increase |
| EMPLOYEE NUMBER | ADDRESS | | |
| NEW EMPLOYEE (ATTH W-4) | | | |
| SSN# | PHONE NUMBER | | |
| DATE OF BIRTH | SPOUSES NAME | | |
| MAR. STATUS | DEPENDENT CHILDREN | | |
| ETHNICITY | | | |

000211

# BROWNSVILLE NAVIGATION DISTRICT
# PORT OF BROWNSVILLE
# INTEROFFICE MEMORANDUM

**TO:**       Vidal Cantu, Jr.
**DEPT:**     Finance & Administration
**FROM:**     Jo Saban
**DATE:**     March 26, 2004
**SUBJECT:**  COST OF LIVING INCREASES

I am very glad to inform you that the Board of Commissioners has approved the annual Operating Budget which included a cost of living increase of 1.8%.

As a result this paycheck will include this increase retroactive to the week ending March 3, 2004.

Your new rate of pay will be:

$ 9.98 per Hour

This is equal to an annualized salary of $ 20,750.91.

If you have any questions or concerns, please do not hesitate to contact me.

Jo

EXHIBIT

19