IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. | § | |
|      Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  B-04-118 |
| | § | |
| THE PORT OF BROWNSVILLE and | § | |
| DEBORAH LEE DUKE | § | |
|      Defendants | § | |

---

## ORDER GRANTING
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

On the _____ day of _____, 1999, came on to be considered

Defendants' Motion For Summary Judgment, and it appearing to the Court after reviewing

the file, is of the opinion that said Motion should be **GRANTED**;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-styled

and numbered cause be dismissed with prejudice.

**SIGNED FOR ENTRY** this _____ day of _____, 1999.

_____
JUDGE PRESIDING

COPIES TO:
Ms. Valerie R. Esparza, The Esparza Law Firm, P.C., PO Box 369, Harlingen, Texas 78551-0369
Ms. Elizabeth G. Neally, Roerig, Oliveira & Fisher, L.L.P., 855 W. Price Rd., Ste. 9, Brownsville, Texas 78520