IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR.<br>      Plaintiff<br>vs.<br><br>THE PORT OF BROWNSVILLE and<br>DEBORAH LEE DUKE<br>      Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-118 |

### ORDER SETTING HEARING ON
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants' Motion for Summary Judgment is set to be heard by this Court on the

_____ day of _____, 2005 at _____ ___.m.

Signed this ____ day of _____, 2005.

_____
                                                                                                       Judge
Presiding

COPIES TO:
Ms. Valerie R. Esparza, The Esparza Law Firm, P.C., PO Box 369, Harlingen, Texas 78551-0369
Ms. Elizabeth G. Neally, Roerig, Oliveira & Fisher, L.L.P., 855 W. Price Rd., Ste. 9, Brownsville, Texas 78520