United States District Court
Southern District of Texas
FILED

MAY 0 5 2005

Michael N. Milby
Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU JR., | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-118 |
| | § | |
| BROWNSVILLE NAVIGATION | § | |
| DISTRICT d/b/a/ THE PORT OF | § | |
| BROWNSVILLE and | § | |
| DEBORAH LEE DUKE, | § | |
|     Defendants | § | |

### VALERIE R. ESPARZA'S MEMORANDUM IN SUPPORT OF
### MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Valerie R. Esparza** and asks this Court to allow her to withdraw as attorney in charge for Plaintiff Vidal Cantu Jr. Counsel would respectfully show the Court as follows:

### I.
### Introduction

1. Plaintiff is Vidal Cantu Jr.; Defendants are the Brownsville Navigation District and Deborah Lee Duke.

2. Plaintiff sued Defendants for violations of Title VII (discrimination and retaliation), intentional infliction of emotional distress, and breach of contract.

### II.
### Argument

3. There is good cause for this Court to grant the motion to withdraw because Attorney Esparza

has accepted a job position approximately 300 miles from the Rio Grande Valley and unable to continue representation of client. Further, the new position, which requires Valerie R. Esparza be employed in a non-lawyer capacity, begins on May 17, 2005.

4. Allowing Valerie R. Esparza to withdraw as attorney in charge will not delay these proceedings. Discovery is substantially complete. Also, trial is not scheduled until on or about September 7, 2005.

5. The client, Vidal Cantu Jr., has not selected or been able to find a substitute attorney.

6. Attorney Esparza has delivered a copy of this motion to Plaintiff Vidal Cantu Jr. and notified him in writing of the motion, by both certified and regular mail.

7. Plaintiff's last known address and telephone number is as follows:

> **Vidal Cantu Jr.**
> P.O. Box 1927
> Port Isabel, Texas 78578
> (956) 639-0019

8. The following is a list of all pending settings and deadlines in this case:

- Discovery must be completed by *May 31, 2005.*

- Dispositive motions to be filed by *June 15, 2005.*

- Joint pretrial order is due *August 10, 2005.*

- Docket call and pretrial conference is set for 1:30 p.m. on *August 24, 2005.*

- Jury selection is set for 9:00 a.m. on *September 7, 2005.*

### III.
### Conclusion

9. In summary, Attorney Esparza is no longer going to be residing in the Rio Grande Valley or practicing law after May 17, 2005. For these reasons, Valerie R. Esparza asks this Court

to grant her motion to withdraw as attorney of record for Plaintiff Vidal Cantu Jr.

## IV.
## Prayer

WHEREFORE, PREMISES CONSIDERED, Valerie R. Esparza requests that the Court allow her to withdraw as attorney of record and for any other relief, at law or in equity, to which she may be entitled.

SIGNED on the 4th day of May, 2005.

Respectfully Submitted,

THE ESPARZA LAW FIRM, P.C.

By: _____
VALERIE R. ESPARZA
State Bar No. 24002059
Southern Dist. ID No. 23621
P.O. Box 369
Harlingen, Texas 78551-0369
Tel.: 956.423.2284
Fax: 956.423.6556

**Attorney for Plaintiff Vidal Cantu, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Motion to Withdraw was served pursuant to the Rules on May 4, 2005, to the following:

Elizabeth G. Neally
Roerig, Oliveira & Fisher, L. L. P.
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786



_____
VALERIE R. ESPARZA

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 29, 2005, I conferred with opposing counsel and she stated that she is unopposed to the Motion to Withdraw.

_____
VALERIE R. ESPARZA