IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU JR., <br> Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-118 |
| BROWNSVILLE NAVIGATION DISTRICT d/b/a/ THE PORT OF BROWNSVILLE and DEBORAH LEE DUKE, <br> Defendants | § § § § § § | |

## ORDER ON MOTION TO WITHDRAW

After considering Valerie R. Esparza's Motion to Withdraw as Attorney in Charge for Plaintiff Vidal Cantu Jr., the Court FINDS good cause to allow Valerie R. Esparza to withdraw as attorney in charge for Plaintiff Vidal Cantu Jr. and GRANTS Valerie R. Esparza's motion to withdraw.

SIGNED on the _____ of May, 2005.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Valerie R. Esparza