```
United States District Court
Southern District of Texas
        FILED

   MAY 1 6 2005

  Michael N. Milby
   Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

May 16, 2005

c/o – Mr. Juan Barbosa
**Attention: Honorable Judge Hilda Tagle**
Deputy in Charge
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

Re: Civil Action No. B-04-118
Vidal Cantu Jr.   Vs.
Brownsville Navigation District and
Deborah Lee Duke
USDC – Southern District of Texas
<u>Brownsville Division</u>

Dear Honorable Judge Hilda Tagle:

I am requesting an extension of time to file a response to Defendant's Motion for Summary Judgment. I need time to find an attorney and until then I am representing myself. I look forward for the opportunity to have my side of the story told.

Respectfully Submitted,

*/s/ Vidal Cantu Jr.*
Vidal Cantu Jr.
P.O. Box 1927
Port Isabel, Texas 78578

Phone: (956) 639-0019