IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| VIDAL CANTU, JR., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-118 |
| | § | |
| BROWNSVILLE NAVIGATION | § | |
| DISTRICT, ET AL., | § | |
|     Defendants. | § | |
| | § | |

## ORDER

BE IT REMEMBERED, that on May 17, 2005, the Court **GRANTED** Plaintiff's letter request for additional time to file a response to Defendant's Motion for Summary Judgment [Dkt. No. 22]. The Court recently granted Valerie Esparza's Motion to Withdraw as Counsel for the Plaintiff because she accepted a job approximately 300 miles from Brownsville and will no longer practice law [Dkt. No. 21. To enable Plaintiff to secure new representation, the Court grants Plaintiff 60 days to file a response to Defendant's Motion for Summary Judgment. Plaintiff's response is now due on July 18, 2005. The Court will enter an amended scheduling order in this case.

DONE at Brownsville, Texas, this 17th day of May, 2005.

_____
Hilda G. Tagle
United States District Judge