| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

VIDAL CANTU, JR.                     §

vs.                                  §        Civil Action No. B- 04-118

BROWNSVILLE NAVIGATION               §
DISTRICT, ET AL

United States District Court
Southern District of Texas
ENTERED

MAY 2 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __4-5__ days.                           ☐ Bench   ■ Jury

2. New parties must be joined by:                                        12/30/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     5/10/2005

4. The defendant's experts must be named with a report furnished by:     6/10/2005

5. Discovery must be completed by:                                       5/31/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The Court will provide these dates****************************

6. Dispositive Motions will be filed by:                                 6/15/2005

7. Plaintiff's response to Deft's Motion for Summary Judgment is due by: 7/18/2005

8. Joint pretrial order is due:                                          10/12/2005

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:    10/26/2005

10. Jury Selection is set for 9:00 a.m. on:                              11/7/2005
    *(The case will remain on standby until tried)*

Signed _May 23_____, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge