United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR., <br> Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-118 |
| BROWNSVILLE NAVIGATION DISTRICT, ET AL., <br> Defendants. | § § § § § | |

## ORDER

BE IT REMEMBERED, that on July 25, 2005, the Court **ORDERED** Plaintiff to notify the Court no later than 4:00 p.m. on Monday, August 1, 2005, whether he has retained counsel in this cause of action and whether he seeks dismissal of his claims.

On May 17, 2005, the Court granted Plaintiff's request for additional time to file a response to Defendants' Motion for Summary Judgment because Plaintiff's counsel had recently withdrawn after she had accepted a job outside of the Brownsville area and would no longer practice law. At that time, the Court allowed Plaintiff an additional 60 days to file a response to Defendants' motion, as this extension was designed to enable Plaintiff time to secure new representation. Plaintiff's response to Defendants' motion was due on July 18, 2005. This date was articulated in both the Court's order granting Plaintiff an extension of time and in an amended scheduling order entered soon thereafter. It has come to the Court's attention, however, that these orders were not sent to Plaintiff.

As a result, the Court **ORDERS** Plaintiff to notify the Court no later than 4:00 p.m. on Monday, August 1, 2005, whether he has retained counsel in this cause of action and whether he seeks dismissal of his claims. Plaintiff may either send the notification to the following address:

United States District Court
600 East Harrison Street, Rm. #101
Brownsville, TX 78520

Alternatively, Plaintiff may fax the notification to: (956) 574-7416. The Court grants Plaintiff permission to fax *only* this notification. All future filings should be sent to the above address.

DONE at Brownsville, Texas, this 25th day of July, 2005.

_____
Hilda G. Tagle
United States District Judge