United States District Court
Southern District of Texas
FILED

JUL 29 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

July 27, 2005

C/o – Mr. Juan Barbosa
**Attention: Honorable Judge Hilda Tagle**
Deputy in Charge
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

Re: Civil Action No. – B-04-118
Vidal Cantu Jr. Vs.
Brownsville Navigation District and
Deborah Lee Duke
USDC – Southern District of Texas
Brownsville Division

Dear Honorable Judge Hilda Tagle:

I am requesting further extension of time to file Defendant's Motion for Summary Judgment. I have currently left my files at the law firm Brewer Anthony Middle brook & Dunn in Harlingen, Texas; but couldn't come up with the funds because of other personal financial obligations. However, I currently purchased some legal prepaid services, which seemed more economic and reasonable and am currently using them as a referral until they assign me an attorney.

This is the Prepaid Law firm:
Ross & Matthews, PC
3650 Lovell Avenue
Fort Worth, Texas 76107
Phone: 1-800-458-6982

If you need to get in touch with me please do not hesitate to write to me or call.

Respectfully Submitted,

Vidal Cantu Jr.
P.O. Box 1927
Port Isabel, Texas 78578
Phone: (956) 639-0019