IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR.,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-04-118 |
| BROWNSVILLE NAVIGATION<br>DISTRICT, ET AL.,<br>Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER

BE IT REMEMBERED, that on August 1, 2005, the Court **GRANTED** Plaintiff's letter motion for a continuance.

On May 17, 2005, the Court granted Plaintiff's request for additional time to file a response to Defendants' Motion for Summary Judgment because Plaintiff's counsel had recently withdrawn after she accepted a job outside of the Brownsville area and would no longer practice law. At that time, the Court allowed Plaintiff an additional 60 days to file a response to Defendants' motion, as this extension was designed to enable Plaintiff time to secure new representation. Plaintiff's response to Defendants' motion was due on July 18, 2005. This date was articulated in both the Court's order granting Plaintiff an extension of time and in an amended scheduling order entered soon thereafter. It has come to the Court's attention, however, that these orders were not sent to Plaintiff.

The Court **GRANTS** Plaintiff a continuance until Monday, October 3, 2005, to *both* secure representation if desired *and* file a response to Defendant's Motion for Summary Judgment. The Court **orders** Plaintiff to notify the Court immediately if or when he secures counsel. If on October 3, 2005, Plaintiff or his counsel have failed to file a response, the Court will rule on Defendant's Motion for Summary Judgment.

DONE at Brownsville, Texas, this 1st day of August, 2005.

Hilda G. Tagle
United States District Judge