IN THE UNITED STATES OF DISTRICT COURT
SOUTHEN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**September 29, 2005**

United States District Court
Southern District of Texas
FILED

SEP 2 9 2005

Michael N. Milby
Clerk of Court

c/o – Mr. Juan Barbosa
Attention: **Honorable Judge Hilda Tagle**
Deputy in Charge
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

Re: Civil Action No. B-04-118
Vidal Cantu Jr.  Vs.
Brownsville Navigation District and
Deborah Lee Duke
USDC- Southern District of Texas
Brownsville Division

Dear **Honorable Judge Hilda Tagle**:

I am requesting an extension to file a response to Defendant's Motion for Summary Judgment. For the time being - I am representing myself until I can find an attorney who would meet my expectations. I would like to close by saying thank you for being so patient and understanding with me.

Respectfully Submitted,

*[signature]*
Vidal Cantu Jr.
P.O. Box 1927
Port Isabel, Texas 78578

Phone: (956) 639-0019