United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR., <br>   Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. B-04-118 |
| BROWNSVILLE NAVIGATION <br> DISTRICT, ET AL., <br>   Defendants. | § <br> § <br> § <br> § <br> § | |

### ORDER

  BE IT REMEMBERED, that on October 3, 2005, the Court **DENIED** Plaintiff's letter motion for a continuance.

  On May 17, 2005, the Court granted Plaintiff's request for additional time to file a response to Defendants' Motion for Summary Judgment because Plaintiff's counsel had recently withdrawn after she accepted a job outside of the Brownsville area and would no longer practice law. At that time, the Court allowed Plaintiff an additional 60 days to file a response to Defendants' motion, as this extension was designed to enable Plaintiff time to secure new representation. Plaintiff's response to Defendants' motion was due on July 18, 2005. This date was articulated in both the Court's order granting Plaintiff an extension of time and in an amended scheduling order. However, these orders were not sent to Plaintiff.

  In order to remedy this situation, on August 1, 2005, the Court granted Plaintiff an additional continuance until Monday, October 3, 2005, to ***both*** secure representation if desired ***and*** file a response to Defendant's Motion for Summary Judgment. The Court indicated in that order that if on October 3, 2005, Plaintiff or his counsel failed to file a response, the Court would rule on Defendant's Motion for Summary Judgment.

  The Court has discretion to enlarge the time for a party to respond when the party shows cause. Fed. R. Civ. P. 4. Plaintiff has failed to show cause for further extension of

time in this case. Therefore, the Court **DENIES** Plaintiff's letter motion requesting a continuance to permit more time to respond to Defendant's Motion for Summary Judgment.

DONE at Brownsville, Texas, this 3rd day of October, 2005.

_____
Hilda G. Tagle
United States District Judge

2