United States District Court
Southern District of Texas
FILED

OCT 04 2005

Michael N. Milby
Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. | § | |
| Plaintiff | § | |
| vs. | § | CIVIL ACTION NO. B-04-118 |
| | § | |
| THE PORT OF BROWNSVILLE and | § | |
| DEBORAH LEE DUKE | § | |
| Defendants | | |

### UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Defendants, THE PORT OF BROWNSVILLE AND DEBORAH LEE DUKE in the above-styled and numbered cause and files and serves this its Unopposed Motion to Extend Deadline To File Pretrial Order, and would show the Court the following:

I.

1. The Scheduling Order was filed May 23, 2005, setting out the deadlines for the above-styled and numbered cause.

2. Plaintiff's deposition has been taken. However, his attorney has now withdrawn.

3. Plaintiff Vidal Cantu has not yet retained new counsel.

4. The present deadline for pretrial order is October 12, 2005. Docket Call and final pretrial conference is set for October 26, 2005. Jury Selection is set for November 7, 2005.

5. By order from the Court dated August 1, 2005 the Court has extended Plaintiff's deadline to respond to Defendants' Motion for Summary Judgment and find counsel until October 3, 2005. To date, Plaintiff has not yet obtained counsel. Additional time is required to prepare the pretrial order based on this ruling. Therefore, additional time is requested.

6. Defendants respectfully requests this court to allow an extension of sixty (60) days on each of the deadlines set out on the Scheduling Order.

7. This Motion is not made for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** the parties request this court to extend the deadline for the remaining deadline by sixty days and grant such other and further relief as may be just and equitable.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
10225 North 10th Street
McAllen, Texas 78550
Telephone: (956) 631-8049
Facsimile: (956) 631-8141
Counsel for Defendant,

Attorneys for Defendants Brownsville Navigation District, et al

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Adm. No. 8044

Jeffrey D. Roerig
State Bar No. 17161700
Federal Adm. No. 1503

## CERTIFICATE OF CONSULTATION

On October 3, 2005, I, the undersigned conferred with Vidal Cantu' Jr. and he is unopposed to this Motion to Extend Deadline to File Pretrial Order in this matter.

_____
Elizabeth G. Neally

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of Defendants' Unopposed Motion to Extend Deadline to File Pretrial Order has been sent by U.S. Postal Service, Certified Mail, Return Receipt Requested to:

Vidal Cantu, Jr.
P. O. Box 1927
Port Isabel, Texas 78578

on this 4 day of October, 2005.

_____
ELIZABETH G. NEALLY
JEFFREY D. ROERIG