IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. | § | |
|     Plaintiff | § | |
| vs. | § | CIVIL ACTION NO. B-04-118 |
| | § | |
| THE PORT OF BROWNSVILLE and | § | |
| DEBORAH LEE DUKE | § | |
|     Defendants | | |

## ORDER SETTING HEARING

The foregoing Defendants Motion to Extend Deadline to Filing of Pretrial Order having been presented to me the same is hereby set for the _____ day of _____, 2005, at ____ o'clock __.m. in the in the District Court of the United States for the Southern District of Texas Brownsville Division

SIGNED this ___ day of _____, 2005.


_____
JUDGE PRESIDING

cc:    Vidal Cantu, Jr.
       P. O. Box 1927
       Port Isabel, TX 78578

       Elizabeth G. Neally
       Roerig, Oliveira & Fisher, L.L.P.
       10225 North 10th Street
       McAllen, Texas 78504