IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. § | | |
|     Plaintiff § | | |
| vs. § | | CIVIL ACTION NO. B-04-118 |
| § | | |
| THE PORT OF BROWNSVILLE and § | | |
| DEBORAH LEE DUKE § | | |
|     Defendants | | |

### ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILING OF PRETRIAL ORDER

Defendants, The Port of Brownsville and Deborah Lee Duke's Unopposed Motion to Extend Deadline for Filing Pretrial Order has come before this Court. After hearing from all parties it is hereby

GRANTED that Defendants' Motion to Extend Deadline For The Filing of Pretrial Order should be and is hereby GRANTED.

Signed this ___ day of October, 2005.

_____
JUDGE PRESIDING