# EXHIBIT A

Case 1:04-cv-00118   Document 31-2   Filed in TXSD on 10/12/2005   Page 1 of 7

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig+•
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally*
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
10225 North 10th Street
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.*
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

†Board Certified -
   Personal Injury Trial Law
   Texas Board of Legal Specialization

*Board Certified -
   Civil Trial Law
   Texas Board of Legal Specialization

October 6, 2005

File No.:   24,341



Mr. Vidal Cantu
P. O. Box 1927
Port Isabel, TX 78578

RE:   Style: *Vidal Cantu, Jr. v. Port of Brownsville and Deborah Lee Duke*
      Civil Action No. B-04-118, U.S. District Court, Southern District, Brownsville Division

Dear Mr. Cantu:

By the Court's order we are required to provide a Joint Pretrial Order on October 12, 2005. I have requested an extension of time from the Court per my earlier telephone call and correspondence to you. But, time is running out and the Court has yet to rule on my Motion. In order for me to prepare my portion of the Joint Pretrial Order I need to receive a copy of your portion by October 10, 2005.

Attached is a copy of the required contents of the Joint Pretrial Order. Specifically, we need to know your portion of numbers 5, 6, 7, 8, 9, 10, and 11.

Please provide this material to me no later than 12:00 pm on October 10, 2005. You may fax me your portions at (956) 386-1625.

If I do not receive your portions of the Joint Pretrial Order by October 10, 2005, I will have no choice but to file mine alone.

ROERIG, OLIVEIRA & FISHER, L.L.P.

Mr. Vidal Cantu
October 6, 2005
Page 2

      Should you have any questions regarding this matter you may contact me at our McAllen office (956) 393-6300. Thank you for your considerations.

                Sincerely,

                ROERIG, OLIVEIRA & FISHER, L. L.P.

                Elizabeth G. Neally

Enc.
Via Cert. and Reg Mail

# UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## REQUIRED CONTENTS OF THE JOINT PRETRIAL ORDER

1. **Appearance of Counsel.** List each party, its counsel, and counsel's address and telephone number in separate paragraphs.

2. **Statement of the Case.** Give a brief statement of the case, one that the Judge could read to the jury panel for an introduction of the facts and parties; include names, dates, and places.

3. **Jurisdiction.** Briefly specify the jurisdiction of the subject matter and the parties. If there is an unresolved jurisdictional question, state it.

4. **Motions.** List pending motions.

5. **Contention of the Parties.** State concisely in separate paragraphs each party's claims.

6. **Admission of Fact.** List all facts that require no proof.

7. **Contested Issues of Fact.** List all material facts in bona fide controversy.

8. **Agreed Propositions of Law.** List the legal propositions that are not in dispute.

9. **Contested Propositions of Law.** State briefly the unresolved questions of law, with authorities to support each.

10. **Exhibits.**

    A. On a separate form similar to the one provided by the Clerk, each party will attach four lists of all exhibits expected to be offered and will make the exhibits available for examination by opposing counsel. All documentary exhibits must be exchanged before trial, except for rebuttal exhibits or those whose use cannot be anticipated.

    B. A party requiring authentication of an exhibit must notify the offering counsel in writing within five days after the exhibit is listed and made available; failure to object in writing in advance of the trial concedes authenticity.

    C. Within reason, other objections to admissibility of exhibits must be made at least three business days before trial; court will be notified in writing of disputes, with copies of the disputed exhibit and authority.

    D. Parties must mark their exhibits to include the date and case number on each.

    E. At the trial, the first step will be the offer and receipt in evidence of exhibits.

11. **WITNESSES.**

    A. On a separate form, each party will attach four lists with the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony.

    B. Include: If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

12. **Settlements.** State that all settlement efforts have been exhausted, and the case will have to be tried.

13. **Trial.** State estimated length of trial and logistical problems, including availability of witnesses, out-of-state people, bulky exhibits, and documentation.

14. **Attachments.** Each party must file as a separate document (captioned, signed by counsel, and with service certified) these required attachments in duplicate.

    A. For a jury trial:
       (1) Proposed questions for the voir dire examination.
       (2) Proposed charge, including instructions, definitions, and special interrogatories, with authority.

    B. For a non-jury trial:
       (1) Proposed findings of fact with agreed and contested ones separated.
       (2) Conclusions of law with authority.

_____     Date:_____
United States District Judge

Approved:


_____     Date:_____
Attorney-in-Charge, Plaintiff


_____     Date:_____
Attorney-in-Charge, Defendant

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

| | |
|---|---|
| *versus* - - - - - - - - - - - - - - - - | CASE NO. |
| | **Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of | Proceeding          Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| versus - - - - - - - - - - - - - - - - - | CASE NO. |
|---|---|
| | **Witness List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of | Proceeding         Date |

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.