# EXHIBIT B

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. | § | |
|     Plaintiff | § | |
| vs. | § | CIVIL ACTION NO. B-04-118 |
| | § | |
| THE PORT OF BROWNSVILLE and | § | |
| DEBORAH LEE DUKE | § | |
|     Defendants | § | |

## EXHIBIT LIST OF DEFENDANTS BROWNSVILLE NAVIGATION DISTRICT OF CAMERON COUNTY, TEXAS MISNAMED AS THE PORT OF BROWNSVILLE AND DEBORAH LEE DUKE

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for

By _____
ELIZABETH G. NEALLY
Texas Bar No. 14840400
Federal Bar No. 8044

**Brownsville Navigation District of
Cameron County, Texas Misnamed as the Port of
Brownsville and Deborah Lee Duke**

Cameron County, Texas Misnamed as the Port of Brownsville and Deborah Lee Duke's

| Exhibit # | Description | Stip | Witness | OBJ | ADMITTED |
|---|---|---|---|---|---|
| 1 | Advice of Change and Authorization of Salary Payment Brownsville Navigation District dated 8/26/93 | | | | |
| 2 | Advice of Change of Authorization of Salary Payment effective 3/31/94 | | | | |
| 3 | Letter to Vidal Cantu regarding Accounting Clerk position from Deborah Lee Duke dated 5/1/94 | | | | |
| 4 | Interoffice Memo from Cristina Valdez to Vidal Cantu, Jr. dated 8/26/94 | | | | |
| 5 | Benefit Statement Valuation date 1/1/95 | | | | |
| 6 | Interoffice Memo to Vidal Cantu from Cristina Valdez dated 4/13/95 | | | | |
| 7 | Advice of Change and Authorization of Salary Payment effective 5/01/95 | | | | |
| 8 | Interoffice Memo to Vidal Cantu from Debby Duke and Cristina Valdez dated 6/6/95 | | | | |
| 9 | Interoffice Memo to Accounting Staff Members from Debby Duke dated 11/8/95 | | | | |

Defendants Exhibit List Brownsville Navigation District of
Cameron County, Texas Misnamed as the Port of Brownsville and Deborah Lee Duke

| # | Description | | | | |
|---|---|---|---|---|---|
| 10 | Advice of Change and Authorization of Salary Payment effective 4/18/96 | | | | |
| 11 | Advice of Change and Authorization of Salary Payment effective 12/19/96 | | | | |
| 12 | Letter to Vidal Cantu from Deborah Lee Duke dated 5/12/97 | | | | |
| 13 | Application for Employment of Rosa Maria Hinojosa signed 6/25/97 | | | | |
| 14 | Interoffice Memo to Vidal Cantu from Debbie Duke dated 12/11/97 | | | | |
| 15 | Interoffice Memo to Vidal Cantu, Jr. From Debby Duke dated 12/19/97 | | | | |
| 16 | Interoffice Memo to Ketta Garcia, Rosie Hinojosa, Letty Garcia and Vidal Cantu from Debbie Duke dated 1/12/98 | | | | |
| 17 | Interoffice Memo to Vidal Cantu from Cristina Valdez dated 2/1/99 | | | | |
| 18 | Advice of Change and Authorization of Salary Payment effective 3/1/00 | | | | |
| 19 | Interoffice Memo to Vidal Cantu, Jr. from Debbie Duke dated 4/7/00 | | | | |

