# EXHIBIT 1

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
# BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE |
|---|---|---|
| Vidal Cantu, Jr. | Administrative | 08/26/93 |

### NATURE OF CHANGE

### PARTICULARS OF CHANGE

| | | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
|---|---|---|---|---|
| CHANGE OF RATE: | | | | |
| MERIT | | | | 6.00 |
| COST OF LIVING | | CT1 Switchboard Operator/Receptionist | Administrative | |
| PROMOTION | | TITLE OF NEW POSITION | DEPARTMENT | |
| % INCREASE | | | | |
| | | EXPLANATION: | | |
| TRANSFER | | | | |
| REHIRED (ATTCH W-4) | | | | |
| CHANGE TO PERMANENT | | Recommended by | | |
| TEMPORARY EMPLOYEE | | Authorized by _Foreman_ | | |
| RESIGNATION | | _(signature)_ Department Head | | |
| TERMINATION | | Approved by _(signature)_ Port Director | | |
| EMPLOYEE NUMBER | | | | |
| NEW EMPLOYEE (ATTH W-4) | X | ADDRESS   P. O. Box 1927 | Date Hired  08/26/93 | Date of Last Increase |
| | | Port Isabel, TX 78578 | | |
| SSN #   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 | | PHONE NUMBER   943-1287 | | |
| DATE OF BIRTH   02/26/63 | | SPOUSE'S NAME   N/A | | |
| MAR. STATUS   Single | | | | |
| ETHNICITY   White/Hispanic | | DEPENDENT CHILDREN   None | | |