# EXHIBIT 2

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE |
|---|---|---|
| Vidal Cantu Jr. | Accounting Department | 03/31/94 |

### NATURE OF CHANGE | PARTICULARS OF CHANGE

| CHANGE OF RATE: | | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
|---|---|---|---|---|
| MERIT | | CT1 Accounting Clerk | 90 | 6.00 |
| COST OF LIVING | | TITLE OF NEW POSITION | DEPARTMENT | |
| PROMOTION | | | 90 | 6.10 |
| Budget Implementation | | | | |
| % INCREASE | 1.67% X | | | |
| TRANSFER | | EXPLANATION: | | |
| REHIRED (ATTCH W-4) | | | | |
| CHANGE TO PERMANENT | | | | |
| TEMPORARY EMPLOYEE | | Recommended by ___Cristina Valdez___ Foreman | | |
| RESIGNATION | | Authorized by _____ Department Head | | |
| ERMINATION | | Approved by _____ Port Director | | |
| EMPLOYEE NUMBER | | | | |
| NEW EMPLOYEE (ATTH W-4) | | Date Hired  08/26/93      Date of Last Increase | | |
| SSN# | | ADDRESS | | |
| DATE OF BIRTH | | PHONE NUMBER | | |
| MAR. STATUS | | SPOUSES NAME | | |
| ETHNICITY | | DEPENDENT CHILDREN | | |