# EXHIBIT 3



May 1, 1994

Mr. Vidal Cantu
Administration Building
Port of Brownsville, Texas

Re:  CT1  Accounting Clerk

Dear Vidal:

On behalf of Mr. C. James Kruse, Port Director and General Manager, and the Brownsville Navigation District, I am pleased to offer you the position of CT1 Accounting Clerk in the Accounting Department. Should you accept our offer, your salary will remain at $6.10 per hour.

This will be an internal transfer and the benefits provided by the District will not be interrupted in any way. Under our hiring policy, in the case of an internal transfer, there is allowed a transition period during which the employee will be expected to continue performing his former responsibilities. This transition period should not exceed three weeks. The transition period will be coordinated between Cristina Valdez and Irma Gawenda.

I would appreciate your considering our offer and advising me of your decision by Wednesday, May 4th. We will be unable to hold the offer open beyond this date.

Thank you for your interest in employment with the Accounting Department. We look forward to hearing from you in the near future. In the meantime, if you have any questions about our offer or the Department more generally, please feel free to contact me.

Very truly yours,
BROWNSVILLE NAVIGATION DISTRICT

Deborah Lee Duke, Director
Finance and Administration

cc:  Cristina Valdez

May 1, 1994

Mr. Vidal Cantu
Administration Building
Port of Brownsville, Texas

Re:  CT1  Accounting Clerk

Dear Vidal:

On behalf of Mr. C. James Kruse, Port Director and General Manager, and the Brownsville Navigation District, I am pleased to offer you the position of CT1 Accounting Clerk in the Accounting Department. Should you accept our offer, your salary will remain at $6.10 per hour.

This will be an internal transfer and the benefits provided by the District will not be interrupted in any way.  Under our hiring policy, in the case of an internal transfer, there is allowed a transition period during which the employee will be expected to continue performing his former responsibilities.  This transition period should not exceed three weeks.  The transition period will be coordinated between Cristina Valdez and Irma Gawenda.

I would appreciate your considering our offer and advising me of your decision by Wednesday, May 4th.  We will be unable to hold the offer open beyond this date.

Thank you for your interest in employment with the Accounting Department.   We look forward to hearing from you in the near future.  In the meantime, if you have any questions about our offer or the Department more generally, please feel free to contact me.

Very truly yours,
BROWNSVILLE NAVIGATION DISTRICT


Deborah Lee Duke, Director
Finance and Administration

cc:  Cristina Valdez