# EXHIBIT
# 4

**BROWNSVILLE NAVIGATION DISTRICT
INTEROFFICE MEMORANDUM**

**TO:** Vidal Cantu, Jr.
**FROM:** Cristina Valdez
**DATE:** August 26, 1994
**SUBJECT:** Unauthorized Overtime

---

In reviewing your timecard for the week just ended, I have noticed that you clocked out at 6:02 on Wednesday, which caused the District to have to pay you overtime. This overtime was not authorized by either Ms. Duke or myself, and I had specifically instructed you to leave work at 5:30 on that day. When I questioned you as to why you left late, your response was we stayed just because we stayed. Such actions cannot be tolerated. When Ms. Duke and I are attending a Board meeting we expect you to be responsible and act accordingly.

By copy of this memo to your personnel file, you are hereby informed that you are responsible for working a 40 hour week. Further incidence of overtime in excess of 30 minutes in a week will result in disciplinary action. The progressive discipline policy of the District is outlined in your handbook, and includes letters of reprimand, suspension without pay and can include termination.

The employees in this department are allowed some latitude in the composition of their work during the week. Special needs are accommodated as much as possible when early or late lunch periods are required, or when an employee needs to leave early to attend to business. This practice can not be continued without the responsible actions of the employees in monitoring their own time.

_VIDAL CANTU, JR._  DISCUSSED WITH ME ON  AUGUST 08/26/94