# EXHIBIT 5

# PORT OF BROWNSVILLE

### Brownsville Navigation District Employees Retirement Plan

| Benefit Statement For: | CANTU, VIDAL JR |
|---|---|

| | |
|---|---|
| Valuation As Of: | 1/1/1995 |
| Date Of Birth: | 2/26/1963 |
| Date Of Employment: | 8/26/1993 |
| Date Of Participation: | 6/1/1994 |
| Date Of Retirement: | 3/1/2028 |

| | | |
|---|---|---|
| 1994 Retirement Compensation: | | $12,636.00 |
| **Retirement Benefits:** | | |
| Projected Monthly Pension: | $ 371 | |
| Projected Social Security: | 505 | |
| Projected Total Benefit: | $ 876 | |
| Projected Total Benefit As A Percent Of Salary: | | 83.19% |
| 1/1/95 Accrued Benefit: | | $15.61 |
| Percent Vested: | | 0% |
| 1/1/95 Vested Benefit: | | $0.00 |

This statement supercedes all previous statements. It is based upon the current information provided by your employer and is intended as an accurate reflection of the present benefits available under this plan. However, in the event of error or omission, the provisions of the plan shall govern.