# EXHIBIT 6

**BROWNSVILLE NAVIGATION DISTRICT**
**MEMORANDUM**

**TO:** Vidal Cantu
**FROM:** Cristina Valdez
**DATE:** April 13, 1995
**RE:** Reprimand

I have noticed that your attitude toward your co-workers is becoming hostile and your job performance has shown a marked deterioration. Specifically:

> Yesterday afternoon, I heard you using profanity in the hallway. I have also received reports from other employees that you have used profane language in addressing them. This is considered harassment, and will not be tolerated.

> Your work is showing an increase in the number of errors that you are making. This is causing Letty and myself to spend an increasing amount of time correcting them. While I am prepared to show patience for a certain number of errors, the high numbers of errors being made, along with a change in your behavior, indicates that this carelessness is the result of a lack of desire to do a good job.

I realize that you are having personal problems, we all do, but you are letting them interfere with your relationships with your co-workers and your job performance. You must resolve this situation.

I would like for you to take this holiday and weekend to relax and try to analyze your behavior. Any further problems of this nature will result in a higher level of disciplinary action which can include time off without pay or termination of employment.

As your supervisor, I want to help you to be a successful member of this department, and I am hoping that this memo will serve to stimulate you to make the necessary changes.

This memo has been discussed with me and I understand that it will be placed in my permanent file.

_Vidal Cantu_ _____   04/13/95
                                      Date

00011

**BROWNSVILLE NAVIGATION DISTRICT**
**MEMORANDUM**

TO: Vidal Cantu
FROM: Cristina Valdez
DATE: April 13, 1995
RE: Reprimand

I have noticed that your attitude toward your co-workers is becoming hostile and your job performance has shown a marked deterioration. Specifically:

> Yesterday afternoon, I heard you using profanity in the hallway. I have also received reports from other employees that you have used profane language in addressing them. This is considered harassment, and will not be tolerated.
>
> Your work is showing an increase in the number of errors that you are making. This is causing Letty and myself to spend an increasing amount of time correcting them. While I am prepared to show patience for a certain number of errors, the high numbers of errors being made, along with a change in your behavior, indicates that this carelessness is the result of a lack of desire to do a good job.

I realize that you are having personal problems, we all do, but you are letting them interfere with your relationships with your co-workers and your job performance. You must resolve this situation.

I would like for you to take this holiday and weekend to relax and try to analyze your behavior. Any further problems of this nature will result in a higher level of disciplinary action which can include time off without pay or termination of employment.

As your supervisor, I want to help you to be a successful member of this department, and I am hoping that this memo will serve to stimulate you to make the necessary changes.

This memo has been discussed with me and I understand that it will be placed in my permanent file.

_Vidal Cantu_ _____ 04/13/95
                                     Date