# EXHIBIT
# 7

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE | |
|---|---|---|---|
| Vidal Cantu | Accounting | 05/01/95 | |

| NATURE OF CHANGE | | PARTICULARS OF CHANGE | | | |
|---|---|---|---|---|---|
| CHANGE OF RATE | | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE | |
| MERIT | | CT1 Clerk | 90 | 6.10 | |
| COST OF LIVING | | TITLE OF NEW POSITION | DEPARTMENT | | |
| PROMOTION | | CT1 Clerk | 90 | 6.46 | |
| BUDGET INCREASE | X | EXPLANATION: | | | |
| % INCREASE | 5.90% | | | | |
| TRANSFER | | | | | |
| REHIRED (ATTCH W-4) | | Recommended by  _Gustavo Valdez_ | | | |
| CHANGE TO PERMANENT | | Foreman | | | |
| TEMPORARY EMPLOYEE | | Authorized by  _Orland LeClaire_ | | | |
| RESIGNATION | | Department Head | | | |
| TERMINATION | | Approved by  _E. Garza_ | | | |
| EMPLOYEE NUMBER | | Port Director | | | |
| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | Date Hired  08/26/93 | Date of Last Increase  03/31/94 | |
| SSN# | | PHONE NUMBER | | | |
| DATE OF BIRTH | | SPOUSES NAME | | | |
| MAR. STATUS | | DEPENDENT CHILDREN | | | |
| ETHNICITY | | | | | |