# EXHIBIT 8

BROWNSVILLE NAVIGATION DISTRICT
INTEROFFICE MEMORANDUM

**To:** Vidal Cantu
**From:** Debby Duke and Cristina Valdez
**Subject:** Annual Increase
**Date:** June 6, 1995

---

The Board of Commissioners has authorized the staff to implement the budgeted pay increases effective June 1, 1995. These increases will be reflected in your next pay check.

I am very pleased to be able to inform you that your hourly rate will be adjusted as follows:

> Your current rate is $6.10 per hour
>
> Your new rate is $6.46 per hour
>
> This is an increase of 5.9%

This increase was developed from two components: a "chart adjustment" and an annual increase. The "chart adjustment" was included to bring your hourly rate into line with other comparable employees. The annual increase was computed on top of the "chart adjustment".

Your overall increase is above the average, and indicates that we have been pleased with the efforts you have undertaken in the department, and with your successful completion of your courses at TSC/UTB. Keep up the good work.