# EXHIBIT 9

**BROWNSVILLE NAVIGATION DISTRICT**
**INTEROFFICE MEMORANDUM**

TO: Accounting Staff Members
FROM: Debby Duke
DATE: November 8, 1995
SUBJECT: Department Discipline

---

As we contemplate bringing a new employee into our office, I feel that now is the appropriate time to address some areas of concern that I have with behavior in the office. I would hope that you will take the following items very seriously, because both Cristina and I feel that they are.

**Public Information** – Under Texas law, some, but not all, of the records and information prepared and held by the District are public information. Disclosure of those records that are public is regulated by state law. Disclosure of those records that are not public records is a violation of state law. It is my responsibility to respond to all requests for public information, and no one else's. The District Board has adopted a policy to be followed for responding to requests for access to public information.

It has come to my attention that members of this department have been making copies of other employees' timecards for use of proof of claims of wrong-doing. I consider this to be a violation of the trust that you have been imparted as an employee of this department. Under no circumstances is an hourly employee of this department to make a copy of any personnel or payroll document without express the direction from either Cristina or me. This is a termination offense in this department.

As a tax-payer and a member of the public, you have the right to request access to public information by following the state law and the District's policy governing this access.

As an employee of the District, you have the right to have a grievance addressed through the Dispute Resolution Procedure, Section Five of your employee handbook. If you have a grievance, file it, if not, get on with your work.

**Gossip** – I expect that the members of this department will be able to work together as a team. Teamwork requires trust between the members of the group. I have observed that when one member of the team carries "tales" back to another, they are often taken out of context. This prevents the team working as a whole, and the friction caused is evident to those outside of the department. I consider that causing this type of dissention is the same as provoking a fight or instigating a disturbance. This is also grounds for immediate termination.

**Insubordination** - The managerial approach that Cristina and I have used in this office is very informal. However, I have noticed more and more instances where our directions have been rejected outright or just ignored. You are employed by the District. You are assigned to this department. Cristina and I have been given the responsibility to supervise the employees in this department. With this understanding, our instructions are to be followed. Your decision that it is too much trouble, or that you do not want to do a particular task is not relevant.

One area I would like cleared up immediately is the telephone calls that come in directly to the department, outside of the switchboard. I am requesting a different type of switchboard, but for now, we are stuck with what we have. I expect that the "turkey" calls be answered as soon as possible. We have a limited number of rings before the system automatically disconnects the call. I have seen that more and more of these calls are coming from business contacts, and I expect that we will answer them as such. This is to include answering each other's phones.

Insubordination is also grounds for termination.

**Courtesy** - We do not require that you address us formally, but I require that you do address us, and each other, with respect. Sarcasm and rudeness have no place in this office.

This memo is intended to be taken very seriously. With the uncertainties of the Mexican trucking situation, the operation of this department must be smooth and effective. To do this, each person needs to be moving in the same direction, helping each other.

A copy of this memo will be placed in the personnel file of each of the Accounting employees. Your signature below indicates that you have read the above memo and are aware that it will be placed in your file.

I have read the above memorandum and am aware that it will be placed in my personnel file.

_____
Signature

11/08/95
Date