# EXHIBIT 10

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE |
|---|---|---|
| Vidal Cantu | Accounting | 04/18/96 |

### NATURE OF CHANGE

| CHANGE OF RATE: | | PARTICULARS OF CHANGE | | |
|---|---|---|---|---|
| MERIT | | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
| COST OF LIVING | | CT1 Clerk I | 90 | 6.46 |
| PROMOTION | | TITLE OF NEW POSITION | DEPARTMENT | |
| BUDGET INCREASE | X | CT1 Clerk I | 90 | 7.15 |
| % INCREASE | 10.68% | | | |
| REHIRED (ATTCH W-4) | | EXPLANATION: | | |
| TRANSFER | | | | |
| RESIGNATION | | | | |
| TEMPORARY EMPLOYEE | | Recommended by _Cristina Valdez_ | | |
| CHANGE TO PERMANENT | | Foreman | | |
| TERMINATION | | Authorized by _Deborah Dunhoe_ | | |
| | | Department Head | | |
| EMPLOYEE NUMBER | 4 | Approved by _signature_ | | |
| | | Port Director | | |
| NEW EMPLOYEE (ATTH W-4) | ADDRESS | Date Hired 08/26/93 | Date of Last Increase | 06/01/95 |
| SSN# | | | | |
| DATE OF BIRTH | PHONE NUMBER | | | |
| MAR. STATUS | SPOUSES NAME | | | |
| ETHNICITY | DEPENDENT CHILDREN | | | |