# EXHIBIT 11

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE |
|---|---|---|
| Vidal Cantu Jr. | Accounting | 12/19/96 |

### NATURE OF CHANGE | PARTICULARS OF CHANGE

| NATURE OF CHANGE | | PARTICULARS OF CHANGE | DEPARTMENT | FORMER RATE |
|---|---|---|---|---|
| CHANGE OF RATE: | | TITLE OF FORMER POSITION | 90 | 7.15 |
| MERIT | | CT1 Clerk I | | |
| COST OF LIVING | | TITLE OF NEW POSITION | DEPARTMENT | |
| | | CT1 Clerk I | 90 | 7.20 |
| PROMOTION | | | | |
| BUDGET INCREASE | X | | | |
| % INCREASE | 0.69% | | | |
| TRANSFER | | EXPLANATION: | | |
| REHIRED (ATTCH W-4) | | | | |
| CHANGE TO PERMANENT | | | | |
| TEMPORARY EMPLOYEE | | Recommended by _Cristina Valdez_ | | |
| RESIGNATION | | Foreman | | |
| TERMINATION | | Authorized by _Robert LaRuche_ | | |
| | | Department Head | | |
| EMPLOYEE NUMBER | | Approved by _[signature]_ | | |
| NEW EMPLOYEE (ATTH W-4) | | Port Director | | |
| SSN# | | ADDRESS | Date Hired 08/26/93 | Date of Last Increase 04/18/96 |
| DATE OF BIRTH | | PHONE NUMBER | | |
| MAR. STATUS | | SPOUSES NAME | | |
| ETHNICITY | | DEPENDENT CHILDREN | | |