# EXHIBIT 12



**HOME PORT TO NAFTA**

May 12, 1997

Vidal Cantu
Brownsville Navigation District
1000 Foust Road
Brownsville, TX 78521

Dear Vidal:

Thank you for your interest in a promotion to the vacant Bookkeeping Specialist I position. Your interest in advancement is a continuation of the attitude that I have seen you developing over the past year or so. You have developed a postive aggressive attitude toward your work responsibilities, and I see you becoming more confident and sure in your work and your relationships in the office.

At this time, I am looking for a person with considerable experience in the Accounts Receivable and Collections area, as well as General Ledger. This is not an area in which I am in a position to do on-the-job training at this time. I find myself unable to offer you this promotion at this time.

I would encourage you to keep up with your attention to your job assignments, and I would hope that in the future that I would be able to offer you a job advancement.

Again, thank you for your interest in this position. It shows me your dedication to your self-improvement which makes you such an asset to this department.

Sincerely yours,
BROWNSVILLE NAVIGATION DISTRICT


Deborah Lee Duke, Director
Finance and Administration