# EXHIBIT 13



# Application For Employment

[redacted block]

(PLEASE PRINT)

| Position(s) Applied For | Date of Application |
|---|---|
|  |  |

How Did You Learn About Us?
- ☐ Advertisement
- ☐ Friend
- ☐ Walk-In
- ☐ Employment Agency
- ☐ Relative
- ☐ Other _____

| Last Name | First Name | Middle Name |
|---|---|---|
| Hinojosa | Rosa | Maria |

| Address (Number Street) | City | State | Zip Code |
|---|---|---|---|
| 1114 Anita Ct | Brownsville | TX | 78521 |

| Telephone Number(s) | Social Security Number |
|---|---|
| 210-831-5034 | 267 27 7722 |

If you are under 18 years of age, can you provide required proof of your eligibility to work?  ☐ Yes  ☒ No

Have you ever filed an application with us before?  ☐ Yes  ☒ No
If Yes, give date _____

Have you ever been employed with us before?  ☐ Yes  ☒ No
If Yes, give date _____

Are you currently employed?  ☒ Yes  ☐ No

May we contact your present employer?  ☒ Yes  ☐ No

Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status?
*Proof of citizenship or immigration status will be required upon employment.*  ☐ Yes  ☒ No

On what date would you be available for work?  _____

Are you available to work:  ☒ Full Time  ☐ Part Time  ☐ Shift Work  ☐ Temporary

Are you currently on "lay-off" status and subject to recall?  ☐ Yes  ☒ No

Can you travel if a job requires it?  ☒ Yes  ☐ No

Have you been convicted of a felony within the last 7 years?  ☐ Yes  ☒ No
*Conviction will not necessarily disqualify an applicant from employment.*

If Yes, please explain _____

# Employment Experience

Start with your present or last job. Include any job-related military service assignments and volunteer activities. You may exclude organizations which indicate race, color, religion, gender, national origin, disabilities or other protected status.

| # | Employer / Address / Telephone / Job Title / Supervisor / Reason for Leaving | Dates Employed (From / To) / Hourly Rate/Salary (Starting / Final) | Work Performed |
|---|---|---|---|
| 1 | Employer: Mercantile Bank, N.A.<br>Address: 835 E. Levee<br>Telephone: 210-546-2421<br>Job Title: Adm. Assistant<br>Supervisor: Joe Atkinson<br>Reason for Leaving: | From: 7/91<br>To:<br>Starting:<br>Final: | Balancing General Ledger, New Acct Rep., Loan document Preparation, Note Clerk, Review of Output documents, File maintenence |
| 2 | Employer: St. Eugene de Mozenod<br>Address: 5409 Austin Road<br>Telephone: 831-9923<br>Job Title: Pt. Time Bookkeeper<br>Supervisor: Fa. Harry Schuckenbrock, DMI<br>Reason for Leaving: Volunteer basis after 7:00 p.m. | From: 7-1-97<br>To:<br>Starting:<br>Final: | Balance Bank Statements, Payroll quarterly reports, Send out Statements on Capita Campa, Data Entry - Collections Sunday |
| 3 | Employer: Southmost Savings & Loan<br>Address: Central Blvd<br>Telephone:<br>Job Title: Real Estate<br>Supervisor: Alma Petrarca<br>Reason for Leaving: Bank was closed | From: 9/81<br>To: 7/91<br>Starting:<br>Final: | Purchasing, Bank Reconciliati General Ledger Balancing, Preparing documents for Real Estate loans. |
| 4 | Employer: Boca Chica Marine<br>Address: Port of Brownsville<br>Telephone:<br>Job Title: Accts Recievable/Payable<br>Supervisor:<br>Reason for Leaving: | From: 1980<br>To: 9/81<br>Starting:<br>Final: | Collect bills and send bill, Filing Post payments on the computer system |

If you need additional space, please continue on a separate sheet of paper.

List professional, trade, business or civic activities and offices held.
You may exclude membership which would reveal gender, race, religion, national origin, age, ancestry, disability or other protected status:

_____

_____

_____

# Education

|  | Name and Address of School | Course of Study | Years Completed | Diploma Degree |
|---|---|---|---|---|
| Elementary School |  |  |  |  |
| High School | Lely High School Naples, FL |  | 1977 |  |
| Undergraduate College | TSC- Brownsville | Basic Accounting | 20 hours |  |
| Graduate Professional |  |  |  |  |
| Other (Specify) |  |  |  |  |

Indicate any foreign languages you can speak, read and/or write

|  | FLUENT | GOOD | FAIR |
|---|---|---|---|
| SPEAK | Spanish |  |  |
| READ | Spanish |  |  |
| WRITE | Spanish |  |  |

Describe any specialized training, apprenticeship, skills and extra-curricular activities

NONE

## Additional Information

**Other Qualifications**
Summarize special job-related skills and qualifications acquired from employment or other experience.

_____
_____
_____
_____

**Specialized Skills**     **Check Skills/Equipment Operated**

| | | Production/Mobile Machinery (list): | Other (list): |
|---|---|---|---|
| ✓ CRT | ✓ Fax | Credit Bureau | _____ |
| ✓ PC | ✓ Lotus 1-2-3 | Xerox copiers | _____ |
| ✓ Calculator | __ PBX System | _____ | _____ |
| ✓ Typewriter | ✓ Wordperfect | _____ | _____ |

State any additional information you feel may be helpful to us in considering your application.

I'm very responsable and dedicate person to my job. Quick learner on new things that need to be implemented. Work very well as a team and welcomes new items that can better my job.

**Note to Applicants:** DO NOT ANSWER THIS QUESTION UNLESS YOU HAVE BEEN INFORMED ABOUT THE REQUIREMENTS OF THE JOB FOR WHICH YOU ARE APPLYING.

Are you capable of performing in a reasonable manner the activities involved in the job or occupation for which you have applied? A description of the activities involved in such a job or occupation is attached.    __ YES    __ NO

## References

1. Alma L. Petrarca    (210) 548 6622
   (Name)      Phone #
   183 Gilson Rd    Brownsville TX 78520
   (Address)

2. Matilde Rocha    (210) 548 1350
   (Name)      Phone #
   835 E. Ringgold    Brownsville, TX 78520
   (Address)

3. Miguel Garza Jr.    (210) 548-6302
   (Name)      Phone #
   6138 Maverick Rd    Brownsville TX 78521
   (Address)

### FOR PERSONNEL DEPARTMENT USE ONLY

Position(s) Applied For Is Open: ☒ Yes ☐ No

Position(s) Considered For: Bookkeeping Specialist

Date June, 1997

**NOTES:**

NAME: Hinojosa, Rosa Maria POSITION: Bookkeeping Spec. DATE: 6/25/97