# EXHIBIT 14

## BROWNSVILLE NAVIGATION DISTRICT
### INTEROFFICE MEMORANDUM

**To:** Vidal Cantu
**From:** Debby Duke
**Subject:** Reprimand
**Date:** December 11, 1997

---

I have reviewed your time cards for the three days that I was out of the office attending a seminar in Austin. I am disappointed to see that you did not follow my instructions regarding your working hours during my absence.

On the Tuesday before I left, I held a meeting with the employees in the department to make sure that each one of you understood what was expected of you in terms of attendance during my absence. I was explicit that lunch hours were to be taken during the period of 12:00 to 1:00, and that under no circumstances were any of you to be alone in the office at any time, especially during the noon hour. I also requested that each of you make sure to arrive at the office on time each day.

In reviewing your time card, I noted that you arrived at 8:15 on Wednesday, and you left for lunch at approximately 12:30 that day. On Thursday, you left for lunch at approximately 12:09 and on Friday you left for lunch at approximately 12:19, taking one hour and 22 minutes for lunch that day.

Additionally, I had instructed you to leave the office on Friday at 3:30, to arrive at the banquet site at 6:30, and to use the remaining hour and a half to set up at the banquet and to take care of the employees as needed until I was able to arrive from the airport. I arrived shortly after 7:30, and you did not arrive until nearly 8:00. I also noted that you did not leave the office on Friday until after 4:00.

You have stated that you needed time on Friday to get your hair cut, and therefore you went to Mr. Cockrill for permission to take a lunch break that differed from my direct instructions to you. On Tuesday, when my instructions regarding lunch breaks during my absence were issued, I specifically stated that any errands that needed to be run should have been run on that day.

You were well aware of the reasons behind my instructions regarding the lunch hour. You were also aware that Cristina and I were calling in to the office on a regular basis, no less than three times a day. If you suddenly discovered that you needed a hair cut, you had ample opportunity to notify either one of us, and we could have made the decision as to when you should have gone to get it done.

You also were well aware that you were expected to be at the banquet site at 6:30 to assist the other members of the department in setting up for the banquet. This banquet is a function of our department, and with my expected absence for the setup, I expected the

1099

remainder of the department to be there to make sure that everything was running smoothly.

In order for this department to run efficiently, I need to be able to depend on all of the members of the department to follow instructions. This is especially true when I am not in the office. I expect that during my absence that the members of this department continue to do their assigned duties just as though I were standing over them. I expect that any special instructions that I issue for the duration of my absence will be followed. I make it a point to be accessible during my absences, so there is ample opportunity for you to keep me informed of problems that arise, and and for you to request exemptions from my instructions for unforeseen situations as they arise.

As always, should you disagree with the contents of this memorandum, you may dispute them by following the procedures outlined in your employee handbook.

I would hope that you will take this memorandum to heart, and that you will be more attentive to the fact that you are expected to comply with the instructions that you are given in this office. We are heading to a period of time during which we will have an opportunity to enjoy our families and to recharge ourselves for the New Year.

Take this time to prepare yourself for the coming year and greet 1998 with a new resolution to your work in this department. If I can be of any assistance in this process, I am always ready to help you.

This memo was discussed with me on 12/11/97

_____
Vidal Cantu

*Note –*
*Employee refused to sign.*
*[signature]*
*12/11/97          3:45 – 4:30 PM.*

000100

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu
**From:** Debby Duke
**Subject:** Reprimand
**Date:** December 11, 1997

---

I have reviewed your time cards for the three days that I was out of the office attending a seminar in Austin. I am disappointed to see that you did not follow my instructions regarding your working hours during my absence.

On the Tuesday before I left, I held a meeting with the employees in the department to make sure that each one of you understood what was expected of you in terms of attendance during my absence. I was explicit that lunch hours were to be taken during the period of 12:00 to 1:00, and that under no circumstances were any of you to be alone in the office at any time, especially during the noon hour. I also requested that each of you make sure to arrive at the office on time each day.

In reviewing your time card, I noted that you arrived at 8:15 on Wednesday, and you left for lunch at approximately 12:30 that day. On Thursday, you left for lunch at approximately 12:09 and on Friday you left for lunch at approximately 12:19, taking one hour and 22 minutes for lunch that day.

Additionally, I had instructed you to leave the office on Friday at 3:30, to arrive at the banquet site at 6:30, and to use the remaining hour and a half to set up at the banquet and to take care of the employees as needed until I was able to arrive from the airport. I arrived shortly after 7:30, and you did not arrive until nearly 8:00. I also noted that you did not leave the office on Friday until after 4:00.

You have stated that you needed time on Friday to get your hair cut, and therefore you went to Mr. Cockrill for permission to take a lunch break that differed from my direct instructions to you. On Tuesday, when my instructions regarding lunch breaks during my absence were issued, I specifically stated that any errands that needed to be run should have been run on that day.

You were well aware of the reasons behind my instructions regarding the lunch hour. You were also aware that Cristina and I were calling in to the office on a regular basis, no less than three times a day. If you suddenly discovered that you needed a hair cut, you had ample opportunity to notify either one of us, and we could have made the decision as to when you should have gone to get it done.

You also were well aware that you were expected to be at the banquet site at 6:30 to assist the other members of the department in setting up for the banquet. This banquet is a function of our department, and with my expected absence for the setup, I expected the

remainder of the department to be there to make sure that everything was running smoothly.

In order for this department to run efficiently, I need to be able to depend on all of the members of the department to follow instructions. This is especially true when I am not in the office. I expect that during my absence that the members of this department continue to do their assigned duties just as though I were standing over them. I expect that any special instructions that I issue for the duration of my absence will be followed. I make it a point to be accessible during my absences, so there is ample opportunity for you to keep me informed of problems that arise, and and for you to request exemptions from my instructions for unforeseen situations as they arise.

As always, should you disagree with the contents of this memorandum, you may dispute them by following the procedures outlined in your employee handbook.

I would hope that you will take this memorandum to heart, and that you will be more attentive to the fact that you are expected to comply with the instructions that you are given in this office. We are heading to a period of time during which we will have an opportunity to enjoy our families and to recharge ourselves for the New Year.

Take this time to prepare yourself for the coming year and greet 1998 with a new resolution to your work in this department. If I can be of any assistance in this process, I am always ready to help you.

This memo was discussed with me on 12/11/97

_____
Vidal Cantu

*Note —*
*Employee refused to sign.*

*[signature]*
*12/11/97      3:45 – 4:30 PM.*