# EXHIBIT 15

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu, Jr.
**From:** Debby Duke
**Subject:** Raise
**Date:** December 19, 1997

---

Congratulations! The Board has authorized the staff to implement the raises that were made a part of the budget that was adopted on March 1, 1997.

These raises were made effective March 1, 1997. Therefore, you are receiving a check for your retroactive pay increase with this memo.

Your new pay rate is $7.699 per hour. This is an increase of $0.500 per hour over your previous pay rate, or an increase of 6.95%.

The commissioners and staff join me in wishing you and your family a very Merry Christmas and a Happy New Year.