# EXHIBIT 16

# BROWNSVILLE NAVIGATION DISTRICT.
## INTEROFFICE MEMORANDUM

**To:** Ketta Garcia
Rosie Hinojosa
Letty Garcia
Vidal Cantu
**From:** Debby Duke
**Subject:** Departmental Discipline
**Date:** January 12, 1998

---

At the staff meeting this morning, Mr. Besteiro again expressed concern that his directives regarding breaks and lunch hours were being ignored.

At this time, it is appropriate to review the rules regarding breaks and lunch hours that I have implemented in this department, and to augment them to more closely comply with Mr. Besteiro's instructions.

1. Morning breaks are to be taken no earlier than 9:30 and no later than 10:30. Recommended break times are between 10:00 and 10:15.
2. Afternoon breaks are to be taken no earlier than 2:30 and no later than 3:30. Recommended break times are between 3:00 and 3:15.
3. All breaks are to be taken in the break room in Building A.
4. All food is to be eaten in the break room in Building A.
5. The lunch hour in this department is between 12:00 and 1:00.
6. If you need to take additional time at your lunch hour to compensate for an early arrival, you must leave before 12:00. Do not add this time to the end of your lunch period.
7. Normal working hours are 8:00 to 5:00. Please do not clock in early or stay late without express authorization from Cristina Valdez or myself.
8. During working hours you are expected to be at your workstation unless your work duties require you to go to another office.
9. You must not visit other offices to chat. Conversations of a personal nature should be limited to your breaks and should be held in the break room. This includes phone conversations with other employees.
10. Personal phone calls should be limited to the bare minimum.
11. You are to limit your time in the hallways. Excessive time in the hallway is an indication that your position is not critical to the District.
12. You are not to purchase tacos in the morning outside of your break time. If you can persuade the vendor to arrive at the office between 10:00 and 10:15, you can continue to do business with the vendor. If you are unable to get a change in the time, you must not continue to purchase tacos in the morning before you take your morning break.

Please review these regulations and keep them handy for frequent review. Item 11 is a new rule, but it does address a specific concern that Mr. Besteiro has expressed.

I would assure you that this memorandum is not intended as a reprimand of any type to any employee in the department. This memorandum is solely to serve as a reminder to you of my expectations in these matters.

Should you have a specific situation that arises, and you need to have a one-time exemption from any of these regulations, please work this out with either Cristina or myself. These regulations are intended to enhance the smooth operation and accountability of the department, not to unduly penalize any employee.

I have received a copy of this memorandum on January __13__, 1998

_____
Signature