# EXHIBIT 17

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu
**CC:** Raul Besteiro
Debby Duke
File
**From:** Cristina Valdez
**Subject:** Response to Dispute
**Date:** February 1, 1999

---

I am very sorry that you had this experience while working at the BND. You are not expected to tolerate this type of behavior from any person connected with your employment.

In your letter to me dated January 27, 1999, you state that you do not wish to be called upon to take the District's checks to Mr. Salinas for signature. I agree that you should not have to do this in the future. I will assign this duty to another member of the department.

You also state that Mr. Salinas should be disciplined. That is outside of my authority. However, I will be passing a copy of this file to Mr. Besteiro for his review.

I am glad that you brought this situation to me. Please do not hesitate to notify me if this situation occurs again in the future.

EXHIBIT