# EXHIBIT 18

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | DEPARTMENT | EFF. DATE |
|---|---|---|
| Vidal Cantu, Jr. | Finance and Administration | 03/01/00 |

### NATURE OF CHANGE

| CHANGE IN RATE | | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
|---|---|---|---|---|
| MERIT | | No Change | Finance and Administration | 7.930 |
| COST OF LIVING | XX | | | |

### PARTICULARS OF CHANGE

| | | TITLE OF NEW POSITION | DEPARTMENT | NEW RATE |
|---|---|---|---|---|
| PROMOTION | | No Change | Finance and Administration | 8.170 |
| BUDGET INCREASE | | | | |
| % INCREASE | 3.00% | EXPLANATION: | | |
| TRANSFER | | Cost of living approved by Board of Commissioners with Budget for FYE 2001 | | |
| REHIRED (ATTCH W-4) | | | | |
| CHANGE TO PERMANENT | | Recommended by _____ | | |
| TEMPORARY EMPLOYEE | | | | |
| RESIGNATION | | Authorized by _____ Foreman | | |
| TERMINATION | | | | |
| EMPLOYEE NUMBER | 4 | Approved by [signature] Department Head | | |
| | | Port Director | | |
| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | | |
| SSN# | | Date Hired   N/A | Date of Last Increase   N/A | |
| DATE OF BIRTH | | PHONE NUMBER | | |
| MAR. STATUS | | PARENTS NAMES | | |
| ETHNICITY | | DEPENDENT CHILDREN | | |