# EXHIBIT
# 19

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

| | |
|---|---|
| **To:** | *Vidal Cantu, Jr.* |
| **From:** | Debby Duke |
| **Subject:** | Cost of Living Increase |
| **Date:** | April 7, 2000 |

The Board of Commissioners has approved a cost of living increase of 3% for all employees.

Your new rate is $8.17 per hour. This is an increase of $0.24 per hour.

This paycheck has been prepared using your new hourly rate. You will receive a separate check next week for the increase for the March pay periods.

*Debby*