# EXHIBIT 20

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

|  |  |
|---|---|
| To: | Vidal Cantu, Jr. |
| From: | Board of Directors |
| Subject: | Brownsville Navigation District's Policy on Harassment |
| Date: | May 25, 2000 |

Please be advised that the Brownsville Navigation District policy prohibits harassment based on race, color, sex, national origin and religion. "Harassment" includes abusive language or degrading and insulting language. Such language toward any employee or member of the employee's family by any manager, supervisor or fellow employee is strictly prohibited and in direct violation of Brownsville Navigation District policy.

Any conduct in violation of this policy will be grounds for disciplinary actions including written reprimand, suspension and immediate dismissal depending on the severity of the infraction.

Further, it is the Brownsville Navigation District's policy not to penalize any employee filing complaints with the U. S. Equal Employment Opportunity Commission. More specifically, any such complaining employee shall not be penalized in any future consideration for wage increases, promotions, transfers or other employment-related matters because of the proceedings arising out of their charge.