# EXHIBIT 21

**Brownsville Navigation District**
**Employee Acknowledgement Form**
**Policy on Harassment**

I have received a copy of the memo regarding the Brownsville Navigation District Policy on Harassment dated May 25, 2000.

_Vidal Cantu Jr._      _05-25-00_
Employee's Signature      Date

**Vidal Cantu, Jr.**
Employee's Printed Name

