# EXHIBIT 22

**Brownsville Navigation District**
**Employee Benefits Announcement**
September 20, 2000

Dear Vidal Cantu, Jr.

The Board of Commissioners of the Brownsville Navigation District has put a new benefit for its employees in place. This new benefit is life insurance in the amount of one year's salary on each employee. This insurance covers all full-time employees without the need for a physical.

At the same time as you complete the enrollment form for this insurance, you will be able to purchase additional life insurance, up to 7 times your salary, on a payroll deduction. This additional coverage is limited to a total maximum coverage of $250,000. Total coverage up to $70,000 is offered without the need for a physical, coverages over that amount will be issued only if you qualify after a physical. You may also purchase coverages for your spouse and your children.

We will be enrolling employees through Friday, September 29th. Every employee needs to meet with me to sign their enrollment card for the base insurance that the District will be providing. You can discuss additional life insurance coverages at that time.

You will see below an estimate of the coverages that you qualify for. You will get the exact amounts at the time you sign your enrollment card.

Please do not hesitate to contact me if you have any questions regarding this benefit.

*Debby*

## BASE INSURANCE

| Employee Name | Vidal Cantu, Jr. |
|---|---|
| Hourly Rate | $8.17 |
| Annualized Pay | $16,993.60 |
| Base Insurance | $17,000.00 |

## OPTIONAL INSURANCE

| | |
|---|---|
| Age Group | 35-39 |
| Rate per $10,000 | $1.14/mo |
| | $13.68/yr |
| Maximum Coverage that can Be purchased for employee | $120,000.00 |