# EXHIBIT 23

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

To: Vidal Cantu, Jr.
From: Deborah Lee Duke
       Director of Finance and Administration
Subject: Response to Grievance
Date: January 19, 2001

---

I have received your grievance letter and have reviewed your allegations. Claims of discrimination are taken very seriously by the Brownsville Navigation District, and I was very surprised that you have felt the target of sexual discrimination while you have been in my department. This is especially so since all of the incidents to which you refer occurred some time ago. As you should know, under the District's "Dispute Resolution Procedure," an employee must file a grievance concerning his/her conditions of work "within 10 working days of the occurrence of the cause." All of the events complained of in your letter occurred more than 10 days before the date of the letter; most of them are one or more years old. Therefore, I must inform you that your grievance is denied.

Although you have previously been given a copy of the "Dispute Resolution Procedure," I have included another for your reference, should you wish to appeal my decision.

EXHIBIT 9