# EXHIBIT 24

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | | DEPARTMENT | | EFF. DATE | |
|---|---|---|---|---|---|
| Vidal Cantu, Jr. | | Finance & Administration | | 02/15/01 | |

### PARTICULARS OF CHANGE

| NATURE OF CHANGE | | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
|---|---|---|---|---|
| | | Accounting Clerk | Finance & Administration | 8.170 |
| CHANGE OF RATE | | TITLE OF NEW POSITION | DEPARTMENT | NEW RATE |
| MERIT | | Accounting Clerk | Finance & Administration | 8.420 |
| COST OF LIVING | X | | | |

### EXPLANATION

| PROMOTION | | Budgeted Cost of Living Increase |
| --- | --- | --- |
| BUDGET INCREASE | | |
| % INCREASE | 3.00% | |
| TRANSFER | | Recommended by _____ (Foreman) |
| REHIRED (ATTCH W-4) | | |
| CHANGE TO PERMANENT | | Authorized by _____ (Department Director) |
| TEMPORARY EMPLOYEE | | |
| RESIGNATION | | Approved by [signature] (General Manager & CEO) |
| TERMINATION | | |

| EMPLOYEE NUMBER | 18 | Date Hired | | Date of Last Increase | 03/01/00 |

**Complete for New Employee Only**

| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | |
| SSN# | | PHONE NUMBER | |
| DATE OF BIRTH | | PARENTS NAMES | |
| MAR. STATUS | | DEPENDENT CHILDREN | |
| ETHNICITY | | | |