# EXHIBIT 25

## BROWNSVILLE NAVIGATION DISTRICT
### INTEROFFICE MEMORANDUM

From: Debby Duke

Date: February 21, 2001

I am very pleased to inform you that the Board of Commissioners has approved a Cost of Living increase for the District's employees. This increase will be effective for the week ending February 22, 2001 for hourly employees and for the salary period ending February 28, 2001 for salaried employees.

The Cost of Living increase that was approved is 3%.

Your new hourly rate of pay is $8.42. This is an annualized rate of pay of $17,513.60.

Congratulations.

*Debby*