# EXHIBIT
# 26

# MEDIATION SETTLEMENT AGREEMENT

CHARGE NUMBER: 360A10730

CHARGING PARTY: Mr. Vidal Cantu

RESPONDENT: Brownsville Navigation District

1. In exchange for the promises made by RESPONDENT pursuant to Charge Number 360A10730 CHARGING PARTY agrees not to institute a law suit under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967 as amended, the Americans with Disabilities Act of 1990, as amended, based on EEOC Charge Number 360A10730

2. Further we agree that submission of this agreement to EEOC will constitute a request for closure of EEOC Charge Number 360A10730.

3. It is understood that this agreement does not constitute an admission by Respondent of any violation of Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967 as amended or the Americans with Disabilities Act of 1990, as amended.

4. Respondent agrees that there shall be no discrimination or retaliation of any kind against Charging Party as a result of filing this charge or against any person because of opposition to any practice deemed illegal under the ADA, the ADEA or Title VII, as a result of filing this charge, or for giving testimony, assistance or participating in any manner in an investigation, proceeding or a hearing under the aforementioned Acts.

5. This document constitutes a final and complete statement of the agreement between the parties.

6. The parties agree that the EEOC is authorized to investigate compliance with this agreement and that this agreement may be specifically enforced in court by the EEOC or the parties, and may be used as evidence in a subsequent proceeding in which a breach of this agreement is alleged.

6A. CHARGING PARTY acknowledges that s/he has been advised of his/her option to consult with an attorney and has been given a reasonable time to consider the agreement before signing. (ADEA CLAUSE)

EXHIBIT "A"

Charge Number
360A10730

Within ten days of receipt of a finalized copy of this agreement, Brownsville Navigation District will increase the wage or salary rate of the charging party to $9.00 per hour.

Charging party will continue his relief switchboard operator duties as is stated in his job description of Accounting Clerk Position during the morning, lunch and afternoon breaks.

Within ten days of receipt of a finalized copy of this agreement, charging party will institute the following training in the areas of posting accounts receivable, preparing accounts payable vouchers and maintain accounts receivable logs with no assurance of promotions at this level.

Jul 19 04 10:56a    Brownsville Nav. District    956-831-5106    p.20

7. As evidence of a good faith effort to resolve EEOC Charge Number 360A10730 Respondent offers and Charging Party accepts the following proposal of settlement:

See Exhibit "A" (attached)

_Raul A. Ross_
Respondent.

5-29-01
Date

_Vidal Cardona_
Charging Party

5-29-01
Date

In reliance on the promises made in the paragraphs above, EEOC agrees to terminate its investigation and to not use the above referenced charge as a jurisdictional basis for a civil action under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination Act of 1967 as amended, or the Americans with Disabilities Act of 1990, as amended. EEOC does not waive or in any manner limit its right to investigate or seek relief in any other charge including, but not limited to, a charge filed by a member of the Commission against the Respondent.

On Behalf of the Commission:

_signature_

June 05 2001
Date

EXHIBIT "A"                Charge Number
                          360A10730

Within ten days of receipt of a finalized copy of this agreement, Brownsville Navigation District will increase the wage or salary rate of the charging party to $9.00 per hour.

Charging party will continue his relief switchboard operator duties as is stated in his job description of Accounting Clerk Position during the morning, lunch and afternoon breaks.

Within ten days of receipt of a finalized copy of this agreement, charging party will institute the following training in the areas of posting accounts receivable, preparing accounts payable vouchers and maintain accounts receivable logs with no assurance of promotions at this level.


CHARGING PARTY


RESPONDENT