# EXHIBIT 27

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | | DEPARTMENT | EFF. DATE | |
|---|---|---|---|---|
| Vidal Cantu | | Finance & Administration | 06/07/01 | |

### NATURE OF CHANGE

**PARTICULARS OF CHANGE**

| CHANGE OF RATE | | TITLE OF FORMER POSITION | DEPARTMENT | FORMER RATE |
|---|---|---|---|---|
| | | CT1 - Accounting Clerk | Finance & Administration | 8,420 |
| MERIT | | TITLE OF NEW POSITION | DEPARTMENT | NEW RATE |
| COST OF LIVING | | CT1 - Accounting Clerk | Finance & Administration | 9,000 |
| PROMOTION | | | | |
| OTHER | 6.89% | EXPLANATION: | | |
| % INCREASE | | Agreement as per mediation of dispute. | | |
| TRANSFER | | | | |
| REHIRED (ATTCH W-4) | | Recommended by _____ Foreman | | |
| CHANGE TO PERMANENT | | | | |
| TEMPORARY EMPLOYEE | | Authorized by [signature] | | |
| RESIGNATION | | Department Head | | |
| TERMINATION | | Approved by [signature] | | |
| | | Port Director | | |
| EMPLOYEE NUMBER | 4 | Date Hired  08/25/93 | Date of Last Increase | |
| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | | |
| SSN# | | | | |
| | | PHONE NUMBER | | |
| DATE OF BIRTH | | SPOUSE'S NAME | | |
| MAR. STATUS | | | | |
| ETHNICITY | | DEPENDENT CHILDREN | | |