# EXHIBIT 28

# ADVICE OF CHANGE AND AUTHORIZATION OF SALARY PAYMENT
## BROWNSVILLE NAVIGATION DISTRICT

| NAME OF EMPLOYEE | | DEPARTMENT | | EFF. DATE | |
|---|---|---|---|---|---|
| Vidal Cantu, Jr. | | Finance & Administration | | 02/28/02 | |

| NATURE OF CHANGE | | PARTICULARS OF CHANGE | | | |
|---|---|---|---|---|---|
| CHANGE OF RATE | | TITLE OF FORMER POSITION | DEPARTMENT | | FORMER RATE |
| | | CT1 Accounting Clerk | Finance & Administration | | 9.000 |
| MERIT | X | TITLE OF NEW POSITION | DEPARTMENT | | NEW RATE |
| COST OF LIVING | X | CT1 Accounting Clerk | Finance & Administration | | 9.650 |
| PROMOTION | | EXPLANATION: | | | |
| BUDGET INCREASE | X | Chart Adjustment and 1.6% Cost of Living Increase | | | |
| % INCREASE | 7.22% | | | | |
| TRANSFER | | | | | |
| REHIRED (ATTCH W-4) | | Recommended by _____ Foreman | | | |
| CHANGE TO PERMANENT | | | | | |
| TEMPORARY EMPLOYEE | | Authorized by _____ Department Head | | | |
| RESIGNATION | | | | | |
| TERMINATION | | Approved by [signature] Port Director | | | |
| EMPLOYEE NUMBER | 4 | Date Hired  08/26/93  Date of Last Increase | | | |
| NEW EMPLOYEE (ATTH W-4) | | ADDRESS | | | |
| SSN# | | | | | |
| | | PHONE NUMBER | | | |
| DATE OF BIRTH | | SPOUSE'S NAME | | | |
| MAR. STATUS | | | | | |
| ETHNICITY | | DEPENDENT CHILDREN | | | |