# EXHIBIT 29

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu, Jr.
Job Classification  CT1 Accounting Clerk
Department  Fin. & Admin.
From:  Deborah Lee Duke
Director of Finance and Administration

**Subject:** Salary Adjustments - Fiscal Year Ending 2003
Date:  March 4, 2002

---

I am very glad to inform you that the Board of Commissioners has approved a revision to the Wage and Salary Chart as a part of the annual Operating Budget. This revision was undertaken to make the salaries paid at the Brownsville Navigation District competitive with other employers in the Brownsville area. In addition, the Board of Commissioners approved a cost of living increase of 1.6%.

As a result, your paychecks beginning with the pay period including March 1, 2002, will be increased to reflect these raises approved by the Board.

Your new rate of pay will be:

$9.65 per hour
or
$ per Salary Period

This is equal to an annualized salary of $ 20,072.00.

If you have any questions or concerns, please do not hesitate to contact me.

*Debby*