# EXHIBIT 30

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

To: Vidal Cantu
From: Debby Duke
Subject: Switchboard Relief
Date: March 8, 2002

---

This morning, I had a meeting with Ms. Mercado in which we discussed ways in which to bring the situation between you and Ms. Gonzalez to an end. We both agree that it is in the best interests of both of you as employees to be able to work in an environment that is as free of conflict as we can make it.

I had previously mentioned to you that I felt that by building up a period of time in which you had positive feelings regarding the switchboard relief would help to resolve this situation.

To that end, we have this morning made arrangements that are intended to give you some relief from the situation that has developed between you and Ms. Gonzalez.

Beginning on Monday, March 11, 2002, and continuing for a period of 6 months, you will no longer be the assigned relief person for the lunch hour at the switchboard. Another employee will be utilized for this duty. You will still be responsible for the morning and afternoon breaks. Ms. Gonzalez will call you when she is ready for you to relieve her.

Ms. Gonzalez may take additional time at either the morning or afternoon break to attend to duties that require her to be away from her workstation.

As you will no longer be required to be at the switchboard during the noon hour, you will now use this as your regular lunch break. Should you have a special need to have a lunch break from 1:00 to 2:00, you may request that from time to time.

In the event that either Ms. Gonzalez or the new assigned lunch relief person are absent, it may be necessary for you to assist in this relief duty during the absence.

I would anticipate that with the breathing room that you are being given that you will be able to work toward resolving your conflict and achieving a better working relationship with Ms. Gonzalez.

*Debby*


EXHIBIT 11