# EXHIBIT 31

## ERFORMANCE REVIEW

**Brownsville Navigation District**
1000 Foust Road - Brownsville, TX 78521

> 4 - Vidal Cantu, Jr.
> CT1 - Accounting Clerk
> Date of Hire - 08/26/93; Last Raise - 02/28/02
> Hourly - $9.65/Annual - $20,072.00

.son for Review:   [X] Annual           [ ] Merit
                   [ ] End of Probation [ ] Other _____

)3 - January

### Definition of Performance Ratings

- **Exceptional** - Performance is exceptional in all areas 1 is recognizable as being far superior to others.

- **Very Good** - Results clearly exceed most position quirements. Performance is of high quality and is 1ieved on a consistent basis.

- **Good** - Competent and dependable level of rformance. Meets performance standards of the job.

**I - Improvement Needed** - Performance is deficient in certain areas. Improvement is necessary.

**U - Unsatisfactory** - Results are generally unacceptable and require immediate improvement. No merit increase should be granted to individuals with this rating.

**N/A - Not Applicable** - or too soon to rate.

| GENERAL FACTORS | RATING | SUPPORTIVE DETAILS OR COMMENTS |
|---|---|---|
| **Quality** The extent to which an employee's work is urate, thorough and neat. | G | Vidal does neat work. His accuracy has improved as he has gained experience. |
| **Productivity** The extent to which an employee produces a significant volume of work efficiently in a specified period of time. | G | Vidal works steadily during the day, and has finished assignments to show for it. |
| **Job Knowledge** The extent to which an employee possesses the practical/technical knowledge required on the job. | G | Vidal has had the technical skills to perform his job assignments. He is now undertaking new assignments, and is being trained in his new job skills. |
| **Reliability** The extent to which an employee can be relied upon regarding task completion and follow-up. | G | Vidal can be relied upon not to let distractions take his attention away from the job he is working on. |
| **Availability** The extent to which an employee is punctual. bserves prescribed work break/meal periods  has an acceptable overall attendance record. | I | Vidal has had more tardies during the past year than I find acceptable. Otherwise, he is available at his workstation when he should be and observes acceptable break and lunch periods. |

EXHIBIT 23

0415

| GENERAL FACTORS | RATING | SUPPORTIVE DETAILS OR COMMENTS |
|---|---|---|
| **Independence** The extent to which an employee performs work with little or no supervision | I | Vidal is still unsure about working with spreadsheets, which is an integral part of the work in the department. He still requests assistance from his co-workers when working with them. I need to see Vidal take a more aggressive role in learning how to handle the worksheets. This change in attitude would go a long way toward allowing Vidal to learn new skills. He seems timid in trying out new skills, and by the time he does, the training in no longer fresh in his mind. |
| **Creativity** The extent to which an employee proposes ideas, finds new and better ways of doing things. | G | Vidal has made suggestions regarding the work assignments he has been given to make them move more smoothly. |
| **Initiative** The extent to which an employee seeks out new assignments and assumes additional duties when necessary. | G | Vidal accepts new responsibilities willingly. He can be depended on to assist with any project he is requested to. |
| **Adherence to Policy** The extent to which an employee follows safety and conduct rules, other regulations and adheres to company policies. | G | Vidal follows District policy and rules in his work here. |
| **Interpersonal Relationships** The extent to which an employee is willing and demonstrates the ability to cooperate, work, and communicate with co-workers, supervisors, subordinates and/or outside contacts. | I | I spend a good amount of time working with Vidal in dealing with problems he has with other employees, and with Vidal's co-workers in dealing with problems that Vidal has caused with them. This is an area that needs to be resolved finally. |
| **Judgment** The extent to which an employee demonstrates proper judgment and decision-making skills when necessary. | I | Vidal has a difficult time making judgment calls. He has the knowledge required, but needs assistance in putting things together. |

| Rate the employee's overall performance in comparison to position duties and responsibilites | RATING |
|---|---|
| | G- |

Additional Comments:

Accomplishments or new abilities demonstrated since last review: _____

_____

Specific areas of improvement needed: _____

_____

Recommendations for professional development (seminars, training, schooling, etc.): _____

_____

Absences: Number of incidents: _____    Number of Days: _____

0416

ployee Comments: _____

_____

_____

_____

ussed with employee on: _____   Employee Signature* _____

*Signature does not indicate agreement with the contents of this appraisal

luator's Signature: _Deborah Lil Duhe_____   Date: _1/29/03_

onnel Department review: _____   Date: _____

0417