# EXHIBIT 32

Brownsville Navigation District
Employee Response to Rating
*(To be completed within 5 working days of evaluation)*

1. I have discussed with my supervisor this evaluation of my past performance.
   I _____ agree __\__ do not agree with _____ all _____ some of the conclusions reached.
   Comments:

   *iday-24, 2003→*

   I did not say anything behind Cristina's back on the day that she accused me of doing so. She was hearing things on this day. She was in one of her mood swings. Don't believe what they tell you, believe in me. It has to do with me.

2. I feel that my performance review _____ was __✓__ was not fair and impartial.
   Comments:

   I am a hard worker! I am loyal! I am dependable! I work well with people that work well with me! I am an "extemely" great employee.

3. If I could make any changes or improvements in my work, or District policies, I would suggest:

   Taking me off the switchboard relief. I've done my time in this area! Nine years and five month's is an extemely long time for just "me" to be considered for this task. There are other people who can do this assignment, not just me.

4. I would like to be considered for the following job assignments:

   Cross training in payroll and on everything that Ricky is being trained that I have not been trained on.

   _Violet Cantu_ _____ 01/29/03
   Signature of Employee                Date

   _____  _____
   Signature of Evaluator                Date

   _____  _____
   Signature of Evaluator's Supervisor    Date

0418