# EXHIBIT 34

## BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu, Jr.
**Department:** Finance & Administration
**From:** Jo Saban
Personnel Manager
**Subject:** Cost of Living Increases
**Date:** March 19, 2003

---

I am very glad to inform you that the Board of Commissioners has approved the annual Operating Budget which included a cost of living increase of 1.6%.

As a result, your paychecks beginning with the pay period including March 18, 2003, will be increased to reflect these raises approved by the Board.

Your new rate of pay will be:

$ 9.80 per hour
or
$ per Salary Period

This is equal to an annualized salary of $ 20,393.15.

If you have any questions or concerns, please do not hesitate to contact me.

*Jo*



EXHIBIT

0396

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

Department  Finance & Administration
From:  Jo Saban
       Personnel Manager

Date:  March 19, 2003

I am very glad to inform you that the Board of Commissioners has approved the annual Operating Budget which included a cost of living increase of 1.6%.

As a result, your paychecks beginning with the pay period including March 18, 2003, will be increased to reflect these raises approved by the Board.

Your new rate of pay will be:

$ 9.80 per hour
or
$ per Salary Period

This is equal to an annualized salary of $ 20,393.15.

If you have any questions or concerns, please do not hesitate to contact me.