# EXHIBIT 35

To: Ms. Saban - Human Resources

From: Vidal Cantu Jr.

Date: April 23, 2003

Reference: Harassment

Yesterday – April 22, 2003 – An upsetting experience occurred with a co-worker which made me so upset that I had to go home. I was walking along the hallway outside the coffee area back to the receptionist desk when K'etta' Garcia caught along side of me and said something to me while "pushing" me with her hand on my back forcing me to drag myself forward faster than what I was walking and I had to come to a halt and told her to stop it. She laughed thinking this was funny; but to me it was something that I didn't expect or deserved. I don't feel this was right at all.
My boss Debby is not here at the time to report this incident to her; but since you are the human resource manager I am reporting it to you.

*[signature]*

4/23/03

EXHIBIT
7