# EXHIBIT 36

TO:        VIDAL CANTU, JR.
FROM:      JO SABAN, PERSONNEL MANAGER
DATE:      April 23, 2003
SUBJECT:   Your memo regarding Ketta Garcia

I have received your memo dated April 23, 2003. It is not clear to me from this memo if you wish this to constitute a grievance against Ketta Garcia under Item 500 of the Employee Handbook. Specifically, your memo does not request a resolution of any grievance you may have.

Please inform me if you intend this memo to be a request for a resolution of a grievance against Ms. Garcia. If that is your intent, I will forward the memo to Ms. Duke, your immediate supervisor, for handling under the provisions of Item 500.

I would note that the Dispute Resolution Procedure requires Ms. Duke to inform you of her decision in writing within 3 working days after receipt of the request. As you know, Ms. Duke is out today, and may be out for another day or two. Therefore, the three - day period will not begin to run until she returns to work and actually receives your memo.

EXHIBIT
X