# EXHIBIT 39

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu
**CC:**
**From:** Debby Duke
Brownsville Navigation District
Subject: June 27, 2003 Meeting
**Date:** June 30, 2003

I wanted to put down in writing the points covered in our meeting on Friday afternoon. We had discussed several items that had been brought to my attention by your co-workers regarding your interpersonal relations with them, and their request that I take some action to give them relief.

I requested that you take the following actions:

1. Please take care in your conversations with your co-workers to be professional and business-like at all times. Sarcasm and profanity are to be avoided at all costs.
2. When you have requested assistance from a co-worker, and they are providing it to you, please have the courtesy of not walking away until the end of the conversation.

To assist in alleviating conversations that have resulted in stressful situations, I have instructed your co-workers as follows:

1. All errors that need correction are to be brought directly to my attention. I will deal with them with you personally.
2. Conversations regarding the approval of voucher packets are to continue as needed so that the person approving the processing of the payment is comfortable that the payment is appropriate.
3. Any additional requests for information regarding voucher packets are to be routed through me.

Should the dispute resolution process be initiated, it is to be remembered that the process must be started within 10 days of the action under discussion. Prior acts are not subject to the dispute resolution process.

It is my hope that this matter will be resolved by following the above guidelines. Common courtesy extended to those you work with is what is being asked, and expected, of all of the department employees.

*Debby*