# EXHIBIT 41



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7690

Mr. Vidal Cantu, Jr.
P.O. Box 1927
Brownsville, TX 78578

RE: Charge No: 360-A3-00782
    Respondent: Brownsville Navigation District (BND)

Dear Mr. Cantu:

This is to advise you that the Commission will be making a determination soon in your charge of discrimination.

Commission procedures require that I discuss the case with you prior to the issuance of the determination.

The District Director will base his decision on documentation in the file. The documentation thus far reveals the following:

You alleged the BND agreed, as part of an EEOC mediation agreement, to provide training in accounts payable and book keeping; however you have not been trained, except for two days. You alleged you have been left on your own to figure out the rest on your own. You also alleged you were discriminated against because of your sex, male, in that you have been denied compensation for Receptionist duties you perform in addition to your regular duties. Finally, you alleged you have been subjected to a "hostile work environment" and shunned by co-workers.

The BND denies the charge of sex discrimination and retaliation and contends the BND has violated its settlement agreement reached in Charge # 360 A1 0730.

The BND stated you filed a breach of agreement claim with EEOC Mediation Unit regarding an alleged violation of the agreement and they responded to your claims.

The BND stated you are aware that BND procedures require an employee file a grievance regarding his/her conditions fo work within 10 days of the occurrence of the cause. You have never filed any grievances concerning pay issues, transfers to payroll duties, or "hostile work environment." They also maintain you have never requested that you be assigned payroll clerk duties.

000042

Charge No. 360 A3 00782
Page 2

Regarding your allegation you were not made the payroll clerk, BND states the accounts payable duties you now perform are the exact duties you requested and were given, at the time of the previous charge and medication. Moreover, the new employee assigned payroll duties is same sex as you.

The BND acknowledges you perform relief receptionist duties, however, these duties are part of your job description and BND contends you agreed to continue performing them as part of the mediation agreement.

Regarding receptionist pay, the BND states, the receptionist, on the BND organizational chart, is in a different department, under a different supervisor. The official who set the receptionist's salary is not the same official who sets your salary. Moreover, BND contends you received a pay increase as part of the mediation agreement to compensate you for the amount of time you spend answering phones.

The company denies you have been subjected to a "hostile work environment" and you have not complained through the Dispute Resolution Procedure about being subjected to a "hostile work environment. Finally, your supervisors denied having created, or observed, any hostility toward you, as you alleged.

Should you wish to submit documentation in support of your allegations, please submit this information within ten days of mailing of this letter. Please do not hesitate to call me at 210/281-7672 if you have any questions.

The issuance of the Determination will conclude the Commission's processing of the charge.

Sincerely,

8-19-03
Date

John Trevino
Investigator

000043