# EXHIBIT 42

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

To: Vidal Cantu, Jr.
CC:
From: Deborah Lee Duke
Director of Finance and Administration
Subject: Disciplinary Action
Date: December 8, 2003

I have had reports from several employees that on last Thursday, due to Petra Champion's absence, you were requested to cover the switchboard for the receptionist's lunch period. This occurred while I was out of the office at a seminar.

It has been reported to me that you made several statements regarding your opinion that this duty was unfair to you, and that you did not want to do it. You went to Vicky Mercado to request that she help you to get someone else in the department to cover this duty for you. You had a heated conversation with Cristina Valdez, during which you made several comments that resulted in her opinion that you were unwilling to do this duty. The result of this was that you informed Cristina that you had upset yourself to the point that you needed to leave for the afternoon, and subsequently did not relieve the receptionist for her lunch break.

I would remind you that you have agreed under our mediation agreement that you would accept the switchboard relief duty and would cease complaining about the duty in exchange for specific actions on the part of the District, including an increase in pay and training for the position you now hold.

This is not the first time that this subject has been brought up by you, and you have been reminded that this is your responsibility, and that you are expected to do this duty when requested.

Your refusal to cooperate with Cristina Valdez when she informed you that you needed to cover the switchboard at the noon hour due to Ms. Champion's absence is a serious disciplinary problem. There is no excuse for the amount of emotional trauma, including that to yourself, that this situation caused. You are responsible for taking on this duty when it is necessary, and there is no need for any discussion about whether or not you will agree to do it.

You are hereby suspended for one day without pay. Your suspension will be on Tuesday, December 9, 2003. You may return to work as usual on Wednesday, December 9, 2003.

I would hope that this disciplinary action will stress to you how important it is for you to control your reactions to your co-workers in the department. There is no place for the type of outbursts that occurred on last Thursday, nor will they be tolerated in the future.

Should you wish to dispute this disciplinary action, you have the right, under the District's Dispute Resolution Procedure, to request a review of the action. A copy of the District's Dispute Resolution Procedure is attached.

| SECTION FIVE | DISPUTE RESOLUTION |
|---|---|

DISPUTE RESOLUTION PROCEDURE                                              Item 500

The following procedure will be followed when an employee wishes to present a grievance concerning his/her wages, hours of work, or conditions of work (including disciplinary measures or termination):

1. The employee will submit a request in writing for a resolution of his/her grievance, along with any other documents deemed relevant by the employee, to the immediate supervisor, with a copy delivered to the Level 2 Supervisor of the department in which the employee works (if different) and to the Personnel Department. This request must be filed within 10 days of the occurrence of the cause. The supervisor will investigate the matter and notify the employee of his/her decision in writing within 3 working days after receipt of the request.

   If the grievance concerns sexual harassment, the employee has the option of skipping this step and proceeding with step 2.

2. The employee may request an appeal of the supervisor's decision within five working days after the notification of the decision. The appeal will be made to the Director of Personnel and may include any evidence the employee wishes to submit.

   The Director of Personnel will appoint a Review Committee composed of the Director of Personnel, one Level 2 Supervisor and one Level 3 Supervisor, neither of whom shall be in the employee's direct chain of command. The Director of Personnel will serve as the chairman of the Committee. In the event the Director of Personnel is in the chain of command of the affected employee, the Port Director will appoint the Committee and name the chairman.

   The Committee will review any evidence or interview any individuals deemed appropriate. Only evidence or individuals which pertain to the issue in question will be considered. No character witnesses will be allowed. After considering the evidence and within 15 working days of the submission of the appeal and will notify both the employee, his Level 2 Supervisor and the Port Director of the decision in writing.

3. If the employee wishes, he/she may appeal the decision of the Review Committee to the Port Director. Such appeal must be in writing, must list the areas in which the employee believes the Director of Personnel to be in error and must be submitted within 5 working days after notification of the decision by the Director of Personnel. New evidence will not be allowed. The Port Director will investigate the facts of the appeal and render a written decision to the employee and the Director of Personnel within 5 working days.

| SECTION FIVE | DISPUTE RESOLUTION |
|---|---|

This decision shall be made on behalf of the Port Authority and shall be final.

If the supervisor, Director of Personnel or Port Director are out of the office during the time allotted for reaching a decision due to a regularly scheduled vacation, an emergency, business travel or other similar bona fide reasons, the time out of the office will not be counted as part of the allotted days.

All requests for dispute resolution shall be maintained in a permanent grievance file to the extent that such documents are made available to or received by the Personnel Department.