# EXHIBIT 43

# PERFORMANCE REVIEW

**Brownsville Navigation District**
1000 Foust Road - Brownsville, TX 78521

---

4 - Vidal Cantu, Jr.
CT1 - Accounting Clerk
Date of Hire - 08/26/93; Last Raise - 03/01/03
Hourly - $9.80/Annual - $20,384.00

---

Reason for Review:   [X] Annual         [ ] Merit
                     [ ] End of Probation   [ ] Other _____

2004 - January

## Definition of Performance Ratings

**O - Exceptional** - Performance is exceptional in all areas and is recognizable as being far superior to others.

**V - Very Good** - Results clearly exceed most position requirements. Performance is of high quality and is achieved on a consistent basis.

**G - Good** - Competent and dependable level of performance. Meets performance standards of the job.

**I - Improvement Needed** - Performance is deficient in certain areas. Improvement is necessary.

**U - Unsatisfactory** - Results are generally unacceptable and require immediate improvement. No merit increase should be granted to individuals with this rating.

**N/A - Not Applicable** - or too soon to rate.

| GENERAL FACTORS | RATING | SUPPORTIVE DETAILS OR COMMENTS |
|---|---|---|
| 1. **Quality** — The extent to which an employee's work is accurate, thorough and neat. | G+ | Vidal seems to have become more comfortable in this position, and his work is becoming more accurate. He is more able to complete his work on incoming invoices than at the last evaluation. |
| 2. **Productivity** — The extent to which an employee produces a significant volume of work efficiently in a specified period of time. | G | Vidal continues to work steadily during the day. |
| 3. **Job Knowledge** — The extent to which an employee possesses the practical/technical knowledge required on the job. | G | Vidal has adequate knowledge of the skills required to complete his assigned tasks. |
| 4. **Reliability** — The extent to which an employee can be relied upon regarding task completion and follow-up. | G+ | Vidal can be relied upon not to let distractions take his attention away from the job he is working on. I am noting that he is making written notes of the items that need resolution |
| 5. **Availability** — The extent to which an employee is punctual, observes prescribed work break/meal periods has an acceptable overall attendance record. | G | Tardies have been a problem for Vidal in the past, and although improvement is still needed, this year has seen a dramatic improvement on this problem area. |

EXHIBIT 22

0412

| GENERAL FACTORS | RATING | SUPPORTIVE DETAILS OR COMMENTS |
|---|---|---|
| 6. Independence<br>The extent to which an employee performs work with little or no supervision. | G | Vidal is becoming more assured in his assignments. He is working more independently and more confidently than in past years. I have noted an improvement in his success in resolving problem purchasing documentation in the past couple of months. |
| 7. Creativity<br>The extent to which an employee proposes ideas, finds new and better ways of doing things. | G | Vidal continues to be a part of the process of improving the work flow through his area. |
| 8. Initiative<br>The extent to which an employee seeks out new assignments and assumes additional duties when necessary. | G | Vidal accepts new responsibilities willingly. He can be depended on to assist with any project he is requested to. |
| 9. Adherence to Policy<br>The extent to which an employee follows safety and conduct rules, other regulations and adheres to company policies. | G | Vidal follows District policy and rules in his work here. |
| 10. Interpersonal Relationships<br>The extent to which an employee is willing and demonstrates the ability to cooperate, work, communicate with co-workers, supervisors, subordinates and/or outside contacts. | I | This has been a problem area in the past, and Vidal has had some sporatic problems with this area of his employment during this past period. This is the major area in which Vidal needs to put his concentration for improvement. |
| 11. Judgment<br>The extent to which an employee demonstrates proper judgment and decision-making skills when necessary. | I | While this area has improved some since the last evaluation, I would like to see more improvement here. There have been fewer instances in which poor judgment has been seen, but I would like to see more improvement here. |

| Rate the employee's overall performance in comparison to position duties and responsibilites | RATING |
|---|---|
| Vidal seems to be more confident in his handling of his duties. There are additional responsibilities that go along with the Accounts Payable position, especially contracts and the distributed invoices such as the phone bill and credit cards, that I would like to see him be able to take on during the next year. | G |

Additional Comments:

1. Accomplishments or new abilities demonstrated since last review: Vidal has improved in his handling of the invoices and in resolving "problem" purchases.

2. Specific areas of improvement needed: As noted above, Vidal needs to continue to address attendance and interpersonal skills.

3. Recommendations for professional development (seminars, training, schooling, etc.): _____

4. Absences: Number of incidents: _____   Number of Days: _____

0413

Employee Comments: _____
_____
_____

Discussed with employee on: _____    Employee Signature*: _____

*Signature does not indicate agreement with the contents of this appraisal

Evaluator's Signature: _[signature]_____    Date: _1/26/04_

Personnel Department review: _____    Date: _____

0414