# EXHIBIT 44

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**TRANSMITTAL TO DEPARTMENT OF JUSTICE OF REQUEST FOR NOTICE OF RIGHT TO SUE**

*(The attached charge involves state/local government or political subdivisions, including public educational institutions.)*

| TO: | FROM: *(Area or District Name/Address)* |
|---|---|
| CHIEF, EMPLOYMENT LITIGATION SECTION<br>CIVIL RIGHTS DIVISION<br>DEPARTMENT OF JUSTICE<br>WASHINGTON, D.C. 20530 | SAN ANTONIO DISTRICT OFFICE<br>5410 FREDERICKSBURG RD SUITE 200<br>SAN ANTONIO TX 78229<br><br>OFFICE WHERE CASE FILE IS LOCATED:<br>*(If different from above)* |

NOTICE OF RIGHT TO SUE TO BE ISSUED BASED ON THE INFORMATION PROVIDED BELOW

| NAME/ADDRESS OF CHARGING PARTY TO WHOM NOTICE IS TO BE ADDRESSED: | IF CHARGE WAS THIRD PARTY CHARGE, NAME AND ADDRESS OF AGGRIEVED PERSON TO WHOM NOTICE IS TO BE SENT: |
|---|---|
| Valerie R. Esparza, Attorney for Vidal Cantu, Jr.<br>The Esparza Law Firm PC,<br>P O Box, 369   Harlingen, TX 7855-0369<br><br>[ ] Charging party has filed the charge on behalf of an aggrieved person whose | |

NAME/ADDRESS OF RESPONDENT(S) AND EEOC CHARGE NUMBER(S)

Daniel Rentfro, Jr., Counsel for Brownsville Navigation District          Charge No. 360-2003-00782
185 E. Ruben M. Torres, Sr. Blvd. (FM 802 at McAllen Road
Brownsville, TX 78520-9036

ATTACHED IS A REQUEST FOR NOTICE OF RIGHT TO SUE FOR THE ABOVE CHARGE(S) AND OTHER ATTACHED DOCUMENTS AS INDICATED BELOW:

LETTER OF REQUEST FROM:
[ ] CHARGING PARTY DATED: _____  [X] ATTORNEY FOR CHARGING PARTY DATED: 03/08/04
ATTACHMENTS:  [X] ORIGINAL CHARGE    [ ] AMENDED CHARGE    [ ] CAUSE DETERMINATION
                                                                                                *(if issued)* DATED _____

THIS CHARGE WAS FILED *(Filing Date)*    March 8, 2003

[ ] Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within within 180 days from the date shown above.
[ ] Please indicate on the Notice of Right To Sue that the Commission will continue to process this charge.

NAME AND TELEPHONE NUMBER OF CONTACT PERSON *(Use FTS No.)*             DATE  3/16/04
ESTHER HERRERA, ENFORCEMENT MANAGER  210/281-7670

TYPED NAME OF EEOC OFFICIAL                                             SIGNATURE
PEDRO ESQUIVEL, DIRECTOR                                                *Esther G. Herrera*

**FOR DEPARTMENT OF JUSTICE USE ONLY**

[ ] RS     [ ] OMIT ATTY #     [ ] DCT     [ ] FILE

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |    |

REMARKS
_____
_____
_____
_____

EEOC Form 257 (12/93)

000027