# EXHIBIT 45

4
Vidal Cantu, Jr.
P.O. Box 1927
Port Isabel, Texas 78578



| Date Hired: | 08/26/93 | DOB: | 02/26/63 |

| Date | Hourly Rate | Weekly | Explanation | % |
|---|---|---|---|---|
| 08/26/93 | 6.00 | 240.00 | New Hire | |
| 03/31/94 | 6.10 | 244.00 | Budget Increase | 1.67 |
| 05/01/95 | 6.46 | 258.40 | Budget Increase | 5.90 |
| 04/18/96 | 7.15 | 286.00 | Budget Increase | 10.68 |
| 12/19/96 | 7.20 | 288.00 | Budget Increase | 0.70 |
| 03/01/97 | 7.70 | 308.00 | Retroactive Increase | 6.94 |
| 03/01/99 | 7.93 | 317.20 | Budget Increase | 2.99 |
| 03/01/00 | 8.17 | 326.80 | COL Increase | 3.03 |
| 02/16/01 | 9.00 | 360.00 | COL Increase | 10.16 |
| 02/28/02 | 9.65 | 386.00 | Chart Adj. & COL Inc. | 7.22 |
| 03/19/03 | 9.80 | 392.00 | COL Increase | 1.55 |
| 03/01/04 | 9.98 | 399.20 | COL Increase | 1.84 |
| | | | | (100.00) |