# EXHIBIT 46



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7606

Mr. Vidal Cantu, Jr.
C/O Ms. Valerie R. Esparza
The Esparza Law Firm, P.C.
P O Box 369
Harlingen, TX 78551-0369

RE:   Charge No: 360-2003-00782
      Respondent: Brownsville Navigation District

Dear Mr. Cantu:

The Commission has received your request for Notice of Right to Sue in the above referenced charge. Your request has been forwarded to the U.S. Department of Justice for action. That Agency will act on your request as soon as possible and issue the Notice directly to your attorney.

If you have any questions, please call Guillermo Zamora, Supervisor at 210/281-7644.

3/16/04
Date

Pedro Esquivel
District Director

000025