# EXHIBIT 47

# BROWNSVILLE NAVIGATION DISTRICT
# PORT OF BROWNSVILLE
# INTEROFFICE MEMORANDUM

TO:       Vidal Cantu, Jr.
DEPT:     Finance & Administration
FROM:     Jo Saban
DATE:     March 26, 2004
SUBJECT:  COST OF LIVING INCREASES

I am very glad to inform you that the Board of Commissioners has approved the annual Operating Budget which included a cost of living increase of 1.8%.

As a result this paycheck will include this increase retroactive to the week ending March 3, 2004.

Your new rate of pay will be:

$ 9.98 per Hour

This is equal to an annualized salary of $ 20,750.91.

If you have any questions or concerns, please do not hesitate to contact me.

Jo

EXHIBIT 19

0394

# BROWNSVILLE NAVIGATION DISTRICT
# PORT OF BROWNSVILLE
# INTEROFFICE MEMORANDUM

**TO:** Vidal Cantu, Jr.
**DEPT:** Finance & Administration
**FROM:** Jo Saban
**DATE:** March 26, 2004
**SUBJECT:** COST OF LIVING INCREASES

I am very glad to inform you that the Board of Commissioners has approved the annual Operating Budget which included a cost of living increase of 1.8%.

As a result this paycheck will include this increase retroactive to the week ending March 3, 2004.

Your new rate of pay will be:

$ 9.98 per Hour

This is equal to an annualized salary of $ 20,750.91.

If you have any questions or concerns, please do not hesitate to contact me.

Jo