# EXHIBIT 48



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5058 6409

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

April 13, 2004

Mr. Vidal Cantu, Jr.
c/o Valerie R. Esparza, Esquire
The Esparza Law Firm
Attorneys at Law
P.O. Box 369
Harlingen, TX  78551-0369

Re: EEOC Charge Against Brownsville Navigation District, et al.
    No. 360200300782

Dear Mr. Cantu, Jr.:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

R. Alexander Acosta
Assistant Attorney General
Civil Rights Division

by    Karen L. Ferguson
      Civil Rights Analyst
      Employment Litigation Section

cc: San Antonio District Office, EEOC
    Brownsville Navigation District, et al.



U.S. Department of Justice

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5058 6409

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

Mr. Vidal Cantu, Jr.
c/o Valerie R. Esparza, Esquire
The Esparza Law Firm
Attorneys at Law
P.O. Box 369
Harlingen, TX  78551-0369

April 13, 2004

Re: EEOC Charge Against Brownsville Navigation District, et al.
    No. 360200300782

Dear Mr. Cantu, Jr.:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

R. Alexander Acosta
Assistant Attorney General
Civil Rights Division

by  Karen J. Ferguson

Karen L. Ferguson
Civil Rights Analyst
Employment Litigation Section

cc: San Antonio District Office, EEOC
    Brownsville Navigation District, et al.