# EXHIBIT
# 49

1    like the bank reconciliations that is assigned to Petra

2    Champion, some of the -- the -- the statements of the

3    harbor -- of -- I don't know, harbor master that were

4    taken away from me that I think now -- I don't know if

5    it's Ricky that's doing them or Letty is entering them.

6    Payroll, a little bit -- I mean, a broader knowledge of

7    the accounting firm.

8        Q.  Okay.  I'm sorry, but I'm not following you.

9    You said payroll?

10       A.  Yes, ma'am.

11       Q.  And what else in the accounts -- the finance

12   department that you feel like you should be trained

13   for?

14       A.  The -- the bank reconciliation, accounts, bank

15   accounts and the -- the yellow statements that were

16   taken away from me.

17       Q.  Okay.  Anything else in the finance department

18   that you think you --

19       A.  Payroll.

20       Q.  -- deserve training?  You already said payroll.

21       A.  Oh.

22       Q.  Payroll, bank reconciliation, accounts, yellow

23   statements?

24       A.  Yes, ma'am.

25       Q.  Anything else?

Hill & Romero
Certified Court Reporters

1    A.  I believe that would be about it.

2    Q.  Is Mr. Rodriguez cross trained in those?

3    A.  Yes, I believe he is.

4    Q.  And you base that on what?

5    A.  From what I've seen -- I've seen them cross

6  train with each other.

7    Q.  Okay.  Are those the duties he performs?

8    A.  The duties that he performs would be entering

9  the software, I mean, the invoices, my packing ticket

10  in -- accounts payable vouchers and the -- and payroll

11  and some work having to do with general ledgers.

12    Q.  Does he do the work that you do?

13    A.  No.

14    Q.  He hasn't been cross trained to do the work

15  that you're doing?

16    A.  No -- yes, he has.  I've had to cross train him

17  what I do, yes, and whenever I'm not there he picks

18  up -- he does what I do.

19    Q.  How often have you met with Ms. Eymard?

20    A.  I think we've had like three meetings.  One

21  lasted from 8:30 in the morning till 1:00 o'clock in

22  the afternoon.

23    Q.  Okay.  When was that?

24    A.  That was sometime in 2000 -- in 2003.  The year

25  was 2003.  I think it was in the summer, around the

Hill & Romero
Certified Court Reporters

1    Q.  Are you -- sir, no comment is not an

2    appropriate question.  I mean, we have to go to the

3    judge and we have to ask -- order the judge to order

4    you to answer the question, okay?  So you're refusing

5    to answer the question, correct?  I take it by your

6    silence that you're refusing to answer the question.

7    Let me show you what was provided me as Bates stamp 406

8    and 407 that we'll mark as Exhibit 21.

9         (Exhibit No. 21 marked.)

10   Q.  (BY MS. NEALLY) This is the document that your

11   attorney provided to us and I notice that you've drawn

12   an arrow by Ricky Rodriguez's name in several places?

13   A.  Yes, ma'am.

14   Q.  And then you have a note that you were unhappy

15   that he was doing --

16   A.  Payroll.

17   Q.  -- tasks that you thought you should be -- have

18   been assigned to do --

19   A.  That's correct.

20   Q.  -- is that correct?

21   A.  That's correct.

22   Q.  Also attached to your request for production

23   were several evaluations that I would just like to

24   attach for the record.

25         (Exhibit No. 22 marked.)

Hill & Romero
Certified Court Reporters