# EXHIBIT 51

| SECTION FIVE | DISPUTE RESOLUTION |
|---|---|

DISPUTE RESOLUTION PROCEDURE							Item 500

The following procedure will be followed when an employee wishes to present a grievance concerning his/her wages, hours of work, or conditions of work (including disciplinary measures or termination):

1. The employee will submit a request in writing for a resolution of his/her grievance, along with any other documents deemed relevant by the employee, to the immediate supervisor, with a copy delivered to the Level 2 Supervisor of the department in which the employee works (if different) and to the Personnel Department. This request must be filed within 10 days of the occurrence of the cause. The supervisor will investigate the matter and notify the employee of his/her decision in writing within 3 working days after receipt of the request.

   If the grievance concerns sexual harassment, the employee has the option of skipping this step and proceeding with step 2.

2. The employee may request an appeal of the supervisor's decision within five working days after the notification of the decision. The appeal will be made to the Director of Personnel and may include any evidence the employee wishes to submit.

   The Director of Personnel will appoint a Review Committee composed of the Director of Personnel, one Level 2 Supervisor and one Level 3 Supervisor, neither of whom shall be in the employee's direct chain of command. The Director of Personnel will serve as the chairman of the Committee. In the event the Director of Personnel is in the chain of command of the affected employee, the Port Director will appoint the Committee and name the chairman.

   The Committee will review any evidence or interview any individuals deemed appropriate. Only evidence or individuals which pertain to the issue in question will be considered. No character witnesses will be allowed. After considering the evidence and within 15 working days of the submission of the appeal and will notify both the employee, his Level 2 Supervisor and the Port Director of the decision in writing.

3. If the employee wishes, he/she may appeal the decision of the Review Committee to the Port Director. Such appeal must be in writing, must list the areas in which the employee believes the Director of Personnel to be in error and must be submitted within 5 working days after notification of the decision by the Director of Personnel. New evidence will not be allowed. The Port Director will investigate the facts of the appeal and render a written decision to the employee and the Director of Personnel within 5 working days.

| SECTION FIVE | DISPUTE RESOLUTION |
|---|---|

**This decision shall be made on behalf of the Port Authority and shall be final.**

If the supervisor, Director of Personnel or Port Director are out of the office during the time allotted for reaching a decision due to a regularly scheduled vacation, an emergency, business travel or other similar bona fide reasons, the time out of the office will not be counted as part of the allotted days.

All requests for dispute resolution shall be maintained in a permanent grievance file to the extent that such documents are made available to or received by the Personnel Department.

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

To: Vidal Cantu
From: Debby Duke
Subject: Request to stop deductions
Date: November 14, 2001

I have received your request to stop your voluntary deductions until the causeway is completed. This is estimated to be the end of the year. I have looked at your current deductions, and have the following reply:

**PEBSCO** – This deduction of $15.00 per week can be stopped, however, if any of this amount is paying premiums for a life insurance policy, the premiums will be taken out of your cash value in the policy. This deduction has been processed for this week, it will be stopped for week ending 11/21/01. Please notify me in writing when you want to resume this deduction.

**First National Deposit** – This deduction of $10.00 per week can be stopped. This deduction has been processed for this week, it will be stopped for week ending 11/21/01. Please notify me in writing when you want to resume this deduction.

**American General** - This deduction of $10.00 per week can be stopped. This deduction has been processed for this week, it will be stopped for week ending 11/21/01. Please notify me in writing when you want to resume this deduction.

**United Way Deductions** – These deductions are commitments that you made, and received premiums for. If you want to suspend this deduction, the balance due at the last pay period of the year will be deducted at that time. I estimate that this balance would be $22.26. Please let me know if you agree to this provision.

**Voluntary deductions that cannot be suspended at this time:**

**AFLAC and Mutual of Omaha** – These are premiums that must be deducted to cover your policy. The only way to suspend these deductions is to cancel your policies.

*Debby*