# EXHIBIT 52

# NORMAL ASSIGNMENTS

## ACCOUNTS RECEIVABLE

**Cash Receiving**
Issuance of Cash Receipts – Any department employee
Preparation of Bank Deposits – Petra Champion
Pulling Paid Invoices – Petra Champion/Letty Trevino
Posting Cash to A/R – Rosie Hinojosa

**Invoicing**
Logging and Processing Vessels/Barges – Letty Richardson
Vessel Billing – Letty Richardson
Logging and Processing Dock Reports – Letty Trevino
Storage Billing – Letty Richardson
Non-Waterborne Storage Billing – Letty Trevino
Vessel and Storage Billing Import – Letty Richardson
Utility Billing – Letty Richardson
Utility Billing Import – Petra Champion
Pulling Lease Cards/Lease Billing Register – Letty Trevino
Lease Billing – Letty Richardson
Service Charge Invoices – Letty Trevino
Agents Rebate – Ricky Rodriguez
Miscellaneous Billing/Credits – Letty Richardson/Rosie Hinojosa
Posting Miscellaneous Billing/Credits – Letty Richardson
Invoice Monthly Register/Filing – Letty Trevino
Stuffing and Mailing of Invoices – Letty Richardson/Letty Trevino/Petra Champion
Sales Tax Report – Cristina Valdez/Rosie Hinojosa

**Closing**
Application of Credits – Rosie Hinojosa/Letty Richardson
Closing Procedure – Rosie Hinojosa
Statement Preparation – Rosie Hinojosa/Letty Richardson
Stuffing and Mailing of Statements – Letty Richardson/Letty Trevino/Petra Champion

**Collections**
Accounts Receivable Report – Debby Duke/Rosie Hinojosa
Demand Letters – Debby Duke/Rosie Hinojosa/Petra Champion
Collection Calls – Rosie Hinojosa

## GENERAL LEDGER

**Reconciliations –**
1205/1206 – Letty Richardson/Rosie Hinojosa
Deferred Lease Rental – Rosie Hinojosa
Accrued Billing – Letty Richardson
Payroll Deductions – Letty Trevino/Ricky Rodriguez



0406

Recurring Journal Entries
RJE – Interest Earned – Petra Champion

Financial Statement Preparation
Posting Journal Entries – Cristina Valdez/Rosie Hinojosa
Preparation of Preliminary/Final Financials – Cristina Valdez/Rosie Hinojosa
Distribution of Financial Statements – Petra Champion
Filing of Journal Entries and Financials – Cristina Valdez

## PAYROLL

Employee File Maintenance – Ricky Rodriguez
Timecard Entry – Ricky Rodriguez
Printing of Checks – Ricky Rodriguez
Signatures/Stuffing/Distribution – Letty Trevino
Preparation of Vouchers/RBB Entry – Ricky Rodriguez
Federal Tax Submission – Rosie Hinojosa
Payroll Register – Ricky Rodriguez
TEC/IRS Reports – Ricky Rodriguez/Letty Trevino
Filing of Payroll Reports – Ricky Rodriguez
Filing of Payroll Check Copies – Letty Trevino

## ACCOUNTS PAYABLE

Receiving and Filing of Purchasing Documents – Vidal Cantu
Preparing Voucher Packets – Vidal Cantu/Ricky Rodriguez
Checking Voucher Packets – Letty Trevino/Rosie Hinojosa
Posting Vouchers – Ricky Rodriguez/Vidal Cantu
Preparing Recurring Payables – Vidal Cantu
Posting Recurring Payables – Letty Trevino/Rosie Hinojosa
Checking A/P Edit/Posting – Rosie Hinojosa/Cristina Valdez
Running A/P Checks – Ricky Rodriguez
Signature/Stuffing/Distribution – Ricky Rodriguez/Vidal Cantu/Petra Champion
Filing of A/P Check Copies – Vidal Cantu
Problem Invoice Research – Vidal Cantu/Letty Trevino
Filing Paid Vouchers – Ricky Rodriguez

## FINANCE

Bank Statement Reconciliation – Petra Champion
Post Interest to RBB/Prepare RJE – Petra Champion
Interest Earned Report – Petra Champion
Average Daily Balance Report – Petra Champion
Preparation of Transfers/VersaCheck – Rosie Hinojosa/Letty Trevino
Running Bank Balance Maintenance – Rosie Hinojosa/Ricky Rodriguez
RBB Reports for Cash Position (2x monthly) – Ricky Rodriguez
Cash Position Report (2x monthly) – Debby Duke
Investment Report – Debby Duke
TxDOT Report – Debby Duke/Petra Champion

0407