# EXHIBIT C

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. | § | |
| Plaintiff | § | |
| vs. | § | CIVIL ACTION NO. B-04-118 |
| | § | |
| THE PORT OF BROWNSVILLE and | § | |
| DEBORAH LEE DUKE | § | |
| Defendants | § | |

**WITNESS LIST OF DEFENDANTS BROWNSVILLE NAVIGATION DISTRICT OF CAMERON COUNTY, TEXAS MISNAMED AS THE PORT OF BROWNSVILLE AND DEBORAH LEE DUKE**

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Attorneys for

By _____
ELIZABETH G. NEALLY
Texas Bar No. 14840400
Federal Bar No. 8044

**Brownsville Navigation District of
Cameron County, Texas Misnamed as the Port of
Brownsville and Deborah Lee Duke**

WITNESS LIST

1. Vidal Cantu
   PO Box 1927
   Port Isabel, TX 78578

2. Deborah Duke
   Director of Finance/Fund Contact Administrator Port of Brownsville
   Brownsville Navigation District 1000 Foust Road
   Brownsville, TX 78521 (956) 831-4592

3. Donna Eymard
   Deputy Port Director for Administration Port of Brownsville
   Brownsville Navigation District
   1000 Foust Road
   Brownsville, Texas 78521 (956) 831-4592

4. Christina Valdez
   Senior Accountant Port of Brownsville Brownsville Navigation District 1000 Foust
   Road Brownsville, Texas 78521 (956) 831-4592

5. Pedro Esquivel
   Director, San Antonio District Office
   U.S. Equal Employment Opportunity Corporation
   5410 Fredericksburg Road, Suite 200 San Antonio, Texas 78229-3555
   (210) 281-7600

6. Karen L. Ferguson Civil Rights Analyst
   Employment Litigation Section
   U.S. Department of Justice Civil Rights Division
   950 Pennsylvania Avenue. N.W.
   Karen Ferguson, EMP, PHB, Room 4239 Washington DC  20530

7. Representative of the Texas Commission on Human Rights
   6330 Hwy. 290 East, Suite 250 PO Box 13493
   Austin, Texas 78711

8. Ricky Rodriguez
   Accounting Department Port of Brownsville Brownsville Navigation District
   1000 Foust Road Brownsville, Texas 78521 (956) 831-4592

9. Rosie Hinojosa
   Accounting Department Port of Brownsville
   Brownsville Navigation District
   1000 Foust Road Brownsville, Texas 78521 (956) 831-4592

10. Letty Trevino
    Accounting Department Port of Brownsville
    Brownsville Navigation District 1000 Foust Road
    Brownsville, Texas 78521 (956) 831-4592

11. Veronica Ramos
    Clerk, Maintenance Department Port of Brownsville
    Brownsville Navigation District
    1000 Foust Road Brownsville, Texas 78521
    (956) 831-4592

12. Jo Saban
    Human Resource Director Port of Brownsville
    Brownsville Navigation District 1000 Foust Road
    Brownsville, Texas 78521 (956) 831-4592

13. Bea Rosenbaum
    Industrial Development Director Port of Brownsville
    Brownsville Navigation District 1000 Foust Road
    Brownsville, Texas 78521 (956) 831-4592

14. Joe Garza
    Head of Maintenance Port of Brownsville
    Brownsville Navigation District 1000 Foust Road
    Brownsville, Texas 78521 (956) 831-4592

15. Any medical doctors that become known during discovery.

    Family Health Specialists 2306 Camelot Plaza
    Harlingen, Texas 78550

    Dr. Antonio Diaz, Jr.
    PO Box 4119 Brownsville, Texas 78520