IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. § | | |
|     Plaintiff § | | |
| vs. § | | CIVIL ACTION NO. B-04-118 |
| § | | |
| THE PORT OF BROWNSVILLE and § | | |
| DEBORAH LEE DUKE § | | |
|     Defendants | | |

## ORDER SETTING HEARING

The foregoing Defendants' Motion to Reconsider Order Denying Their Motion for Summary Judgment as to Breach of Contract having been presented to me the same is hereby set for the _____ day of _____, 2005, at _____ o'clock __.m.

SIGNED this ___ day of _____, 2005.

_____
JUDGE PRESIDING