IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-118 |
| | § | |
| | § | |
| THE PORT OF BROWNSVILLE and | § | |
| DEBORAH LEE DUKE | § | |
|     Defendants | | |

## ORDER GRANTING DEFENDANTS' MOTION TO RECONSIDER ORDER DENYING THEIR MOTION FOR SUMMARY JUDGMENT AS TO BREACH OF CONTRACT

On this day came on to be considered Defendants' Motion To Reconsider Order Denying Their Motion for Summary Judgment as to Breach of Contract and after reviewing the file and hearing the argument of counsel, is of the opinion that said Defendant's Motion To Reconsider Order Denying Their Motion for Summary Judgment as to Breach of Contract should be GRANTED and is as to all respects final.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Motion To Reconsider Order Denying Their Motion for Summary Judgment as to Breach of Contract is hereby GRANTED;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims, including Breach of Contract against the Defendant be dismissed with court costs to be borne by the party incurring same.

SIGNED this _____ day of _____, 2005.


_____
PRESIDING JUDGE