United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VIDAL CANTU, JR., <br> Plaintiff, <br><br> v. <br><br> BROWNSVILLE NAVIGATION DISTRICT, ET AL., <br> Defendants. | § <br> § <br> § <br> §    CIVIL ACTION NO. B-04-118 <br> § <br> § <br> § <br> § <br> § |

## ORDER

BE IT REMEMBERED, that on October 24, 2005, the Court **DENIED** Defendants' Motion to Reconsider Order Denying Their Motion for Summary Judgment as to Breach of Contract. Dkt. No. 33. The Defendants themselves recognize that the holding they rely upon as a basis for summary judgment "*raises the question* of whether the Plaintiff was injured by being provided the training in question past the ten days as set out in the agreement." Dkt. No. 33 (emphasis added). Even taking Defendants' argument at face value, there is still a question regarding whether the Plaintiff was injured. Defendants have provided no evidence that dispositively shows that the Plaintiff was not injured by the delay in training him. Therefore, summary judgment would be inappropriate.

DONE at Brownsville, Texas, this 24 day of October, 2005.

Hilda G. Tagle
United States District Judge