# EXHIBIT

# A

October 6, 2005

24,341

Mr. Vidal Cantu
P. O. Box 1927
Port Isabel, TX 78578

      RE:    Style:  *Vidal Cantu, Jr. v. Port of Brownsville and Deborah Lee Duke*
                 Civil Action No. B-04-118, U.S. District Court, Southern District, Brownsville Division

Dear Mr. Cantu:

     By the Court's order we are required to provide a Joint Pretrial Order on October 12, 2005. I have requested an extension of time from the Court per my earlier telephone call and correspondence to you. But, time is running out and the Court has yet to rule on my Motion. In order for me to prepare my portion of the Joint Pretrial Order I need to receive a copy of your portion by October 10, 2005.

     Attached is a copy of the required contents of the Joint Pretrial Order. Specifically, we need to know your portion of numbers 5, 6, 7, 8, 9, 10, and 11.

     Please provide this material to me no later than 12:00 pm on October 10, 2005. You may fax me your portions at (956) 386-1625.

     If I do not receive your portions of the Joint Pretrial Order by October 10, 2005, I will have no choice but to file mine alone.

   Should you have any questions regarding this matter you may contact me at our McAllen office (956) 393-6300.   Thank you for your considerations.

          Sincerely,

          ROERIG, OLIVEIRA & FISHER, L. L.P.

          /s/ Elizabeth G. Neally

          Elizabeth G. Neally

Enc.
Via Cert. and Reg Mail