IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU, JR. | § | |
|     Plaintiff | § | |
| vs. | § | CIVIL ACTION NO.  B-04-118 |
| | § | |
| THE PORT OF BROWNSVILLE and | § | |
| DEBORAH LEE DUKE | § | |
|     Defendants | | |

## DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS FOR WANT OF PROSECUTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants The Port of Brownsville and Deborah Lee Duke in the above styled and numbered cause and files this Defendants' Motion to Dismiss for Want of Prosecution, and in support thereof would respectfully show the Court as follows:

## I.

1. On October 26, 2005, the Court advised Plaintiff to submit the Joint Pretrial Order the Court by October 28, 2005 at 5:00 p.m.  After the hearing, the undersigned defense counsel advised Mr. Cantu that I would need his version of the Joint Pretrial Order in my office on Thursday so that I could supplement my portions of the Joint Pretrial Order.  I also advised him that he needed to provide his Jury Charge so I could prepare my own.

2 At 2:30 pm on October 27, 2005, Vidal Cantu called and advised he had filed his order. When I asked about the Jury Charge and whether he would fax or email the same to me, he started yelling and became abusive.  I advised him  that I needed him to comply with the Court's directive which as I understood it was for the two of us to properly file a Joint Pretrial Order pursuant to the Local Rules.  I also advised that all of the required attachments

needed to be included. Plaintiffs' Joint Pretrial Order did not comply with the Local Rules and should be stricken. Plaintiff has not complied with the Court's directive.

3.  I further advised that I would be filing a Supplemental Motion to Dismiss for Want of Prosecution based on his failing to properly file the Joint Pretrial Order and inquired whether he was opposed to the motion; whereupon, he would not answer the question and hung up on me.

4.  Federal Rules of Civil Procedure Rule 41(b) allows the court to dismiss an action *sua sponte* for failure to prosecute or for failure to comply with the federal rules or any court order. The authority under Rule 41(b) flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases. See *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F2d 399,401 (5th Cir. 1985) and *Link v. Wabash R.R. Co.,* 370 U.S. 626, 8 L. Ed. 2d 734, 82 S. Ct. 1386 (1962). See also *Ekeh v. King,* 2005 U.S. Dist. Lexis 1444, HN1 (N.D. Dallas 2005).

5.  A *pro se* litigant is responsible to prosecute his action like any other litigant. See *Aguilar v. Briar Forest Apts.,* 1999 Tex. App. Lexis 6413 (Tex. Civ. App Houston [1st Dist.] 1999) citing *Coleman v. Lynaugh,* 934 S.W.2d 837, 838 (Tex. App-Houston [1st Dist.] 1996, no writ). Local Rules for the U.S. Dist. Court for the Southern District of Texas, Rule 8 A(1) provides it is the Plaintiff's responsibility to ensure that the Joint Pretrial Order is filed on time.

6.  See also *Fontenot v. Dallas Ind. Sch. Dist.,* where the Court dismissed the *pro se* employee who sued her employer and then failed to appear at a hearing on a Motion to Compel and failed to provide responses to discovery. The Court held that F.R.C.P. Rule 41 (b) provided the court with authority to dismiss the case for want of prosecution. *Id.,* 2003 U.S. Dist

Defendants' Supplemental Motion to Dismiss for Want of Prosecution

Lexis 18752 HN 1(N.D. Dallas 2003).

7.    Defendant would show that Plaintiff has not complied with the Court's directive and that

Defendants' Motion to Dismiss should be granted.

**WHEREFORE, PREMISES CONSIDERED**, Defendants request that an order setting a

hearing on this Motion be issued; that the parties take notice of the Motion and order; that upon

hearing of this matter the Court enter an Order dismissing Plaintiff's case for Want of Prosecution

with prejudice and such sanctions on Plaintiff as are just and equitable.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile:   (956) 542-0016

By: /S/ Elizabeth G. Neally_____
    Elizabeth G. Neally
    State Bar No. 14840400
    Fed ID No. 8044

Defendants' Supplemental Motion to Dismiss for Want of Prosecution

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss for Want of Prosecution, to counsel of record, via U.S. Postal Service, Certified, Return Receipt Requested to wit, on this 26th day of October, 2005.

Vidal Cantu, Jr.
P.O. Box 1927
Port Isabel, TX 78578

/s/Elizabeth G. Neally
Elizabeth G. Neally

## CERTIFICATE OF CONSULTATION

I, the undersigned, hereby certify that I spoke to Mr. Cantu regarding this Motion and he refused to answer the question and hung up on me.

/S/ElizabethG. Neally
Elizabeth G. Neally