# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Mitchell    ☐ Patterson |
| DATE | 10 — 26 — 05 |
| TIME | 1:39 p.m. — 1:40 p.m. |
| | 1:47 p.m. — 1:52 p.m. |
| CIVIL ACTION | B — 04 — 118 |
| STYLE | VIDAL CANTU, JR. *versus* THE PORT OF BROWNSVILLE, ET AL |



United States District Court
Southern District of Texas
FILED

OCT 26 2005

Michael N. Milby, Clerk of C

DOCKET ENTRY

(HGT)   ■Final Pretrial Conference;              (Court Reporter: Heather Hall)

Attorney for Plaintiff: Vidal Cantu, Jr. appearing Pro Se

Attorney for Defendants: Elizabeth Neally

Comments:

Case called. Plaintiff appeared and announced that he had not obtained an attorney and plans to proceed pro se. Ms. Neally appeared for defendants and announced ready. Court addressed the parties regarding Defendant's pending motion to dismiss. Plaintiff stated that he had failed to produce his portion of the joint pretrial order because he did not understand how to answer the questions. The Court admonished Plaintiff that his status as a pro se litigant does not excuse compliance with procedural rules. The Court ordered Plaintiff to submit his portion of the joint pretrial order by the end of the business day on Friday, October 28th. If plaintiff fails to comply with this order, the Court will consider Defendant's Motion to Dismiss on Monday, October 31, 2005.