Case 1:04-cv-00118   Document 39   Filed in TXSD on 10/27/2005   Page 1 of 6

United States District Court
Southern District of Texas
FILED

OCT 2 7 2005

Michael N. Milby
Clerk of Court

THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VIDAL CANTU JR. <br> Plaintiff | { <br> { | CIVIL ACTION NO. B-04-118 |
| vs. | { <br> { | |
| The Port of Brownsville and <br> Deborah Lee Duke <br> Defendants | { <br> { | |

**NOW COME**, Plaintiff, Vidal Cantu Jr. respectfully file my portion on the Joint Pretrial Order. Plaintiff apologizes for not filing on time reason being because of lack of time between work and studies. Plaintiff will also like to thank the court and the Honorable Judge Tangle for her time spent on my case.

### Plaintiff's Employment Background:

**Receptionist:**
I was hired as a receptionist by the Brownsville Navigation District On:
 August 26, 1993

**Accounting Clerk – CRT1**
I was offered the position of Accounting Clerk as the second runner up when Mr. Hector Torres declined the position and I started working in the finance department On:
 May 14, 1994

### Plaintiff's Plea To The Honorable Jude Hilda G. Tagle:

Plaintiff, Vidal Cantu Jr.- is not an attorney and is not familiarized with the proper codes and the proper format per my Joint Pretrial Order and ask for said consideration.

### Positions of Authority:

**Finance Director & Personnel Manager:**
Mrs. Deborah Lee Duke held two job titles which meant if I had any issues with her as a Finance Director, I would still have to answer to her as a Personnel Manager and this fact held true for me in her department (from May 14, 1994 up until December 30, 2002.)

**Foreign Trade Zone Manager to Personnel Manager:**
Mrs. Jo Lynn Saban filled the gap of Personnel Manager about March/April 2003. However, Mrs. Jo Lynn Saban still had to correspond with Mrs. Deborah Lee Duke and needed her input in doing her job.

## Breach of Contract:

I signed a Mediation agreement with the EEOC and Brownsville Navigation District on May 29, 2001 and Mrs. Deborah Lee Duke refused to train me simply because of retaliation. Mrs. Deborah Lee Duke did everything in her power to get me out of her department when she **told me behind** closed doors on December 18, 2002 that she had her reservations about me and that she would have to fire me if I did not pick up on the training for Accounts Payable. Mrs. Deborah Lee Duke went on to saying to me that she didn't have any room for me to advance within her department.

Mrs. Deborah Lee Duke offered me the position of Inventory Clerk six months before the board approved this position. She took me twice into her office behind closed doors
    1st time – June 2002
    2nd time - December 2002
The Board of Commissioners approved this position around November/December 2002

On this day (approximately) December 2002 when Mrs. Deborah Lee Duke offered me this position for the second time Mr. Nino Gutierrez called me into his office and he asked me in these words: I heard a rumor that you know about the new position over at the shop and how did you learn about it. I told him the truth which was that I knew about that position since six months prior from that day when he asked me. And Mr. Gutierrez told me to go home and think about it because he already had a girl in mind for that position and that he didn't feel I would like it because it would mean that I'd have to work long hours and that I would probably have to get dirty. The next day I went to Mrs. Duke first and told her that I didn't want the position and then I went to Nino Gutierrez and told him the same thing. I didn't think I would last in a position where Nino Gutierrez did not want me in the first place because he would be the immediate supervisor within that department. So in short – I had two people who didn't want me in their departments which was my boss and Mr. Gutierrez.

## Meetings Held:

On June 12, 2003
Mrs. Jo Lynn Saban and I had a meeting in her office where I addressed the following issues and nothing was resolved to my satisfaction.
- Switchboard Duties
- Denied Cross Training
- Past Events that lead to EEOC and lawsuit grievances

### Retaliation:

On July 15, 2003
Mrs. Deborah Lee Duke hit me with a reprimand that she created in her mind out of retaliation. I recorded this meeting and would like to present it in court because I feel it is crucial for my case because this recording will prove my innocence. This recording was a topic in my deposition (pages 71-73) and it was up to my previous attorney to give a copy to Ms. Elizabeth Neally.

### Retaliation Comments:

On January 13, 2003
Ricky Rodriguez who had less than a month of employment told me you have to know how to play the game.

On January 14, 2003
Mrs. Duke told me that I was just an Accounting Clerk meaning that I would never be anything else in her department.

On January 15, 2003
I was accused by Mrs. Deborah Lee Duke that I was shredding documents, mumbling, and walking away from people when they would talk to me.

### Meetings Held:

On July 21, 2003
I had a meeting in reference to my reprimand because this was the five day period that I had in order to follow dispute resolution and nothing was done about it. I asked Mrs. Jo Lynn Saban to erase this reprimand because it was done out of retaliation. This meeting was held in Mrs. Jo Lynn Saban's office.

**On July 22, 2003**
I was called into Mrs. Donna Eymard's office and Mrs. Jo Lynn Saban was present as well and we discussed all of my issues and in short nothing was done to my satisfaction.
Mrs. Donna Eymard went on and asked me why I felt I had a need to go out of the dispute resolution within house and I mentioned to her where the Port was when Mrs. Deborah Lee Duke was attacking me time after time and Mrs. Donna Eymard just shook her head and said to me – you know if this keeps up I am going to have to send you and Debby home.

This meeting was held from 8:40am – 1:00pm and as I was walking out of her office Mr.

Witness: Victor Martinez was walking into his office as I was walking out and he asked me if everything was okay and I looked at him and stayed quite.

