# EXHIBIT 2

4. "In 2000 at the Port Director, Raul Besteiro's, specific request Mr. Cantu was asked to perform receptionist duties during the regular receptionist breaks and lunches and when needed because of his prior experience as a receptionist. Mr. Besteiro requested this assignment because Mr. Cantu had always performed these jobs satisfactorily and, believed he had more experience than others in my department. Since I started working with the Brownsville Navigation District in 1980 with the Finance Department it has been the Finance Department's responsibility to provide relief personnel for the receptionist. In fact in 1980, I started in Mr. Cantu's position as an accounting clerk and it was part of my duties to act as relief receptionist.

5. "In 2002, I again changed his duties reducing the amount of time he worked as a relief receptionist and had Petra Champion and others perform some receptionist duties including the lunch hour breaks. See, Exhibit E-6.

6. "At all times during his employment, Mr. Cantu received the raises that were budgeted and approved. There was never a year where Plaintiff did not get an approved raise. Only budgeted raises approved by the Commissioners for the Port of Brownsville may be implemented by payroll. Any other type of raise would be mere speculation. I never vetoed a raise that was to have been offered to Mr. Cantu. See Exhibit E-3, documents reflecting his pay increases, during his employment. I verify that at no time was Mr. Cantu denied a raise that he was entitled to.

7. "In 2001 a Mediation Settlement Agreement was entered into with the Plaintiff on or about May 29, 2001. See, Exhibit C, Mediation Settlement Agreement attached to Defendants' Motion for Summary Judgment.

8. "As a result of the Agreement, the Brownsville Navigation District of Cameron County, Texas complied with the terms by raising his hourly rate to $9.00 an hour and Mr. Cantu agreed to perform his receptionist duties.

9. "I also started training Plaintiff on the skills required for the posting of accounts receivables, preparing accounts payable vouchers and maintaining receivable logs within ten days of his signing of the Agreement. This was a slow process.

10. "In June 2001, I began training Mr. Cantu to perform accounts payable functions by giving him additional Excel worksheet projects to develop his understanding and ability to work with an Excel spreadsheet. It was not until sometime in 2002 that I felt Plaintiff had enough training to move him laterally to handle these duties.

AFFIDAVIT OF DEBORAH LEE DUKE - PAGE 2
Port of Brownsville\Affidavit of Duke for MSJ