# EXHIBIT
# 3

*Tape Recorded Meetin*

# BROWNSVILLE NAVIGATION DISTRICT
## INTEROFFICE MEMORANDUM

**To:** Vidal Cantu
**CC:**
**From:** Debby Duke
Brownsville Navigation District
**Subject:** Reprimand – Interpersonal Relations
**Date:** July 15, 2003

You brought an invoice to me this morning from the McAllen Monitor. The dates of the publication were in early June. You informed me that you had just taken this back to Nino Gutierrez to see what the status of the invoices were.

I questioned why you still had this invoice as it was over three weeks old, and why you had not passed it off to Letty Trevino for resolution. Your response was that I had not told you to pass off problem invoices at three weeks, but at one month. You continued to make several comments indicating that you had spoken to Irma Gawenda regarding this invoice as well as to Nino Gutierrez. You admitted that you had not been able to get a straight answer to your questions regarding the invoice status, but had not asked Cristina Valdez, who resolved the same issue for the McAllen Monitor in May, Letty Trevino, who is assigned to assist you in these issues, nor myself. These are the three persons who are in a position to resolve your questions, yet you chose not to bring this issue to any of us. I would like to see you progress in your work to a point at which you can resolve these problem invoices, but you seem to go in circles by not using the resources you have available to you.

It has been a standing instruction to you since you were assigned the Accounts Payable position that you are to refer all items you cannot easily resolve to Letty Trevino. When I discovered, due to the fact that we were losing credit with some of our vendors, that you were not doing this, I was forced to set a time limit. That time limit was three weeks, not one month as you claim. We want to pay our invoices within the net 30 days terms, and therefore, if you wait one month before referring a problem item to Letty Trevino, you have allowed that item to become delinquent. To discover that you have an item that you claim you have been unable to get a straight answer that you have not referred to Ms. Trevino for resolution is an indication that we still have a problem in your work performance.

It is important to the smooth operation of this department that you fulfill your work assignments as instructed. Accounts Payable invoices are not to be held at your desk beyond three weeks. In fact, when you encounter an invoice that you cannot resolve, it should be referred to Letty Trevino as soon as you discover that fact. The District's credit rating is important to the financing of our large projects, and continued late payments affect our ability to sell bonds.

Please go through your desk and check to see that you do not have any additional unpaid items that are over three weeks past due. These are to be referred to Letty Trevino at once. In addition, you are to make sure that she receives the vendor statements as soon as they arrive in the mail.

This morning, you spoke to me in a tone that was disrespectful, despite several warnings to modify the tone you were taking with me. As your supervisor, and the Director of the Department in which you are employed, I have the responsibility to oversee your work. It is your responsibility to respond to questions regarding your work process, and to accept correction when you have not followed instructions. As I informed you this morning, I do not intend to accept this type of confrontation with you over work issues. You immediately jump on the defensive when approached regarding an error, and instead of listening to the correction or instructions being given, you attack your co-workers and myself. There is no conspiracy to undermine your work. This type of accusation does not help you concentrate on doing your work.

This memo is a letter of reprimand for the manner in which you responded to me this morning. Further instances of this type of behavior will result in further disciplinary action, up to and including time off without pay or termination.

As always, should you dispute anything in this disciplinary action, you have the right to request a review of the action following the District's Dispute Resolution Procedure, a copy of which is attached.