# EXHIBIT 4



TO: Irma Gawenda

FROM: Vidal

DATE: April 12, 2004

REFERENCE: Purchase Orders For Fiscal: 2004/2005

I am following up on if rather or not you have received any purchase orders from Ms. Duke for this new Fiscal: 2004/2005. I made a folder and handed it over to her sometime around March 12, 2004 and prior to this I've asked her at least 4 other times on Monday's and she's mentioned to me that she was too busy. There are several invoices from several vendors waiting to be paid and can not be done without a purchase order. Please let me know because I am concerned for the Port's good credit.

04-12-04