# EXHIBIT 5

*Titled: Intentions*

To : Deborah Lee Duke

From : Vidal Cantu Jr.

Date : August 05, 2004

Reference : Yellow 'Personal' Notebook

While I was away on vacation I learned that my yellow notebook that I left in my drawer desk is now in your possession. This notebook is what I use for my own personal guide When ever I am accused of not turning in invoices for payment and I also use it as my own personal protection by telling anyone who might accuse me that I did hand in such invoices on such date and time and this method was suggested by Ms. Eymard. This is something that I have been doing for more than a year.

Since I've been writing everything I turn in as invoices for payment to my co-workers I have not had this problem. So this is the purpose that I use this notebook and I also use it as a personal guide to help me remember what I turned in week by week. <u>I am requesting my yellow notebook back and hope that you might see how it has helped me.</u>

Sincerely,

*VCJ*
Vidal Cantu Jr.