# EXHIBIT 6

Revised 03/01/2001

## Brownsville Navigation District

## JOB DESCRIPTION

**POSITION TITLE:** Accounting Clerk

**REPORTS TO:** Director of Finance and Administration

**CLASSIFICATION:** Clerical Technical Employee - CT1

## JOB SUMMARY

This position involves limited independent judgment. Duties include performing clerical work requiring various work methods and procedures and familiarity with departmental functions, policies and practices. There is a high degree of mental and visual attention necessary in the performance of this job.

## DUTIES AND RESPONSIBILITIES

Prepares the daily deposit of checks and cash received.

Posts vouchers for Accounts Payable to the computer and attaches a copy of each prepared check to its voucher.

Maintains the open invoice file in a current status.

Answers customer inquiries dealing with requests for copies of invoices or balance updates.

Operates under the direction of the Comptroller in providing assistance to employees.

Mails all billings and Accounts Payable checks, places hourly payroll checks into envelopes for distribution.

May be called upon to perform receptionist duties.

Other clerical duties as are assigned.

[Handwritten note: Why, only Vidal? Ms. Dulce is no longer the Personnel Manager. This is another job which interfere's with my job duties in the finance department.]

## EDUCATION AND EXPERIENCE:

High School graduate or equivalent.

One to two years general clerical experience

## KNOWLEDGE, SKILLS AND ABILITIES:

Ability to work well with minimal supervision.

Ability to deal courteously with the public and with employees.

Ability to exercise good judgment in the making of minor decisions in accordance with rules, policies, and procedures.

Ability to understand and follow oral and written instructions.

Ability to write legibly in English.

Some knowledge of modern-accounting practices, office terminology, procedures and equipment, including computers.