# EXHIBIT
# 7

**JOB OPPORTUNITY NOTICE**
**BROWNSVILLE NAVIGATION DISTRICT**

Date Posted:    April 05, 1994
Job Title:    CT1 - Accounting Clerk I
Location:    Administration Building
Requested Start Date:    At Once

**Description of Duties -**
- Prepares the daily deposit of checks and cash received.
- Post vouchers for Accounts Payable to the computer and attaches a copy of each prepared check to its voucher.
- Maintains the open invoice file in a current status.
- Answers customer inquiries dealing with requests for copies of invoices or balance updates.
- Operates under the direction of the Comptroller in providing assistance to employees.
- Mails all billings and Accounts Payable checks, places hourly payroll checks into envelopes for distribution.
- May be called upon to perform receptionist duties.
- Other clerical duties as are assigned.

*why didn't Debby Alternate the other two accounting clerk to the Switchboard*

**Candidates Must Meet the Following Requirements:**
- High School graduate or equivalent.
- One or two years general clerical experience.
- Ability to work well with minimal supervision.
- Ability to deal courteously with the public and with employees.
- Ability to exercise good judgement in the making of minor decisions in accordance with rules, policies, and procedures.
- Ability to understand and follow oral and written instructions.
- Ability to write legibly in English.
- Some knowledge of modern-accounting practices, office terminology, procedures and equipment, including computers.

Current employees interested in this position should submit their application to Debbie Duke no later than 5:30 P.M. on April 11, 1994. Applications are available from Ms. Duke and Ms. Valdez.

The Brownsville Navigation District is an
Affirmative Action Equal Opportunity Employer, M/F/H
Personnel Services

*why is my work at the finance dept Less Important than Ricky Rodriguez or Veronica Barros (when she was there at the main building) to the point that Ms. Duke can do without me in the morning breaks, afternoon breaks, and lunch*