# EXHIBIT 8



**HOME PORT TO NAFTA**

May 12, 1997

Vidal Cantu
Brownsville Navigation District
1000 Foust Road
Brownsville, TX 78521

Dear Vidal:

Thank you for your interest in a promotion to the vacant Bookkeeping Specialist I position. Your interest in advancement is a continuation of the attitude that I have seen you developing over the past year or so. You have developed a postive aggressive attitude toward your work responsibilities, and I see you becoming more confident and sure in your work and your relationships in the office.

At this time, I am looking for a person with considerable experience in the Accounts Receivable and Collections area, as well as General Ledger. This is not an area in which I am in a position to do on-the-job training at this time. I find myself unable to offer you this promotion at this time.

I would encourage you to keep up with your attention to your job assignments, and I would hope that in the future that I would be able to offer you a job advancement.

Again, thank you for your interest in this position. It shows me your dedication to your self-improvement which makes you such an asset to this department.

Sincerely yours,
BROWNSVILLE NAVIGATION DISTRICT


Deborah Lee Duke, Director
Finance and Administration

JOB OPPORTUNITY APPLICATION

Employee's Name  Vidal Cantu Jr.                    Date 4/30/97

Current Position  CT1 - Accounting Clerk 1

Position Applied for  CT3 Book Keeping Specialist 1

Please give us a summary of your qualifications for the position you seek. Please include all training and experience that is relevant.

I am going on three years working in the accounting department and feel I am ready for new challenges. I am familiar with many aspects of the accounting department, but realize there is so much more to learn. Please note that I am ready and willing to work real hard to learn new tasks that will be expected of me. I am computer literate and I know I can pick-up any software once I am given an opportunity. I will use my best judgment possible on everything I do and will perform all my duties to the very best of my ability. Please consider me for this position because I feel I won't let you down and would like to learn more about the accounting procedures, rules, and policies.

Please consider me for the position named above

Signature of employee  Vidal Cantu Jr.

Date 4/30/97