# EXHIBIT 9

Margin note (left side, vertical): *Compare our trainings; we are both accounts clerks*

| | | 11/10/2003 | 11/11/2003 | 11/12/2003 | 11/13/2003 | 11/14/2003 |
|---|---|---|---|---|---|---|
| **Cristina** | A/R | Review Leases and Prepare Lease Billing Report | Review Leases and Prepare Lease Billing Report | Review Leases and Prepare Lease Billing Report | Review Leases and Prepare Lease Billing Report | Review Leases and Prepare Lease Billing Report |
| | Cash | | | | | |
| | A/P | Check A/P Posting, Post to G/L | | | | |
| | P/R | | | | | |
| | Purch | | | | | |
| | G/L | | | | | |
| | Misc. | | | | | |
| **Rosie** | A/R | Sick Leave | Check A/R Postings and Post A/R to G/L; PM - A/R Report and Disputes | Check A/R Postings and Post A/R to G/L | Check A/R Postings and Post A/R to G/L | Check A/R Postings and Post A/R to G/L |
| | Cash | | Post Cash Receipts, Post Overweight Report to RBB and File, Post BRG Deposits to RBB and File, Post Tax Collections to RBB and File Report, | Post Cash Receipts, Post Overweight Report to RBB and File, Post BRG Deposits to RBB and File, Post Tax Collections to RBB and File Report, | Post Cash Receipts, Post Overweight Report to RBB and File, Post BRG Deposits to RBB and File, Post Tax Collections to RBB and File Report, Prepare BRG Wire Vouchers and Post to RBB, Balance RBB to Bank, Print and Log Transfer Checks | Post Cash Receipts, Post Overweight Report to RBB and File, Post BRG Deposits to RBB and File, Post Tax Collections to RBB and File Report, Check Edit of Transfers and Post to G/L |
| | A/P | | Check A/P Posting, Post to G/L | Check A/P Posting, Post to G/L | Check A/P Posting, Post to G/L | Check A/P Posting, Post to G/L |
| | P/R | | | | Submit Federal Payroll Taxes (Give Report to Ricky to Post to RBB) | |
| | Purch | | | | | |
| | G/L | | | | | |
| | Misc. | | | | | |
| **Letty T.** | A/R | Post A/R Invoices, Make Copies/File to Open A/R | Post A/R Invoices, Make Copies/File to Open A/R | Post A/R Invoices, Make Copies/File to Open A/R | Post A/R Invoices, Make Copies/File to Open A/R | Post A/R Invoices, Make Copies/File to Open A/R |
| | Cash | Prepare Cash Receipts for Posting to Accounts & G/L | Prepare Cash Receipts for Posting to Accounts & G/L | Prepare Cash Receipts for Posting to Accounts & G/L | Prepare Cash Receipts for Posting to Accounts & G/L | AM - CLEAR the Vault Prepare Cash Receipts for Posting to Accounts & G/L; Enter Transfers to G/L |
| | A/P | Review A/P Voucher Packets | Review A/P Voucher Packets | Review A/P Voucher Packets | Review A/P Voucher Packets, Put A/P Checks in Envelopes, Deliver for Postage | PM - Work Problem A/P |
| | P/R | | | | Enter Time Sheets Prepare P/R Checks for Signatures and Distribution | |
| | Purch | | | | | |
| | G/L | Bank Reconciliations/Taxes | | | | |
| | Misc. | | | | | |
| **Vidal** | A/R | | | | | |
| | Cash | | | | | |
| | A/P | Prepare A/P Vouchers | Prepare A/P Vouchers | Prepare A/P Vouchers | Prepare A/P Vouchers | AM - Enter A/P Vouchers; PM - Work Problem A/P |
| | P/R | | | | | |
| | Purch | | | | | |
| | G/L | | | | | |
| | Misc. | Roll Call | Roll Call | Roll Call | Roll Call | Roll Call |
| **Ricky** | A/R | | | | | Post Invoices to Inv. Register, Post VIF Log, Collate and File VIF/Invoices, Copy and Distribute A/R Report |
| | Cash | Prepare Daily Cash Deposit, Post to RBB | Prepare Daily Cash Deposit, Post to RBB | Prepare Daily Cash Deposit, Post to RBB | Prepare Daily Cash Deposit, Post to RBB | Prepare Daily Cash Deposit, Post to RBB |
| | A/P | Enter A/P, File Paid A/P Vouchers | Enter A/P, File Paid A/P Vouchers | Enter A/P, Print A/P Checks, Prepare A/P Vouchers and Post to RBB, File Paid A/P Vouchers, Prepare copies of A/P list for Board, Prepare A/P Checks and Send for Signature, File A/P check copies | PM - Enter A/P | Prepare Credit Card and Telephone Invoices, and Contract Billings |
| | P/R | | Prepare Weekly Timesheet Report for Admin. Employees | | Enter P/R Timesheets and Print P/R Checks, Prepare P/R Vouchers and Post to RBB, Work with Rosie to Submit Federal Taxes, File P/R Check Copies | |
| | Purch | | | | | |
| | G/L | | | | | |
| | Misc. | | | | | |
| **Irma** | | Purchasing | Purchasing | Purchasing | Purchasing | Purchasing |
| **Debby** | A/R | PM - A/R Report and Disputes | | | | |
| | Cash | | | | Review Bank Balances/Prepare Savings Transfers, Post to RBB | |
| | A/P | | | | | |
| | P/R | | | | | |
| | Purch | | | | | |
| | G/L | | | | | |
| | Misc. | | | Agenda Items and Backup | Send out Minutes | |