# EXHIBIT 10

Case 1:04-cv-00118    Document 39-11    Filed in TXSD on 10/27/2005    Page 1 of 3

**Recurring Journal Entries**
RJE – Interest Earned – Petra Champion

**Financial Statement Preparation**
Posting Journal Entries – Cristina Valdez/Rosie Hinojosa
Preparation of Preliminary/Final Financials – Cristina Valdez/Rosie Hinojosa
Distribution of Financial Statements – Petra Champion
Filing of Journal Entries and Financials – Cristina Valdez

## PAYROLL
→ Employee File Maintenance – Ricky Rodriguez
→ Timecard Entry – Ricky Rodriguez
→ Printing of Checks – Ricky Rodriguez
Signatures/Stuffing/Distribution – Letty Trevino
→ Preparation of Vouchers/RBB Entry – Ricky Rodriguez
Federal Tax Submission – Rosie Hinojosa
→ Payroll Register – Ricky Rodriguez
→ TEC/IRS Reports – Ricky Rodriguez/Letty Trevino
→ Filing of Payroll Reports – Ricky Rodriguez
Filing of Payroll Check Copies – Letty Trevino

*[handwritten margin note: In all these years I have never received payroll training as an accounting clerk. Why is his job description different than mine? Why can't he share with the switchboard? Why is my work "mess" important than his]*

## ACCOUNTS PAYABLE
Receiving and Filing of Purchasing Documents – Vidal Cantu
→ Preparing Voucher Packets – Vidal Cantu/Ricky Rodriguez
Checking Voucher Packets – Letty Trevino/Rosie Hinojosa
Posting Vouchers – Ricky Rodriguez/Vidal Cantu
Preparing Recurring Payables – Vidal Cantu
Posting Recurring Payables – Letty Trevino/Rosie Hinojosa
Checking A/P Edit/Posting – Rosie Hinojosa/Cristina Valdez
Running A/P Checks – Ricky Rodriguez
Signature/Stuffing/Distribution – Ricky Rodriguez/Vidal Cantu/Petra Champion
Filing of A/P Check Copies – Vidal Cantu
Problem Invoice Research – Vidal Cantu/Letty Trevino
Filing Paid Vouchers – Ricky Rodriguez

*[handwritten margin note: I went thru the same thing prior with Veronica. She is being done deliberetly!]*

## FINANCE
Bank Statement Reconciliation – Petra Champion
Post Interest to RBB/Prepare RJE – Petra Champion
Interest Earned Report – Petra Champion
Average Daily Balance Report – Petra Champion
Preparation of Transfers/VersaCheck – Rosie Hinojosa/Letty Trevino
Running Bank Balance Maintenance – Rosie Hinojosa/Ricky Rodriguez
RBB Reports for Cash Position (2x monthly) – Ricky Rodriguez
Cash Position Report (2x monthly) – Debby Duke
Investment Report – Debby Duke
TxDOT Report – Debby Duke/Petra Champion

# NORMAL ASSIGNMENTS

## ACCOUNTS RECEIVABLE

**Cash Receiving**
Issuance of Cash Receipts – Any department employee
Preparation of Bank Deposits – Petra Champion
Pulling Paid Invoices – Petra Champion/Letty Trevino
Posting Cash to A/R – Rosie Hinojosa

**Invoicing**
Logging and Processing Vessels/Barges – Letty Richardson
Vessel Billing – Letty Richardson
Logging and Processing Dock Reports – Letty Trevino
Storage Billing – Letty Richardson
Non-Waterborne Storage Billing – Letty Trevino
Vessel and Storage Billing Import – Letty Richardson
Utility Billing – Letty Richardson
Utility Billing Import – Petra Champion
Pulling Lease Cards/Lease Billing Register – Letty Trevino
Lease Billing – Letty Richardson
Service Charge Invoices – Letty Trevino
Agents Rebate – Ricky Rodriguez
Miscellaneous Billing/Credits – Letty Richardson/Rosie Hinojosa
Posting Miscellaneous Billing/Credits – Letty Richardson
Invoice Monthly Register/Filing – Letty Trevino
Stuffing and Mailing of Invoices – Letty Richardson/Letty Trevino/Petra Champion
Sales Tax Report – Cristina Valdez/Rosie Hinojosa

**Closing**
Application of Credits – Rosie Hinojosa/Letty Richardson
Closing Procedure – Rosie Hinojosa
Statement Preparation – Rosie Hinojosa/Letty Richardson
Stuffing and Mailing of Statements – Letty Richardson/Letty Trevino/Petra Champion

**Collections**
Accounts Receivable Report – Debby Duke/Rosie Hinojosa
Demand Letters – Debby Duke/Rosie Hinojosa/Petra Champion
Collection Calls – Rosie Hinojosa

## GENERAL LEDGER

**Reconciliations –**
1205/1206 – Letty Richardson/Rosie Hinojosa
Deferred Lease Rental – Rosie Hinojosa
Accrued Billing – Letty Richardson
Payroll Deductions – Letty Trevino/Ricky Rodriguez