# EXHIBIT 11

Revised 03/01/2001

## Brownsville Navigation District

## JOB DESCRIPTION

**POSITION TITLE:** Accounting Clerk

**REPORTS TO:** Director of Finance and Administration

**CLASSIFICATION:** Clerical Technical Employee - CT1

### JOB SUMMARY

This position involves limited independent judgment. Duties include performing clerical work requiring various work methods and procedures and familiarity with departmental functions, policies and practices. There is a high degree of mental and visual attention necessary in the performance of this job.

### DUTIES AND RESPONSIBILITIES

✓ Prepares the daily deposit of checks and cash received.

(Posts vouchers for Accounts Payable to the computer) and attaches a copy of each prepared check to its voucher.  *New*

✓ Maintains the open invoice file in a current status. — A/R  A/P

✓ Answers customer inquiries dealing with requests for copies of invoices or balance updates.

Operates under the direction of the Comptroller in providing assistance to employees.

Mails all billings and Accounts Payable checks, places hourly payroll checks into envelopes for distribution. (N)

May be called upon to perform receptionist duties.

Other clerical duties as are assigned.

### EDUCATION AND EXPERIENCE:

High School graduate or equivalent.

One to two years general clerical experience

*Handwritten annotations:*

Minutes — New
Filing A/P Vouchers — New
Coupons — New
Public Info → New (eventually)
Bankruptcy → New (eventually)
Roll call — New
Mailing — Ketta?
VIDA  Tx DOT  Pub — New (eventually)
INV. Register

→ Why was this job description not signed to Ricky or Veronica if they were both accounting clerks?

## VERONICA RAMOS   ACCOUTING CLERK

May duties and responsibilities are as follow:

Accounts Payable
    Preparing to be paid
    Filing

Accounts Receivable
    Entering Cash Receipts
    Entering Sales Transactions
    Filing Lease Cards
    Logging in Vessel InformatioSheet (VIS)
    Filing Vessel Information Sheet (VIS)

Monthly
    Reconcile the Bank Statements
    Bank Charges and Interest forms
    BND Voucher Payable Form

Issuing Receipts

Assist
    Rosie

Secondary Duties
    ~~Switchboard~~ *not true!*
    Roll Call
    ~~Putting Postage on mail~~ *this was assigned to me!*
    Filing
    Assist
        Debby
        Cristina