# EXHIBIT 12

July 21, 2003

Port of Brownsville
Attention: Human Resources Department
1000 Foust Road
Brownsville, Texas 78578

Dear Ms. Jo Lynn Saban,

This letter is reference to the reprimand that I received on Tuesday – July 15, 2003. This letter is to let the Port know that I believe an injustice has been done to me and I would like for this reprimand to be taken out of my file and I am requesting that this be done in writing and with a written apology. **It is my belief that my boss, Deborah Lee Duke who has abused her power of authority and I do hold the Port liable for allowing her to make a decision based upon "Retaliation".**
This woman is constantly harassing me and without profitable cause. I will not be a victim of discrimination, harassment, or any wrong doings held at my expense. **From here on out any and all meetings that I am expected to be in will be recorded for me to use as evidence** otherwise I will not agree to be in any meeting and all recordings will be sent to the EEOC.

Ms. Duke has authorized Cristina Valdez to cross-train Ricky Rodriguez to do contracts payable, training which should of gone to me. Debby, Cristina, Rosie, and Letty Trevino have all trained Ricky for payroll. Ricky is an accounting clerk, not payroll.
In the years from May 14, 1994 to July 18, 2003 – I've never even been considered for such training simply because Ms. Duke wants it that way. This is an injustice to me.

On top of this Ms. Duke mentioned to me during the reprimand meeting that she intends to train Ricky Rodriguez to do Accounts Payable instead of saying, I'll start training you with your co-workers while it took me 9 years of my life to be considered for the accounts payable process which by the way wasn't much.

Countless of new training that Ms. Duke has offered to Ms. Trevino that Veronica Ramos use to do while the same opportunities have once again passed me by.

Entering cash receipts, entering sales transactions, Logging in vessel information, Reconcile the bank statements, Bank charges and Interest Forms. Mr. Rodriguez is an accounting clerk and so why doesn't he take care of the switchboard?

I come to work to work and if I'm left to do my job I will do it well. If there are any invoices not being paid, it is something I am working on. I don't seem to have any problems getting along with co-workers out of my department. But, then again co-workers out of my department have not backstabbed me either.

I never showed Ms. Duke an invoice from "The Monitor" such as she claims in her inaccurate reprimand. I showed her an invoice from the Brownsville Herald

The Brownsville Herald
       Reference #227495  First Run:   06-08-03
                              Second Run: 06-15-03

Ms. Duke is concerned about the Ports good credit and so am I. I give 110% to the Port everyday! I may have some issues with the Port; but I put these issues aside as best as I can on a daily basis. But, Ms. Duke is out for my job like a voucher and I do hold the Port accountable for this!

Ms.Duke has given me hard times and chewed me up over countless of things over the years and even up to date. I want to ask the Port where are they when this is happening?

It was my belief that we were going to pay the statement of the Brownsville Herald and then be reimbursed from Carter and Burgess. I learned different on Friday – July 19, 2003 (4 days after my reprimand) when Mr. Gutierrez came in to our department and addressed Cristina and I about this vendor. These events didn't have to lead to a reprimand especially when the reprimand is wrong!

The Brownsville Herald's statement was what Ms. Duke saw; but she claims that it was the monitor and the bottom line here is that as a supervisor she should of at least been accurate in what she was accusing me of especially when there is a reprimand involved at my expense.

Now, Ms. Duke placed some extremely hasty rules on me on the payment process, rules that she never placed on Veronica. She wants for me to hand over any invoices that are over three weeks old to my co-worker Letty Trevino. A co-worker who claims that I do not hand over statements to her when she is the one who opens up the mail. Cristina and Letty Trevino were sitting on Ricky's desk this past Friday and Cristina asked me if I had any statements from Office Depot and I said, no. And Letty's comment was but you gave me some statements the other time and I wasn't aware of them. I want to clear this misunderstanding once and for all. What happened was that Ms. Trevino didn't come to work some time ago and on this day I happen to open up the mail. When I opened up the mail I separated the checks, invoices, and statements. And when I did the mail on that day it was near to 5:00pm and I had left the statements on my desk because I wanted to hand these over to her myself and ever since then I've got Debby telling me as well that I do not hand over Letty Trevino her statements. My response to Ms. Duke how could Letty not receive the statements when she is the one opening up the mail.

I asked Ms. Duke that what authority, or resources does Letty Trevino have that I don't have in order to finish the payment process. If an invoice sits on my desk it is because I do not have the complete package involved in order for the payment process to begin. It is out of my control that Po's are not done by other departments before a purchase is done.

In the case of the Brownsville Herald, Ms. Duke responded to me in an unprofessional and hostile manner and she was ready for a fight. I do not deserve for her to approach me in such a way because I can comprehend just fine without her being at my face.

My job is to do accounts payable and this is the only thing I believe I am guilty of because that was all I was trying to do! I should be able to go with Ms.Gawenda and ask her for a P.O. because she is the purchasing manager. Here is the bottom line - I was trying to get an invoice paid which is my job and Ms. Duke attacked me for this.

I want to bring out another incident that Ms. Duke chewed me out about and I wanted for the outcome to be known. Ms. Duke insisted that I had this paperwork way over two months and that she had given me a P.O. for me to pay it out. I told Ms. Duke not only did I not have this paperwork that there was no P.O. for no such vendor and I also mentioned to Ms. Duke that it is Ms. Hinojosa and Ms. Valdez that usually are involved with any vendors with banks.

The Bank of New York that Ms. Duke was referring to was an invoice that was dated two months before I even started doing payroll and even at that time it was the second notice!

The Bank of New York
Invoice# 31277-232702   *Second Notice
Invoice Date: November 21, 2002
Invoice Amount: $4,800.

P.O. #48964   Date: 07-15-03   Amount: $4,800.00

Ms. Letty Trevino Issued out this P.O. when it should have been Irma Gawenda because after all it is Ms. Gawenda who is the purchasing manager. Ms. Trevino also came to my desk while I was at my desk and jotted down this P.O. in my logbook.

How's that for a cover-up? Note this in your files, Ms. Duke has been wrong two times at my expense. and not once admitted so.

Sincerely,

Vidal Cantu Jr.