# EXHIBIT 13

## BROWNSVILLE NAVIGATION DISTRICT

### Nepotism Statement

The Brownsville Navigation District's "Policy on Employment of Relatives" states as follows:

**Purpose**
To prevent conflicts of interest and facilitate smooth and fair management.

**Policy**
No candidate for any position will be considered if they are a relative of a current employee of the District. No employee will be assigned or transferred to a position where the employee will supervise, or be supervised by, a relative, either directly or indirectly.

If employees in a supervisor-subordinate relationship marry, every effort will be made to transfer one of the employees to an assignment where one spouse will not supervise the other. If neither employee volunteers for transfer, the Director of Administration and Finance may arrange an involuntary transfer. The decision whom to transfer involuntarily will depend on the importance of each job to the District and the availability of openings and of replacement candidates.

**Definitions**
"Relative: means here a spouse, child, parent, grandparent, grandchild, aunt, uncle, first cousin, or corresponding in-law or "step-" relative.

---

(Accounting Clerk) Before going to Shop Clerk Position as an Inventory Clerk

Veronica Ramos — niece of Manuel Federico Ramos employee of the Shop for many years who attends board meetings frequently and who is a "buddy" of one of the Commissioners. Mr. Roy de Los Santos...

(Accounting Clerk)
Ricky Rodriguez — Son in law of Juan Velez
Employee of many years at the maint. Dept. He was originally going to have the Inventory Clerk position but Veronica told everyone that he was going to be in the accounting