# EXHIBIT 14

**SUPERVISOR EVALUATION** _Debby_

ON A SCALE OF 1 TO 5 (5 BEING THE HIGHEST).
PLEASE RATE YOUR SUPERVISOR ON THE FOLLOWING:

| | | | | | |
|---|---|---|---|---|---|
| How well does your Supervisor keep you informed of your work duties and responsibilities | 1 | **(2)** | 3 | 4 | 5 |
| How well does your Supervisor listen to your suggestions and/or problems on a job that you are assigned? | 1 | **(2)** | 3 | 4 | 5 |
| Is your Supervisor pleasant and courteous when talking to you? | 1 | 2 | 3 | **(4)** | 5 |
| Does your Supervisor give you recognition for a good job performance? | 1 | 2 | **(3)** | 4 | 5 |
| Is your Supervisor impartial and fair when dealing with all the employees? | **(1)** | 2 | 3 | 4 | 5 |
| Does your Supervisor encourage you to improve your working skills and advance to a higher position? | **(1)** | 2 | 3 | 4 | 5 |
| Please rate your Supervisor on all aspects of his/her job. | 1 | **(2)** | 3 | 4 | 5 |

Please add any additional comments you may have

I've tried to advance to a higher position for 11 year's and I've come to a conclusion that HELL will freeze over first. I've been forced to take care of the switchboard for 11 year's and 4 month's. I don't know what it feels like to be able to take a break without having to cover someone else's break who abuses time over than 15 minutes and this has gone on since Letty Gonzalez left the receptionist area. I've sat at my desk and watch all my co-workers cross-train with each other except myself. This is just a drop on the bucket. However, I've managed to keep a possitive attitude toward my work and have delivered results. I will always do my "very best" for the Port! A fair director will hear "both" sides to one story and then reach a decision. Debby, hear's one side to a story, reaches her decision and then asks the other person ... well, let me hear your side of