# EXHIBIT 15

Case 1:04-cv-00118   Document 39-16   Filed in TXSD on 10/27/2005   Page 1 of 4

July 17, 2003

U.S. Equal Employment Opportunity Commission
Attention: Mr. John Trevino
San Antonio District Office
5410 Fredericksburg Road – Suite 200
San Antonio, Texas 78229-3555

Dear Mr. Trevino,

I had an unpleasant experience at my job with my boss on Tuesday – July 15th. I was trying to get an invoice paid by following the payment process of getting a P.O. for this vendor named "The Brownsville Herald. I had asked Irma Gawenda which is our Purchasing Manager if there was a P.O. done yet for this invoice and she had told me no. And so I asked again a few days later and she said, no – for the second time. I asked for a third time and this time she mentioned to me that perhaps I should ask Mr. Nino Gutierrez because he will need to sign off on the P.O. in order for the P.O. to be valid.

My job is to get invoices paid and this is a route that I was following by going to Mr. Gutierrez and asking him what he wanted done with this invoice since the invoice pertained to him. And he said, ask Vicky or whom ever did the requisition for the monitor and I'll sign. It. He had agreed! There was no trouble what so ever! When I came back from his office and into my department Debby was out in the hallway making copies. And I showed her the invoice and casually mentioned to her that I will be waiting for a P.O. from Vicky and then I said, remember the monitor and before I could get in a second word in she became violent and upset and did a gesture with the paper that she had in her hand and with her body and turned my way and gave me an ugly stare telling me off. She started telling me that Cristina and Letty were working on this invoice and why didn't I go to them. She didn't even know what I was referring to and she didn't allow me an opportunity to explain myself.

You see several weeks back we sat on an invoice named "The Monitor" this was done at Mr. Nino Gutierrez instructions. He was trying to get Carter and Burgess to pay for these ads bids that ran twice in "The Monitor". But then The Monitor got paid!

The Monitor Newspaper
McAllen Texas
Paid with vendor check # 30599
Date Paid: 06-20-03
Document: 90183131
Reference: Legal Ads     Amount Paid: $427.50

This is what Debby thought she saw and she carried it over to a reprimand before even made sure to see if she was right or not and in this case it wasn't. I showed her the invoice and she saw what she wanted to see and she heard what she wanted to hear. How could she confuse one invoice with the other? I mean the invoice for the Monitor is in white and the invoice for the Brownsville Herald is pink and I showed her a pink invoice that indeed was the Brownsville Herald.

She then closed the door to her office and then called me in. Before I went in – I told her by her door that I needed to go to my car and get my tape recorder because I wanted this conversation to be taped so that you could see for yourself exactly what I am dealing with.

In our conversation she keeps telling me over and over that I was not following her instructions and all of this for an invoice that I was trying to get paid. I asked her what is the point that I have to turn over my invoices to Letty Trevino. I'd like to know exactly what is it that she is doing different than I, what resources does she have that I don't have, or what authority does she have that I don't have in order for me to do the complete job of processing invoices to her for payment. I understand that no departments or suppose to do a purchase without a P.O. But these rules and regulations are not being totally followed for whatever reason and in short it is making me look back and I end up taking the rap. I know that when I have an invoice, a picking ticket with a valid signature from one of our employees, and the P.O. that I can automatically process it for payment without a problem. So I am being blamed for sitting on an invoice that no P.O. was done for when a P.O. should have been done prior before the purchase.

I have kept up with the process; it is the process that comes from other departments that hasn't kept up with me. I work hard. I don't mess around. I'm here to work and everyday Debby is on my back for retaliation reasons.

Let's take the "Bank of New York" she yelled at me about this invoice and I already mentioned to you about it in a previous letter; but I'd like to show you what was the outcome.

"Bank of New York"
Inv# 31277-232702        *Second Notice
Invoice Date: November 21, 2002
Amount: $4,800.

While I was sitting on my desk – Letty Trevino came up to my desk and jot down this P.O. on my log. And Debby also had her do the Purchase order on 7/15/03 while Irma Gawenda, the purchasing manager was in her office. Irma mentioned to me that she asked Letty that why was she doing this P.O. when she was there. Irma also told me that she

mentioned to Ms. Trevino that she told her that the only time that she should issue out a P.O. was in her absence. Irma Gawenda also shared with me that Debby has also come to her and accused her of loosing this P.O. and according to Ms.Gawenda she went to Ms.Donna Eymard's office and told her this and Ms. Eymard told Ms.Gawenda that she herself had handed that P.O. to Debby.

These are mind games that are being played. I come to work to work. Ms. Duke is the one who is out of hand and who doesn't do her homework before lashing out as she lashed out to me.

I enclose a cassette tape of our recording so you can see for yourself that I tried real hard to convince Ms. Duke that I was just trying to do my job and for this reason she gave me a reprimand. A reprimand that is not even accurate with her allegations against me such as the Monitor. I don't deserve this reprimand because she is not even accurate with her allegations toward me.

Sincerely,

Vidal Cantu Jr.