# EXHIBIT 16

Case 1:04-cv-00118   Document 39-17   Filed in TXSD on 10/27/2005   Page 1 of 3

July 8, 2003

U.S. Equal Employment Opportunity Commission
San Antonio District Office
5410 Fredericksburg Road – Suite 200
San Antonio, Texas  78229-3555

Dear Mr. John Trevino

I feel a need to write to you and let you know of some things that are going on in my job.  Things are getting intense with every passing day while I sit and do my job suddenly I get blame for payments that were suppose to be paid months ago.

Monday – July 07, 2003
This is a day that Debby was on vacation.  Cristina Valdez – started training Ricky Rodriguez for contracts payable in her office and this training took place approximately from 1:00pm – 2:30pm

Tuesday – July 08, 2003
This training with Mr. Rodriguez continued; but this time it was on Ricky's desk as Cristina Valdez trained him from 2:00pm – 4:00pm

I was working the whole time; but I did jot down the times because this is training that has been denied to me simply because Ms. Duke wants it that way.

Tuesday – July 08, 2003
Debby called me in her office and asked me in a hostile manner where the invoice for a vendor was named "Bank of New York as she insisted that I had it and misplaced it.  I remember that yesterday Cristina Valdez and Rosie Hinojosa were talking about this vendor as Ms. Duke was on vacation on this day. I mentioned to Ms.Duke that I did not have this paperwork on my desk because Ms. Valdez and Ms. Hinojosa asked me the same question the day prior.  Ms.Duke insisted that I had it and she kept looking at me in a very hateful way as she never took her eyes off of me as I didn't take my eyes off of her because I know that I hadn't done anything wrong.  Ms. Duke continued by telling me you were in here in my office with this paperwork two months ago and I already had given you this P.O. for you to set-up for payment.  I mentioned to her that I do not believe there was a P.O. ever made for this vendor and Ms. Duke became even more furious with me.  I mentioned to Ms. Duke that perhaps Ms.Trevino had this paperwork on her desk (Ms.Trevino didn't come to work on this day) and Ms. Duke told me why would she have it and I reminded Ms. Duke that her instructions to me were to hand over any invoices that were not being paid for whatever reason and that at this point Ms.Trevino would take it from here.

I mentioned to Ms. Duke that I was not the blame for everything that goes wrong within this department even though I know you would like this to be so. I looked in my logbook where I jot down all Po's and found no P.O. for this vendor then I noticed Debby went into Irma Gawenda's office (purchasing manager) and sat down at her computer. At this point, I went over to Ms. Eymard's office and spoke to her about the things that are going on. I mentioned to Ms. Eymard that I am jotting down everything because I know Debby is out to have me fired and that she is harassing me until she accomplishes her goal. Ms. Eymard mentioned to me that she would look into my allegations and see what she can do.

The purchasing manager is gone most of the time to the doctor and does not come to work everyday as she is having health problems. She does not distribute the green receiving reports to the proper destinations and in short, this leaves me asking departments if the items on every invoice have come in or not in order to have it paid.

Yesterday – a vendor from "Safeguard Pest Control" called asking about an invoice from March 2003; but this particular vendor has done work for the Port without Purchase Orders. This invoice was for a small amount and I know that I had processed it to Ms. Trevino for payment a few weeks back as I believed it had been paid. I asked Mr. Rodriguez if he had entered this invoice once I got off the phone with the caller and he said, no. Then I asked Letty Trevino if this invoice was in her possession and she looked me right in the eyes and said, no. Then I asked Rosie if she might have it as well because after Letty checks this invoices she sometimes hands them over to her and Ms. Hinojosa said, no. Suddenly I see Ms. Trevino in Irma's office. A few minutes later Irma Gawenda walks over to my desk hands over the P.O. for this vendor and asks me to jot down this P.O. on my logbook because it needs to be paid. But this had been written on the day that I had processed it to Ms. Trevino for payment before this day. I walked over to Ms. Trevino's desk and asked her did you ask Irma for this P.O. and she said yes and it had turned out that she did have the paperwork on her desk and she had assured me otherwise.

I am not crazy. I am not incompetent. I am not in a habit of misplacing invoices. But this has been a topic that I'm forced to endure. I right down everything as I mentioned to Ms. Eymard because I am working in a jungle where there are snakes and vouchers. I come to work everyday and do my work and I put up with this hell because I need my job.

What I would like to know is what does the EEOC think about all this?

Sincerely,

*Vidal Cantu*
Vidal Cantu Jr.