# EXHIBIT 17



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7690

Vidal Cantu, Jr.
P O Box 1927
Port Isabel, TX 78578-1927

    Charge No. 360 A3 00782
    Respondent: Brownsville Navigation District

Dear Mr. Cantu:

This is to acknowledge your recent letters concerning your employment situation and requesting the status of your charge. The investigation of your charge is still ongoing. Although I cannot at this time provide you with an estimated date of completion, please be aware that the investigation will be completed as rapidly as possible.

If you have any questions regarding this matter please call me at toll free number 1-800-669-4000. My direct number is 210/281-7872.

                        Sincerely,

5-7-03
Date

                        John Trevino
                        Investigator