# EXHIBIT 18



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7606

Mr. Vidal Cantu, Jr.
P. O. Box 1927
Port Isabel, TX 78578

RE: Charge No.   360 A3 00782
Respondent:   Brownsville Navigation District

Dear Mr. Cantu:

Your charge of employment discrimination has been assigned to me. I have thoroughly reviewed the information provided during the intake process; however, if you have any additional information since that time concerning your allegation(s), please submit it to me immediately. If not, you need to do nothing at this time.

You are required to notify EEOC of any change in your address, telephone number and any prolonged absences from your current address.

Your cooperation is essential.

Sincerely,

3-28-03
Date

John Trevino
Federal Investigator
(210) 281-7672