# EXHIBIT 19



# Equal Employment Opportunity Commission
SAN ANTONIO DISTRICT OFFICE

5410 Fredericksburg Road - Suite 200
San Antonio, Texas  78229-3555
PH(210) 281-7600
FAX(210) 281-7606
TTY(210) 281-7610

Vidal Cantu
P O Box 1927
Isabel TX 78578

Re:    Charge No.#    : 360A10730
       Charging Party: Vidal Cantu
       Respondent     : Brownsville Navigation District

Dear Mr Cantu

The U.S.Equal Employment Opportunity Commission (EEOC) has initiated a mediation program in all of its District Offices. The purpose of this program is to assist charging parties and respondents in resolving discrimination charges filed with the EEOC prior to an investigation into the allegations.

Participation in this program is voluntary, at no cost to either party, and both parties must agree to participate in order for the charge to be considered for inclusion into the program. If both parties are agreeable to mediation, both parties will be notified of a date, time and place for the mediation meeting. Investigation of the charge is suspended pending completion of the mediation process. If the mediation leads to a mutual resolution of the charge, the EEOC will terminate any further processing of the charge. If both parties are not agreeable to participating in the mediation program or the mediation meeting does not lead to a mutual resolution of the charge, the charge will be assigned to an investigator and the investigative process will begin.

Enclosed is a Mediation Information Sheet for your review, which will provide more detailed information to help you decide if you want to participate in mediation. If you choose to participate, please complete the attached Agreement to Mediate and Confidentiality Agreement, and return the agreements to this office within 15 days from the date of this letter.

If you have any questions regarding the mediation program/process, please feel free to contact Sylvia De Leon, ADR Coordinator, at 210/281-2507.

Sincerely,

3/15/01
Date

PEDRO ESQUIVEL
District Director

Enclosures
  Rules for Mediation
  Mediation Information Sheet
  Agreement to Mediate
  Cofidentiality Agreement