# EXHIBIT 20



**Equal Employment Opportunity Commission**

SAN ANTONIO DISTRICT OFFICE

5410 Fredericksburg Road - Suite 20(
San Antonio, Texas   78229-355:
PH(210) 281-760(
FAX(210) 281-251:
TTY(210) 281-761(

Vidal Cantu, Jr.
P.O. Box 1927
Port Isabel TX 78578

Re:      Charge No.#     : 360A300782
         Charging Party: Vidal Cantu, Jr.
         Respondent     : Brownsville Navigation District

Dear Mr Cantu, Jr.

The U.S.Equal Employment Opportunity Commission (EEOC) offers a mediation program in all of its District Offices. The purpose of this program is to assist charging parties and respondents in resolving discrimination charges filed with the EEOC prior to an investigation into the allegations.

Participation in this program is voluntary, at no cost to either party, and both parties must agree to participate in order for the charge to be considered for inclusion into the program.  If both parties are agreeable to mediation, both parties will be notified of a date, time and place for the mediation meeting. Investigation of the charge is suspended pending completion of the mediation process.  If the mediation leads to a mutual resolution of the charge, the EEOC will terminate any further processing of the charge.  If both parties are not agreeable to participating in the mediation program or the mediation meeting does not lead to a mutual resolution of the charge, the charge will be assigned to an investigator and the investigative process will begin.

Enclosed is a Mediation Information Sheet for your review, which will provide more detailed information to help you decide if you want to participate in mediation.  If you choose to participate, please complete the attached Agreement to Mediate and Confidentiality Agreement, and return the agreements to this office within 15 days from the date of this letter.  If you choose not to participate, please complete the attached declination forma and return it within 15 days from the date of this letter.

If you have any questions regarding the mediation program/process, please feel free to contact Sylvia DeLeon, ADR Coordinator, at 210/281/2507.

Sincerely,

Date  03/13/03

Pedro Esquivel
District Director

Enclosures
   Rules for Mediation /Mediation Information Sheet /Agreement to Mediate
   Confidentiality Agreement / Mediation Declination Form