# EXHIBIT 21



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
**San Antonio District Office**

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-2512

January 14, 2003

Brownsville Navigation District
c/o Daniel L. Rentfro Jr.
Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben M. Torres, Sr. Blvd.
Brownsville, Texas 78520-9136

RE:   EEOC Charge No. 360A10730
      Vidal Cantu v. Brownsville Navigation District

Dear Mr. Rentfro,

Our ADR Office received a request from Mr. Vidal Cantu for the EEOC to investigate whether your client has failed to comply with the terms of the settlement agreement reached in the above referenced charge. Specifically, Mr. Cantu has indicated that the following terms of the agreement may have been breached:

> Respondent agrees to institute training for the charging party in the following area: posting accounts receivable, preparing accounts payable vouchers and maintaining accounts receivable logs. This training was to begin within ten days of receipt of the finalized copy of this agreement, May 29, 2001.
>
> The Charging Party states that he has not received this training.

Prior to instituting an investigation into the possible breach of the agreement, the Commission is requesting that your client immediately take necessary steps to comply with the agreement if, in fact, they have failed to comply with its terms and notify us what steps they have taken. Please note that, under the terms of this agreement, the Charging Party may possess the right to pursue a separate action in court to specifically enforce it. Please also note that under Paragraph 6 of the agreement that was signed, the EEOC is authorized to investigate compliance with this agreement and may specifically enforce the agreement in court in instances where a breach has occurred.

If you have any questions or would like to discuss this matter further please contact the ADR Coordinator, Sylvia DeLeon at (210) 281-2507.

Sincerely,

Pedro Esquivel
District Director

cc. Mr. Vidal Cantu