# EXHIBIT 22



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7690

Vidal Cantu
P.O. Box 1927
Port Isabel, Texas 78578-1927

Dear Mr. Cantu:

Please be advised that the Commission is in receipt of your correspondence, which was received in our office on January 30, 2003.

You indicated in your letter that you were requesting a status update on the investigation you requested EEOC initiate based upon: breached contract, investigation based upon the Equal Pay Act, refiling discrimination charges, and mental anguish charges. Please be advised that Ms. Sylvia DeLeon, Supervisor of the Alternative Dispute Resolution program, advised me that she has been contacted by you and is addressing the concerns you have raised with regard to alleged breach of the mediation agreement reached with the Brownsville Navigation District.

Additional information is necessary prior to drafting a new charge of discrimination regarding the issues you have raised in your letter. Please call me at 1-800-669-4000 or 210-281-7641 so that we may discuss these issues.

Thank you for your prompt attention to this matter.

Sincerely,

Sheila Ward-Reyes
Investigator

2/11/03
Date