# EXHIBIT 24

July 28, 200 3

Brownsville Navigation District
1000 Foust Road
Brownsville, Texas 78521

Dear Debby,

This letter is a grievance of Harassment toward my co-workers whom on Friday – July 27, 2003 decided to gang up against me as a team of vouchers behind closed doors and to tell all about me.

These are the employees whom I am filing Harassment Charges:
1. Cristina Valdez – Leader of the Pack
2. Letty Trevino
3. Rosie Hinojosa
4. Ricky Rodriguez

I'd like to know just who initiated this meeting and exactly at what point did they all decided to stab me in the back all at the same time. You have allowed them all to walk all over me and this meeting is a step toward getting me fired which is a goal of yours.

So with this in mind, now let me share with you some information about my co-workers and how they have provoked me into confrontations and then went crying to mommy cause they couldn't handle me being rough with them as they have been rough with me. They are not as innocent as they make themselves to be.

None of these employees are helpless! Believe me – their hands are as dirty as mine! They have misled you at my expense!

For example, lets start with Ricky Rodriguez:
    He has called me a jackass; he has threatened me not to mess with him a total of three times! He has walked up to me angry as hell and told me off when he had less than a month working here while I am working on my 10th year!

Now, lets take Ms. Innocent Letty Trevino:
    Ms. Letty has told me that the reason that I have not advanced in this department was only because I didn't want to. She has told me that I have no common sense and she has given me an "extremely" hard time approving invoices ready for payment that did have all the necessary information for making a payment. She has complained that I have written notes to her, which you have brought to my attention "twice". Well, Debby – I have plenty of notes that she has given me. Why would a note from me upset her or you and at the same time you are telling me not to be upset because she is handing me notes instead of just telling me. She also went complaining to Rosie when she should have complained to you about her doing too much work that I should be doing and she told

Page 2

Rosie in front of me if this is going to be the case then maybe I should be Accounts payable. I call all of this being "provoked". Besides this I have learned so many things that were suppose to be kept confidential about other co-workers that have to do with personnel as a matter of fact the whole accounting department knows these things before anyone else does. I have seen her looking at nicked men of the Internet and I have seen her plenty of times on the Internet just as I have seen Ricky Rodriguez on the Internet. By the way a luxury you layed down the law with me since 2002 not to do.

Now lets talk about: Rosie Hinojosa
     The comrade of Cristina Valdez. Didn't Cristina baptize one of her children before Rosie even started working here? How did Rosie land this job? Through you and through Cristina. Ms. Rosie also is a member of Ms. Little Kickball along with you. Well, well.... what do we have here another pair of comrades.

Debby, all of you woman are as evil as they come and when you combine the whole bunch of you, you all become a herd of hyenas ready to attack the prey and out for the kill.

Lets talk about Cristina:
     This one is my very favorite!!! She is a class act! Let me describe her to you in four words: Dr. Jackal and Hyde! What hasn't this woman done against me just as you Debby. You have tried to get me fired a total of "five" times already.

This letter is to be followed about the real McCoy, Business!! I am filing charges in court of law against the Port on the following charges:
   1. Harassment
   2. Breech of Contract
   3. Discrimination
   4. The Equal Pay Act
   5. Mental and Anguish
   6. Retaliation

And if I could think of more things, I will certainly add them on. The bottom line here is not team players, it is team vouchers.

Sincerely,

*Vidal Cantu*
Vidal Cantu Jr.