# EXHIBIT 25

June 30, 2003


Brownsville Navigation District
1000 Foust Road
Brownsville, Texas 78578

Dear Debby,

This letter is a response to the meetings that held place on Friday – June 27, 2003 behind closed doors in your office. This letter will also go into details about how my co-workers have provoked me into confrontations that lead to the events that took place on Friday. I will also go into details the decisions that you have made to discriminate me and that has lead to the problems that you initiated to begin in my job. My intentions are to seek legal advice for the sake of justice!

On Friday – June 27, 2003 when I had a meeting with you behind closed doors before the lunch hour about the things that Letty Trevino had done and said toward me – your words to me were that Ms. Trevino knew how to push my buttons and that I hadn't done anything wrong and for me not to worry about anything. You also went as far as to tell me that you had relieved Ms. Trevino of countless of assignments and that you felt she did have the time to help out on any invoices I may be having problems with and you even told me that some of these problems that occurred were not my fault but had to do with things beyond my control.

Thursday – June 26, 2003
Ms. Trevino and I had some disagreements. You had instructed me to hand over invoices that I simply didn't have all the info needed to get these particular invoices out for payment. I did exactly what I was told and Ms. Trevino gave me a hard time when I went to her as she told me I am swamp with work and now I have to do your work and yet she has lots of time to be on the internet and to converse with fellow employees. Then later on this day she went over to my desk and looked at some files and she got upset because I had run out of some open Po's in my filing cabinet and she blew this out of proportion by telling me that's why I thought this P.O. had expired. In other words she didn't do her whole homework before of accusing me of something that could have been prevented by her not jumping on me but by asking me nicely which she didn't! It didn't stop here she even got Ricky involved as we looked into the computer that this payment was already made. Then she also got Rosie involved by telling her in front of me and I am going to quote what she said word by word. Ms. Trevino said to Ms. Hinojsa that if this continues I am going to have to talk with Debby because I am doing his work and maybe Debby should just make me the Accounts payable. Rosie nodded and agreed with her as I walked away and went to your office on this day and this is when I asked you that we needed to have another talk.

Friday – June 27, 2003
I'd like to know at what point just who initiated this meeting that was held in your office behind closed doors after the lunch hour. Did you and Cristina talk about me during my lunch hour or did Ms. Trevino hold a plot against me while I inside your office. Never the less this was an injustice motive held at my expense to help you accomplish your goal of having me fired!

Friday – June 27, 2003
The following employees held a meeting with you behind closed doors and mislead you into believing that I am a monster!
1. Cristina Valdez
2. Rosie Hinojosa
3. Letty Trevino
4. Ricky Rodriguez

Lets talk about Mr. Ricky Rodriguez:
    This guy has called me a jackass, he has threaten me a total of three times by telling me in these words, not to mess with him. He has even gone as far as telling Letty Trevino just about Thursday that we have accepted his kind and we know all about his kind. Letty also made a comment when he said this except I didn't quite here what she had to say. Mr. Rodriguez has even walked up to me in a hostile manner ready to fight and told me off when he had about a month of employment while I am working on my 10th year. Mr. Rodriguez has even provoked me by telling me that his time in the army is equivalent to my time at the Port.

Lets Talk about Ms. Rosie Hinojosa:
    This woman provoke me into a confrontation about some invoice and I walked away from her because I did not want to get into it with her and she made a big deal about me walking away from her as you brought this to my attention that this was very rude of me and was not acceptable! Well, Debby let me ask you this – which would you have rather have me do get into a confrontation with her or just walk away. It made better sense to me to just walk away and yet you have even condemned me for making this call.

Lets talk about Ms. Cristina Valdez:
    This woman has been out to get me since day one and nothing I say or do is acceptable to her. This woman has been extremely vicious with me through the years and has plotted with you to help get me fired!

I am still not trained for doing everything that Ms. Veronica Ramos use to do. As a matter of fact I found out by Cristina on Thursday – June 26, 2003 that you are going to have Ricky do contracts payable when you should of trained me for this and so many other duties you have decided to spread into Letty Trevino to do and Ricky when you had a mediation agreement to train me within ten days since May 29, 2001.

Debby, you have made decisions not to cross-train me with my co-workers, to have me take care of the switchboard when this task should have been equally divided into all hourly employees. This decision alone is prove of how low you think my capabilities are and this in an injustice to me as a human being. You have decided to keep me in the same level for nine years while a new guy comes along this year as an accounting clerk and you decided prior when you had a meeting with me on December 18, 2002 that he was to take care of doing payroll. What does an accounting clerk has to do with payroll and if it does has something to do with it then why didn't you ever have me trained for this task in all of these years.

There are so many other things that the Port has done to me; but this meeting that all these co-workers had against me was a cruel intent as retaliation to help get me fired. At this point I will no longer have any further meetings with any Port official without legal representation. Copies of this letter will be sent to you, human resources, and the EEOC.

This letter is also intent to let the Port know that it is my intention to seek legal action in a court of law on the following charges.
1. Breech of Contract
2. Harassment
3. Discrimination
4. The Equal Pay Act
5. Mental and Anguish
6. Retaliation

Sincerely,

*[signature]*
Vidal Cantu Jr.