# EXHIBIT 26

To: Mr. Raul Besteiro

From: Vidal Cantu Jr.

Date: January 25, 2001

Ref: Voice My Opinion

This letter is an attempt for an appeal against the decision that my boss Debby made in reference to my letter of grievance on discrimination based on my "sex" on being the only man who has been denied of the same equal opportunity to cross train with my co-workers and to learn different tasks. Knowledge is something that no one can take away. I believe you are a fair man and you could help change some things for me.

Another great concern of mine is why I have been left to take care of the switchboard during the receptionist morning breaks, lunch hour, and even afternoon breaks. I really don't feel this is fair to me. Vero and Aida have been here less time than me and I feel they should share this task with me on a regular basis.

I work hard everyday and give all that is asked of me my very best because to me nothing less will do. I would like to thank you for your time and you can count on me to continue to strive for even better ways to serve the Port. I have good intentions.

Sincerely,

*Vidal Cantu Jr.*

Vidal Cantu Jr.