# EXHIBIT 27

HEART INSTITUTE OF BROWNSVILLE
95 E. PRICE BLDG. C
BROWNSVILLE, TX 78521-3531

PHONE: (956) 504-3278

16466-634A

RETURN SERVICE REQUESTED

Roberto B. Robles, M.D.
Kalim J. Habet, M.D.
Robert J. Lootens, M.D.
Mark Cua, M.D.
Juan Carlos Rozo, M.D.

| | MASTERCARD | DISCOVER | VISA | AMERICAN E |
|---|---|---|---|---|
| CARD NUMBER | | | SIGNATURE CODE | |
| SIGNATURE | | | EXP DATE | |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 08/31/04 | $574.54 | 21976 |

PAGE: 1 of 1     SHOW AMOUNT PAID HERE  $

ADDRESSEE:

VIDAL CANTU
P O BOX 1927
PORT ISABEL, TX 78578-1927

REMIT TO:

HEART INSTITUTE OF BROWNSVILLE
PO BOX 3185
BROWNSVILLE, TX 78523-3185

16466-634A*1BR0WGD3H000182

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT     **STATEMENT**

| Date | Doctor | Patient | Description | Charges | Payments & Credits |
|---|---|---|---|---|---|
| | | | Balance Forward | 574.54 | |
| | Note: | | I took off from work straight to Doctor Diaz office and I was referred to this Institute on the very same day I went to go and see Dr. Antonio Diaz. When I arrived I had a team of Doctors and nurses whom took turns taking my blood pressure. One of the Doctor's made this comment to me (according to this reading - you should be dead. | | |

** Payent Due Upon Receipt * Thank You **

| Message | Total Balance | 574.5 |
|---|---|---|
| | * Insurance Pending | 0.0 |
| | Amount Due Now | $574.5 |

| Statement Date | Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Balance | * Ins. Pending |
|---|---|---|---|---|---|---|---|---|
| 08/31/04 | 21976 | 0.00 | 0.00 | 0.00 | 0.00 | 574.54 | 574.54 | 0.0 |

Make Checks Payable To:

HEART INSTITUTE OF BROWNSVILLE
95 E. PRICE BLDG. C
BROWNSVILLE, TX 78521-3531

Billing Questions

(956) 546-4202

0386

