# EXHIBIT 28



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7690

*By FAX*

Daniel Rentfro, Jr. Counsel for
Brownsville Navigation District (BND)
185 E. Ruben M. Torres Sr. Blvd.
(FM 802 at McAllen Road)
Brownsville, TX 78520-9036

RE: Charge No: 360-2004-A3-00782
    Charging Party: Vidal Cantu, Jr.

Dear Mr. Rentfro:

This is to inform you that I will be conducting an on-site visit to your client's facility located at 1000 Faust Road, Brownsville, Texas, on Thursday, April 1, 2004. I expect to arrive at that location at 9:00 a.m. The purpose of my visit will be to conduct employee interviews related to the charge cited above. Please make the following individuals available for interviews:

Cristina Valadez
Ricky Rodriguez
Rosie Hinojosa
Letty Trevino
Irma Gawenda
Debbie Duke
Veronica Ramos
Donna Eymard
Mr. Villarreal (Maintenance Dept).

I will need about 30 minutes for each interview. There may be other employees who work with the Charging Party whom I may also need to interview during my on-site visit. Please have Charging Party's personnel file available for review during my on site visit. If any of the individuals listed above is no longer employed, please provide last known address and telephone number.

If you have any questions regarding this matter, please call me at 210/281-7672, between the hours of 7:30 a.m., and 4:00 p.m., Monday thru Friday.

Sincerely,

John Trevino
Federal Investigator

3-5-04

*Note: I believe this played a factor on my co-workers ganging up (all at the same time) against me.*

*VC*

000106