# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig†◆
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally◆
Victor V. Vicinaiz◆†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

◆Hidalgo County Office
10225 North 10th Street
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca◆
Rosemary Conrad-Sandoval◆
Lucila Alvarado◆
Jesus Quezada, Jr.
Adrian R. Martinez◆
Liza M. Vasquez◆

†Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

◆Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

October 28, 2005

File No.:

The Honorable Hilda G. Tagle
U.S. District Judge
ATTN: Marisela

*Via Facsimile – 956/548-2598*

RE:  Cause No.:   B-04-118
     Vidal Cantu, Plaintiff

Dear Marisela:

Per our recent telephone conversation, please be advised that the Motion to Dismiss (Case No. 05-CV-00350; *Moreno v Progreso Independent School District*) that was filed electronically in this Court was filed in this court in error.

The Motion to Dismiss has now been filed electronically in the proper Court.

Thank you for your attention to this matter and please call me if you have any further questions.

Sincerely,

ROERIG, OLIVEIRA & FISHER, L.L.P.

Danielle Webb, Legal Assistant

:cdw

Enclosures