Defendants Exhibit List Brownsville Navigation District of Cameron County, Texas Misnamed as the Port of Brownsville and Deborah Lee Duke

| | | | | | |
|---|---|---|---|---|---|
| 20 | Interoffice Memo to Vidal Cantu, Jr. from Board of Directors dated 5/25/00 | | | | |
| 21 | Employee Acknowledgment Form Policy on Harassment signed by Vidal Cantu, Jr. on 5/25/00 | | | | |
| 22 | Employee Benefits Announcement to Vidal Cantu, Jr. dated 9/20/00 | | | | |
| 23 | Interoffice Memo to Vidal Cantu, Jr. From Deborah Lee Duke dated 1/19/01 | | | | |
| 24 | Advice of Change and Authorization of Salary Payment effective 2/15/01 | | | | |
| 25 | Interoffice Memo to Vidal Cantu, Jr. from Debby Duke dated 2/21/01 | | | | |
| 26 | Mediation Settlement Agreement dated 5/29/01 | | | | |
| 27 | Advice of Change and Authorization of Salary Payment effective 6/7/01 | | | | |
| 28 | Advice of Change and Authorization of Salary Payment effective 2/28/02 | | | | |
| 29 | Interoffice Memo to Vidal Cantu, Jr. from Deborah Lee Duke dated 3/4/02 | | | | |

Defendants Exhibit List Brownsville Navigation District of Cameron County, Texas Misnamed as the Port of Brownsville and Deborah Lee Duke

| | |
|---|---|
| 30 | Interoffice Memo to Vidal Cantu from Debby Duke date 3/8/02 |
| 31 | Performance Review for Vidal Cantu signed 1/29/03 |
| 32 | Employee Response to Rating from Vidal Cantu signed 1/29/03 |
| 33 | Charge of Discrimination dated 3/8/03 |
| 34 | Interoffice Memo to Vidal Cantu, Jr. from Jo Saban dated 3/19/03 |
| 35 | Letter to Ms. Saban from Vidal Cantu, Jr. Dated 4/23/03 |
| 36 | Letter to Vidal Cantu, Jr. from Jo Saban dated 4/23/03 |
| 37 | Interoffice Memo to Vidal Cantu from Debby Duke dated 7/15/03 |
| 38 | Interoffice Memo to 'To the Files' from Debby Duke dated 7/27/03 |
| 39 | Interoffice Memo to Vidal Cantu from Debby Duke dated 7/27/03 |
| 40 | Interoffice Memo to Donna Eymard and Jo Saban from Deborah Lee Duke dated 7/28/03 |

Defendants Exhibit List Brownsville Navigation District of Cameron County, Texas Misnamed as the Port of Brownsville and Deborah Lee Duke

| | |
|---|---|
| 41 | Letter to Vidal Cantu, Jr. from John Trevino dated 8/19/03 |
| 42 | Interoffice Memo to Vidal Cantu, Jr. from Deborah Lee Duke 12/8/03 |
| 43 | Performance Review for Vidal Cantu signed 1/26/04 |
| 44 | Transmittal to Department of Justice of Request for Notice of Right to Sue signed by Esther Herrera dated 3/16/04 |
| 45 | Itemized Budget Increase for Vidal Cantu, Jr. |
| 46 | Letter to Vidal Cantu, Jr. from Pedro Esquivel dated 3/16/04 |
| 47 | Interoffice Memo to Vidal Cantu from Jo Saban dated 3/26/04 |
| 48 | Letter to Vidal Cantu, Jr. from Karen L. Ferguson dated 4/13/04 |
| 49 | Deposition transcript (p. 101, 102, 157) of Vidal Cantu taken 1/27/05 |
| 50 | Affidavit of Deborah Lee Duke dated 4/28/05 |
| 51 | Dispute Resolution Procedure |

Defendants Exhibit List Brownsville Navigation District of
Cameron County, Texas Misnamed as the Port of Brownsville and Deborah Lee Duke

| 52 | Normal Assignments (Designation of tasks) | | | | | | | |
|----|-------------------------------------------|--|--|--|--|--|--|--|
|    |                                           |  |  |  |  |  |  |  |
|    |                                           |  |  |  |  |  |  |  |
|    |                                           |  |  |  |  |  |  |  |
|    |                                           |  |  |  |  |  |  |  |
|    |                                           |  |  |  |  |  |  |  |
|    |                                           |  |  |  |  |  |  |  |