**On July 30, 2003**
There was a meeting held in Mrs. Jo Lynn Saban and in this meeting Mrs. Donna Eymard, Mrs. Deborah Lee Duke, and myself were present. Mrs. Duke was very cold in this meeting and it only made her even more furious toward me. We discussed about burying the hatchet; but Mrs. Deborah Lee Duke had Revenge on her mind.

## Breach of Contract:

On August 21, 2003
Mrs. Deborah Lee Duke continued in picking up the training where she left off in the Accounts payable. So you see – that Mrs. Duke does exactly as she wants to do even at my expense. And even here – she still refused to train me on the bank reconciliation.

## Connections that lead to Jobs of – Accounting Clerks:

**Accounting Clerk:**
Mr. Ricky Rodriguez which happens to be the son in law of Juan Velez (shop employee) started to work for the Brownsville Navigation District on January 2003. Mrs. Deborah Lee Duke started him off by doing payroll and even forced me to cross-train him for Accounts Payable and refused to cross train me in the payroll field.

**Accounting Clerk:**
Ms. Veronica Ramos which happens to be the niece of Manuel Ramos (shop employee) started to work for the Brownsville Navigation District as summer help and then went on to being hired on June 10, 1999.
Immediately from being hired Mrs. Deborah Lee Duke and Ms. Cristina Valdez started to train her for a period of time to be Accounts Payable. During my fist EEOC mediation hearing in the Rentfro Law Office Mrs. Duke told the EEOC mediator that Ms. Ramos already came in with such training.

## Prima-Facie/Discrimination:

Mrs. Deborah Lee Duke intentionally refused to cross-train me with my co-workers. There are several working assignments documents that she herself produced that prove this is the truth. Mrs. Deborah Lee Duke abused her authority at my expense and denied the same opportunity of knowledge. Knowledge is Power! And without that power if I go and work anywhere else without that knowledge – I will be of no use to that company just as she made sure that the only thing that I am good for the Port is to answer and take messages for the entire building.

### Breach Contact/Receptionist Duties:

The Brownsville Navigation District allowed Mrs. Deborah Lee Duke the power and authority not to train me within the 10 day period which is the agreement that I signed and she had no intention in doing so until I refused the position of Inventory Clerk which only made Mrs. Duke even more furious at me. The receptionist area takes up a lot of my time as an Accounts Payable Clerk and forces me to fall behind on my work and Mrs. Deborah Lee Duke has brought this to my attention before during the time frame period that she was trying her best to get me fired. The Brownsville Navigation District needs to re-examine their actions especially when their actions reflect back on me and are at my expense and done out of retaliation just because I have stood up for my rights.

### Exhibits:

I'm including 28 exhibits that I feel are the most crucial to my case.

### Closing:

I do not consider myself a hard person to get along with. I have very good manners and I know people should be respected. I work very hard at my job and I am a 42 year old man who has done his best to defend his rights because I strongly believe that my rights as an employee have been violated by Mrs. Deborah Lee Duke and I hold the Brownsville Navigation District liable for all the grief that Mrs. Deborah Lee Duke has cost me. I have been diagnosed with High Blood Pressure and need to take this on a daily basis. On two occasions – once when Cristina Valdez and I argued about her making me take care of the switchboard just because the receptionist and Rudy (a guy who mysteriously got Workers Comp. the day after he was in Mr. Nino Gutierrez office and was being questioned possibly by the EEOC about situations that occurred that lead to my suspension wanted to take off to lunch from 11:00am – 12:oopm with the receptionist while I had tons of work to do as an Accounts Payable and while Mrs. Duke and Ms. Valdez were holding me to an agreement that I didn't breach. Rudy (employee/shop) came to me after he got out of Mr. Gutierrez office and as I was walking to the front to take care of the receptionist morning break – he asked me if he could have a word with me and I hesitated. I told him I would give him 2 minutes because after all he was the reason I got suspended. He told me who was my lawyer and I told him I don't know what you are talking about. He said to me, well – I'm in Hot Water and I need to either come up with something or get an attorney. I said to him – that's your problem!

Mrs. Dukes accusations against me that I am not producing and that I am not capable of learning new tasks has been a battle between her and I for years. As hard as I would try - nothing I could ever say or do could win this woman's respect. However, I still gave my very best to the Brownsville Navigation District because I believe that there are laws that will help me fight these battles I am having to fight.

There was a meeting around March/April 2005- In Mrs. Deborah Lee Duke's old office which at this time it was being called the Conference Room. This meeting was held by Mrs. Jo Lynn Saban and she wanted for the finance department to evaluate Debby as a boss. And she assured us that the contents of our evaluations were to remain confidential and that that was only for Mrs. Donna Eymard to determine Mrs. Duke evaluation.

**Witness to this Meeting:**
Cristina Valdez, Rosie Hinojosa, Ricky Rodriguez, Vidal Cantu Jr., Petra Champion, and Letty Trevino.

**Retaliation:**
As soon as Mrs. Deborah Lee Duke found out about the contents of my evaluation – she put me back at the switchboard.

**Retaliation:**
There was another meeting around July/August 2005 – This time held by Mrs. Deborah Lee Duke – she told all of her employees that she just had been in Mrs. Donna Eymard and that all of us had major complaints about her based upon our evaluations (the same evaluations that Mrs. Jo Lynn Saban assured us would remain confidential).
Mrs. Deborah Lee Duke told us that we accused her of having favorites within the department and she stated that this was just not true. However, everyone in the department talked about how she does favor Ricky Rodriguez over all of us. Mrs. Duke told us that from now on we all had to walk a straight line and come to work on time and leave work on time.

**Witness to this meeting:**
Cristina Valdez, Ricky Rodriguez, Rosie Hinojosa, Vidal Cantu Jr., Letty Richardson, Petra Champion, and Letty Trevino